UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | ) | |
| CIGNA and<br>The Insurance Company of North America, | )<br>)<br>) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE OF RAUL A. CUERVO

Pursuant to LCvR 83.6(a), Raul A. Cuervo hereby enters his appearance as counsel for Defendants CIGNA and The Insurance Company of North America ("Defendants") in the above-captioned matter and specifically reserves any and all defenses available to the Defendants under any applicable laws or the Federal Rules of Civil Procedure including, but not limited to jurisdictional and venue defenses.

Dated: February 17, 2006

Respectfully submitted,

/s/ Raul A. Cuervo
Raul A. Cuervo (D.C. Bar No. 463718)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-5208
Telephone: 202-965-8100
Facsimile: 202-965-8104

Counsel for Defendants CIGNA and The
Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of Raul A. Cuervo was served via electronic filing on this 17th day of February, 2006, upon the following:

> Edgar N. James, Esquire
> Amy B. Fettig, Esquire
> JAMES & HOFFMAN, P.C.
> 1101 Seventeenth St., N.W., Suite 510
> Washington, DC 20036

/s/ Raul A. Cuervo
Raul A. Cuervo

#152907