UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez )<br>1419 Southeast 43rd Terrace )<br>Ocala, FL 34471, )<br>individually, and on behalf of all others )<br>similarly situated, )<br>            ) <br>            Plaintiff, )<br>            )<br>    v.      )<br>            )<br>CIGNA and )<br>The Insurance Company of North America, )<br>            )<br>            Defendants. ) | Civil Action No. 1:06CV00145<br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

**CONSENT MOTION FOR ENLARGEMENT OF
TIME IN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and LCvR 7, Defendants CIGNA and The Insurance Company of North America ("Defendants"), by and through their undersigned counsel, hereby move for an enlargement of time of thirty (30) days, through and including March 22, 2006, to respond to Plaintiff Robert Alvarez's Complaint. In support thereof Defendants respectfully state the following:

1. Plaintiff's Complaint was filed with this Court on January 27, 2006 and the Complaint has been served.[1]

2. Due to the complexity of the issues raised and factual allegations alleged in the Complaint, and the press of other professional commitments, counsel for

---

[1] Defendant CIGNA, however, does not admit that it is an entity subject to suit, or that it was properly served.

Defendants will need additional time to formulate an appropriate response to the Complaint.

3. This is the first such extension sought by Defendants in this matter.

4. In accordance with LCvR 7(m), counsel for Defendants conferred with Edgar N. James, Esq., counsel for Plaintiff, before filing this motion to seek his consent to Defendants' request for enlargement, and he consents to same.

5. Defendants specifically reserve any and all defenses available to them under any applicable laws or the Federal Rules of Civil Procedure including, but not limited to jurisdictional and venue defenses.

6. This Motion is brought in good faith and not for purposes of delay. Granting this enlargement of time to Defendants to respond to Plaintiff's Complaint will not cause prejudice to any party.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting an enlargement of time for Defendants to respond to Plaintiff's Complaint of thirty (30) days, until March 22, 2006.

Dated: February 17, 2006    Respectfully submitted,

/s/ Raul A. Cuervo
Raul A. Cuervo (D.C. Bar No. 463718)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-5208
Telephone: 202-965-8100
Facsimile: 202-965-8104

Counsel for Defendants CIGNA and The Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion for Enlargement of Time in Which to Respond to Complaint and Proposed Order were served via electronic filing on this 17th day of February, 2006, upon the following:

Edgar N. James, Esquire
Amy B. Fettig, Esquire
JAMES & HOFFMAN, P.C.
1101 Seventeenth St., N.W., Suite 510
Washington, D.C. 20036

/s/ Raul A. Cuervo
Raul A. Cuervo