UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | )<br>) | |
| CIGNA and<br>The Insurance Company of North America, | )<br>)<br>) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the Consent Motion, it is hereby ORDERED that the Consent Motion is GRANTED.

Defendants shall respond to Plaintiff's Complaint by March 22, 2006.

So ORDERED this _____ day of _____, 2006

                                                                                    _____
                                                                                    Honorable Emmet G. Sullivan
                                                                                    United States District Judge
                                                                                    for the District of Columbia