UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of North America,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145<br><br><br><br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

### ENTRY OF APPEARANCE OF JAMES F. JORDEN

Pursuant to LCvR 83.6(a), James F. Jorden hereby enters his appearance as counsel for Defendants CIGNA and The Insurance Company of North America ("Defendants") in the above-captioned matter and specifically reserves any and all defenses available to the Defendants under any applicable laws or the Federal Rules of Civil Procedure including, but not limited to jurisdictional and venue defenses.

Dated: March 20, 2006
                  Respectfully submitted,

                  /s/ James F. Jorden
                  James F. Jorden (D.C. Bar No. 37598)
                  JORDEN BURT LLP
                  1025 Thomas Jefferson Street, N.W.
                  Suite 400 East
                  Washington, DC 20007-5208
                  Telephone: 202-965-8100
                  Facsimile: 202-965-8104

                  Counsel for Defendants CIGNA and The
                  Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of James F. Jorden was served via electronic filing on this 20th day of March, 2006, upon the following:

Edgar N. James, Esquire
Amy B. Fettig, Esquire
JAMES & HOFFMAN, P.C.
1101 Seventeenth St., N.W., Suite 510
Washington, D.C. 20036

and by first class mail, postage paid, on the following:

Allan Kanner, Esq.
Conlee S. Whiteley, Esq.
KANNER & WHITELEY
701 Camp Street
New Orleans, LA 70130

Timothy Q. Purdon, Esq.
Monte L. Rogneby, Esq.
VOGEL LAW FIRM
200 North 3rd Street, Suite 201
P.O. Box 2097
Bismarck, ND 58502-2097

Perry Pearce Benton, Esq.
32516 Sandpiper Drive
Orange Beach, AL 36561-5728

/s/ James F. Jorden
James F. Jorden