# EXHIBIT A

# AFFIDAVIT OF MARIA A. DaSILVA-NETO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of North America,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145<br><br><br><br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

### AFFIDAVIT OF MARIA A. DASILVA-NETO

| | |
|---|---|
| Commonwealth of Pennsylvania | ) |
| | ) ss. |
| County of Philadelphia | ) |

I, Maria A. DaSilva-Neto, state:

1. I am Director of Account Management for Specialty Programs with Life Insurance Company of North America ("LINA"). LINA is a Pennsylvania corporation with its principal place of business in Philadelphia. I am over the age of 18 and have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently thereto.

2. I am familiar with the allegations and claims asserted by Plaintiff in this action.

3. Insurance Company of North America ("INA") is an insurance company with its corporate headquarters and principal place of business in Philadelphia, Pennsylvania.

4. The INA Long-Term Care policy at issue in this action (the "Master LTC Policy") was issued by INA, which is located in Philadelphia to the National Group Benefits Insurance Trust. LINA employees in Philadelphia, acting on behalf of INA, then affiliated with LINA, managed the Master LTC policy. Plaintiff purchased coverage under the Master LTC policy through the American Chemical Society while he was a resident of the State of Maryland.

5. The decision to issue the Master LTC policy was made at INA's corporate headquarters in Philadelphia, Pennsylvania. All final decisions regarding the pricing of the Master LTC policy were made in Philadelphia. The decision to include the American Chemical Society as a participating organization under the Master LTC policy was made in Philadelphia. Similarly, the decision to underwrite the American Chemical Society for the Master LTC policy was made by LINA employees in Philadelphia acting on behalf of INA in Philadelphia. The decision to discontinue coverage under the Master LTC policy was also made in Philadelphia.

6. The 1997 internal review of pricing alleged in the Complaint was performed by LINA employees in Philadelphia, acting on behalf of INA. The decision in 2003 to obtain an outside actuarial review of reserves for the Master LTC policy was also made in Philadelphia by LINA employees pursuant to a contract with INA.

7. Decisions regarding premium increases for the Master LTC policy, including increases on Plaintiff's coverage, were made by LINA employees on behalf of INA in Philadelphia. Any communications from INA to insureds, including the Plaintiff, originated from or were approved by LINA employees in Philadelphia, on behalf of INA.

8. Because the corporate headquarters and principal place of business of INA and LINA are located in Philadelphia, all of INA's documents relating to the premium rates charged by INA on the Master LTC policy are located in Philadelphia.

2

9. All current employees for LINA with knowledge about the Master LTC policy reside in the Philadelphia area.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of March, 2006.

_Maria A DaSilva-Neto_
Maria A. DaSilva-Neto

Subscribed and sworn to before me this 20th day of March, 2006.

_Michael J. Wagner_
Notary Public

My Commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Michael J. Wagner, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires May 3, 2008
Member, Pennsylvania Association Of Notaries

DC# 154566 v1

3