UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez )<br>1419 Southeast 43rd Terrace )<br>Ocala, FL 34471, )<br>individually, and on behalf of all others )<br>similarly situated, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA and )<br>The Insurance Company of North America, )<br>)<br>          Defendants. ) | Civil Action No. 1:06CV00145<br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

### ORDER

Upon consideration of the Motion To Transfer Venue, it is hereby ORDERED that this action is TRANSFERRED to the District Court for the Eastern District of Pennsylvania for all further proceedings.

So ORDERED this _____ day of _____, 2006.

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia