UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of North America,<br><br>       Defendants. | Civil Action No. 1:06CV00145<br><br><br><br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

## ORDER

Upon consideration of the Motion To Dismiss, it is hereby ORDERED that all claims against CIGNA are DISMISSED.

So ORDERED this _____ day of _____, 2006.

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia