UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA and<br>The Insurance Company of North America,<br><br>　　　　　Defendants. | Civil Action No. 1:06CV00145<br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

**MOTION OF DEFENDANTS CIGNA AND THE INSURANCE COMPANY OF
NORTH AMERICA TO DISMISS THE COMPLAINT**

Defendants CIGNA[1] and The Insurance Company of North America ("INA") (collectively, "Defendants"), by and through their undersigned counsel, hereby move for an order dismissing the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, Defendants respectfully state the following:

　　1.　　Plaintiff's Class Action Complaint (the "Complaint") was filed with this Court on January 27, 2006. A copy of the Complaint is attached to the Memorandum of Law accompanying this Motion as Exhibit A. Plaintiff is a Florida resident. Complaint at ¶ 10. INA

---

[1] Defendant CIGNA is a registered service mark and is not a legal entity subject to suit. CIGNA does not admit that it was properly served, and has moved for dismissal on those grounds. CIGNA is not and was never an insurer that underwrote policies or otherwise engaged in conduct that would subject it to suit in this or any other court. Until it is dismissed on those grounds, CIGNA has joined INA in moving for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For purposes of convenience, and assuming the facts alleged in the Complaint as true, both CIGNA and INA will be referred to herein as the "Defendants."

is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. *Id.* at ¶ 12.

2. Plaintiff purchased coverage under a Long-Term Care Group Insurance Policy (the "LTC Policy") underwritten by INA in 1992 while he was a resident of the state of Maryland. *Id.* at ¶ 10.

3. The gravamen of the Complaint is that the Defendants intentionally underpriced the LTC insurance sold to Plaintiff with the undisclosed plan to increase premiums subsequently. *Id.* at ¶ 4.

3. Plaintiff asserts causes of action for actual fraud, constructive fraud, unlawful trade practices, breach of the implied covenant of good faith and fair dealing, and punitive damages. *Id.* at ¶¶ 65-98. However, as the Memorandum of Law accompanying this Motion demonstrates, each cause of action fails to state a claim upon which relief can be granted and therefore must be dismissed pursuant to Rule 12(b)(6).

4. The Complaint fails to state a claim for actual or constructive fraud because:

   (a) Plaintiff failed to adequately establish that he justifiably relied upon any purported non-disclosures;

   (b) INA had no affirmative duty to disclose the details of its pricing methodology to Plaintiff; and

   (c) Plaintiff failed to adequately establish that INA acted with fraudulent intent.

5. The Complaint fails to state a claim for unlawful trade practices because the District of Columbia Consumer Procedures and Protection Act ("CPPA") does not reach the conduct alleged in this case because all of the alleged misconduct took place in either Pennsylvania or Maryland and neither Plaintiff nor Defendants are citizens of the District.

6. The Complaint fails to state a cause of action for tortious breach of an implied covenant of good faith and fair dealing because Maryland law does not recognize any such cause of action.[2]

7. Plaintiff fails to state a claim for punitive damages because Maryland law does not recognize any such separate cause of action.

**WHEREFORE**, Defendants CIGNA and The Insurance Company of North America respectfully request that the Court enter an Order dismissing the Complaint with prejudice.

Dated: March 22, 2006                Respectfully submitted,

/s/ James F. Jorden
James F. Jorden (D.C. Bar No. 37598)
Raul A. Cuervo (D.C. Bar No. 463718)
Stephen H. Goldberg (D.C. Bar No. 465113)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-5208
Telephone: 202-965-8100
Facsimile: 202-965-8104

Counsel for Defendants CIGNA and The Insurance Company of North America

DC# 154789 v2

---

[2] Defendants submit that because Plaintiff resided in the state of Maryland at the time he applied for and purchased the insurance coverage at issue, and at the time he would have received and acted upon any purported non-disclosures and misrepresentations, the law of Maryland is applicable to Plaintiff's claims. In any event, as demonstrated in the Memorandum of Law accompanying this Motion, the laws of Pennsylvania and the District of Columbia are in accord with the law of Maryland.