# EXHIBIT A

# COMPLAINT (PART 2)

**INSURANCE COMPANY OF NORTH AMERICA**
1600 ARCH STREET
PHILADELPHIA, PENNSYLVANIA 19101
A STOCK INSURANCE COMPANY HEREIN CALLED THE COMPANY

Certificate of Insurance
for
GROUP LONG-TERM CARE INSURANCE

**SCHEDULE**   ADT028-00750

| NAME OF INSURED: | ADDRESS OF INSURED: |
|---|---|
| ROBERT ALVAREZ | 15 CULLINAN COURT<br>GAITHERSBURG, MD 20878-1847 |
| PLAN TYPE:<br>HIGH PLUS | EFFECTIVE DATE:<br>April 1, 1992 |
| PREMIUM DUE:<br>$594.00 Semi-Annual | ANNIVERSARY DATE:<br>May 1, 1991 |

We, the Insurance Company of North America, have issued group Policy ALT-1 to:

**TRUSTEE OF THE NATIONAL GROUPS BENEFITS INSURANCE TRUST**
(the Policyholder)

For:   ACS INSURANCE PLANS

We certify that you (the person named in the above schedule) are covered by the group policy.

This certificate describes the benefits and basic provisions of the policy. You should read it with care so you will understand your coverage. The group policy is the only contract under which benefits are paid.

### 30-DAY RIGHT TO EXAMINE COVERAGE

If you do not wish to accept this certificate for any reason, you may return it to the Plan Administrator or the Company within 30 days of receiving it. If you do, the premiums you paid will be refunded to you. We will treat this certificate as if it had never been issued.

This certificate replaces any and all certificates which may have been issued to you in the past under the group policy.

06 0145

### GUARANTEED RENEWABILITY

Your coverage will automatically be renewed provided the required premium is paid and benefits have not been exhausted.

INSURANCE COMPANY OF NORTH AMERICA

*Caleb J. Fowler*

TL-003039                              Caleb L. Fowler, President

**FILED**
JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TABLE OF CONTENTS

| | |
|---|---|
| Eligibility | 3 |
| Effective Date | 3 |
| Termination of Individual Insurance | 4 |
| Grace Period | 4 |
| Definitions | 4 |
| Description of Coverage | 7 |
| Pre-Existing Conditions | 7 |
| Waiver of Premium Benefit | 7 |
| Recurrent Conditions | 7 |
| Maximum Benefits Where There is Other Insurance | 7 |
| Exclusions | 8 |
| Policy Provisions | 8 |
| Description of Options | 12 |
| Schedule of DRG Benefits | 14 |

### INDIVIDUAL INSURANCE

**Eligibility:** The following classes of persons are eligible to be covered under the policy. A person may be insured only under one of the classes, even though she may be eligible under more than one class.

1) All members of the Participating Organization who enroll between the ages of 50 through 79.
2) a) All lawful spouses of members of the Participating Organization who enroll between the ages of 50 through 79; and
   b) All parents and parents-in-law of members of the Participating Organization who enroll between the ages of 50 through 79.
3) Each former Class 1 or Class 2 Insured who no longer qualifies as a Class member. Such Insured will be eligible to become insured under this class on the date she ceases to be a Class 1 or Class 2 Insured.

**Effective Date:** Your coverage will begin on the effective date shown in the Schedule. A former Class 1 or Class 2 Insured will automatically become a Class 3 on the date she is no longer eligible under Class 1 or Class 2. The Participating Organization shall notify us immediately of any change in your status.

**Change in Plan of Coverage:** You may apply for a change in coverage at any time. The change will become effective as follows:

1) An increase from the Low Option Plan to the High Option Plan or the High Option Plus Plan will become effective on the first Premium Due Date after we have approved the application and the required premium has been paid.
2) An increase from the High Option Plan to the High Option Plus Plan will become effective on the first Premium Due Date after the election is made, provided the required premium has been paid.

3

3) A decrease under the High Option Plan or the High Option Plus Plan will become effective on the first Premium Due Date after the election is made.

**Termination of Insurance:** Your coverage will end:

1) If the premium is not paid within the 31-day grace period.
2) When the lifetime maximum limits for Home Health Care and Licensed Nursing Home Care have been paid.

Termination will not affect a claim which begins while coverage is in force.

**Effect of Termination of Membership, or Legal Separation or Divorce:** If:

(a) a Class 1 Insured's membership with the Participating Organization ends; or
(b) a Class 2 Insured no longer qualifies as such because the member through whom the Insured became eligible ceased membership with the Participating Organization; or
(c) a Class 2 Insured is legally separated or divorced, or the surviving spouse, parent or parent-in-law of a member or former member; or
(d) if the Participating Organization cancels its sponsorship, coverage may be continued by paying the required premium directly to the Company.

Coverage is guaranteed renewable and Class 1 or Class 2 Insureds will automatically become Class 3 Insureds. The Participating Organization shall notify us immediately of any event listed above. Rates will be adjusted according to class.

**Grace Period:** There is a 31-day grace period after each premium due date after the first. Coverage will stay in force during this period if the premium is late. Coverage will end if the premium is not paid by the end of the grace period; and the effective date of termination will be the last day for which the premium was paid.

**Reinstatement:** In the event that coverage ends because the premium was not paid by the end of the grace period, it will be reinstated if within 60 days, you certify that there has been no change in the information contained in your most recent application for coverage under the policy. Beyond 60 days you must reapply for coverage under the policy. In either case, reinstated coverage will become effective when we approve your reinstatement request and the required premium is paid.

## DEFINITIONS

As used in the policy:

a) **Diagnostic-Related Group ("DRG"):** A classification set up by the Health Care Financing Administrator under Title XVIII of the Social Security Act Amendments of 1965, Public Law 89-87, as amended. It is based on the diagnoses and the major procedures performed on you during a hospital stay. The hospital assigns the principal DRG classification.

b) **Elimination Period:** The period of time you must be confined in a Licensed Nursing Facility before benefits are paid under the policy.

c) **Functional and Cognitive Disability:** A physical or mental impairment of such severity that it results in lack of ability to perform at least three of the important activities of daily living listed below without human intervention.

1) Toileting: the ability to get to and from the toilet, transfer on and off the toilet, cleanse self after use, and adjust clothes for the purpose. It also includes using a bedside commode, urinal, or bedpan.
2) Dressing: the ability to get clothing from the closets or drawers, put on and off all items of clothing that are normally worn, and to fasten them. This includes braces and artificial limbs, if they are normally used. Insureds who usually wear a housecoat or robe with slippers will be considered dressed if these are not the clothes in which they sleep, i.e, after they get out of bed, they change into something other than their sleeping clothes.
3) Transferring: the ability to get in and out of bed and/or a chair.
4) Walking: the ability to move along on foot with or without the aid of appliances or devices.
5) Feeding: the ability to get food by any means from a plate, cup, glass, bottle, etc., into the body. It is the process of eating after the food is prepared and placed in front of you.
6) Cognition: the act or process of knowing, including both awareness and judgment, as measured by a test selected by us.

d) **She and Her** shall include "he" and "his."

e) **Home Health Agency:** An organization which has been duly licensed to provide home health care and services by the state, province, or country in which you are to receive the care.

f) **Home Health Care:** The care given and the services rendered by a Home Health Agency. Such care and services include the following:

1) nursing care;
2) occupational therapy as a rehabilitative service; and
3) respiratory service, medical social work, or nutrition counseling.

g) **Hospital:** An institution set up according to law which:

(1) is mainly for the care and treatment of sick, ailing, or injured patients;
(2) is run by a staff of one or more physicians, available at all times;
(3) provides nursing service at all times, by registered or graduate nurses on duty or call;
(4) provides organized diagnostic and surgical facilities, either on the premises or on a contract basis with another hospital; and
(5) is not mainly a clinic, or facility for convalescence, rest or nursing, or for the aged, drug addicts, alcoholics, or persons with mental or nervous disorders.

h) **Insured:** Any person whose coverage is in force under the terms set forth in the policy.

i) **Licensed Nursing Facility:** A facility which has been duly licensed to provide nursing

care and services by the state, province, or country in which the Insured is to receive the care.

**Licensed Nursing Home Care:** The levels of care given and the services rendered by a Licensed Nursing Facility. Levels of care include:

1) Skilled Nursing Care — Nursing care which is required to restore an individual to his or her prior level of health after hospitalization for an accident or sickness. Such care must: (i) be prescribed by a physician; (ii) be performed by a registered nurse; (iii) include nursing and rehabilitation services; and (iv) be available 24 hours a day.
2) Intermediate Nursing Care — Nursing care required to restore an individual to his or her level of health which existed prior to the sickness or injury which caused the initial confinement. Care must be prescribed by a physician and supervised by a registered nurse.
3) Custodial Care — Care which is required to assist an individual in meeting day to day living requirements. Custodial care includes eating, bathing, and dressing.

k) **Medically Necessary:** The care, services, or supplies which are required to treat your condition, including functional and cognitive disability, and which meet all of the following conditions:

1) They are consistent with the symptoms, diagnoses, treatments, and care of the condition.
2) They are appropriate with regard to the standard of good medical practice.
3) They are not solely for the convenience of you or any provider.
4) They are the most appropriate level of services or supplies which can safely be provided to you.

l) **Medicare:** The Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments Act, as amended.

m) **Mental and Nervous Disorder:** A mental illness or nervous condition which is:

1) identified in the most recent edition of:
   a) the International Classification of Diseases; or
   b) the American Psychiatric Association Diagnostic and Statistical Manual; and
2) of sufficient severity to substantially impair:
   a) judgment;
   b) behavior;
   c) capacity to recognize; or
   d) ability to cope with the ordinary demands of life.

n) **Physician:** A duly licensed practitioner of the healing arts who is acting within the scope of her license.

p) **Pre-existing Condition:** A condition for which you received medical treatment, care or advice within six months before being covered by the policy.

p) **Reasonable and Customary Charge:** A charge will be considered reasonable and customary if:

(1) it is the normal charge made by the provider for a similar service or supply; and

(2) it does not exceed the normal charge made by most providers of such service or supply in the locality where the service is received.

To determine if a charge is reasonable and customary, the nature and severity of the injury, sickness, or condition being treated will be considered.

## DESCRIPTION OF COVERAGE

Benefits will be paid on a worldwide basis subject to the terms and conditions of the Option Plan selected.

You must be under the care of a physician, and the condition must start after you are covered by the policy. We will not pay any amounts for the stays during any elimination period that may be required.

Benefits for care under this coverage will end on the first of the following:

a) The lifetime maximum limit has been paid.
b) Your death.
c) Home Health Care or the Licensed Nursing Home Care stay ends.

## PRE-EXISTING CONDITIONS

We will pay benefits for care due to a pre-existing condition after you have been covered by the policy for six months.

## WAIVER OF PREMIUM BENEFIT

We will not require any premium to be paid which falls due:

a) while you qualify for Licensed Nursing Home benefits under this policy; and
b) after you have been paid such benefits for 90 days.

When Licensed Nursing Home benefits are no longer payable, you may keep your coverage in force by paying premiums which fall due after that.

## RECURRENT CONDITIONS

We will treat successive periods of care as one period, if:

a) they are due to the same or related condition; and
b) they are separated by less than 90 days.

Otherwise, successive periods of care shall be considered as a new claim and shall be subject to new qualification requirements and a new elimination period, if applicable.

7

## MAXIMUM BENEFITS WHERE THERE IS OTHER INSURANCE

If there are benefits under other insurance which apply to the same claim as this coverage, we will pay a pro rata share of the total amount of benefits which are available. In no case will the total benefits exceed 100 percent of the Reasonable and Customary charges.

"Pro rata share" means the proportion of the total benefit that the amount payable under one policy in the absence of such other insurance bears to the total applicable benefits under all such policies.

## EXCLUSIONS

We will not pay benefits for any of the following:

a) Care required by war or acts of war, whether or not declared.
b) Care required for conditions which result from or occur during military service.
c) Care required for conditions which are covered under any Worker's Compensation or any similar state or federal law.
d) Care provided in or by a facility or agency or by any government or agency thereof for which no charge is made to you in the absence of insurance.
e) Care required for alcoholism or drug addiction or for conditions caused by either of these.
f) Care required for or because you injured yourself on purpose.
g) Care provided in or by a Hospital in which you are confined.
h) Charges in a Licensed Nursing Facility for a private room which are in excess of:
   (1) the Reasonable and Customary charges or
   (2) the charges for a semi-private room in the same facility;
   whichever is less.
i) Care provided in any Licensed Nursing facility by a private duty nurse or other nurse or care giver employed by you or on your behalf.
j) Care required for a Mental or Nervous Disorder without demonstrable organic cause, except for Alzheimer's disease or senile dementia.
k) Care provided by a Physician.
l) Care for which benefits are available under Medicare.

## POLICY PROVISIONS

**Entire Contract; Change:** The policy, the application of the Policyholder, the Participating Organization's agreement, and (if we require) your application for coverage is the entire contract. No change in the policy is valid unless it has been approved by one of our executive officers. This approval must be attached to or endorsed on the policy. No agent may change the policy or waive any provision.

We may not use statements made by the Policyholder, the Participating Organization, or you to contest the policy or deny a claim, unless they are in a signed application. Except in cases of fraud, such statements are representations and not warranties. No statement, except fraudulent misstatement, may be used to void the policy after it has been in force for two years, or to deny a claim to an Insured who has been covered by the policy for two years.

8

**Claim Procedures; Notice of Claim:** If any covered loss occurs or begins, written notice of claim must be sent to us within 30 days, or as soon as reasonably possible. The notice should state the policy number, your name and certificate number. Notice should be sent to our Home Office in Philadelphia, Pennsylvania, or to your Plan Administrator. We will then send claim forms to you.

**Claims Procedures; Proofs of Loss:** The claim forms must be sent back to us no more than 90 days after a covered loss occurs or ends, or as soon as reasonably possible, but (except for lack of legal capacity) in no case more than a year later. If we have not provided claim forms 15 days after notice of claim, you should send us other proof of loss by the date claim forms would be due. This proof of loss should include written proof of the occurrence, type, and amount of loss.

**Payment of Claims; When Paid:** Claims will be paid when we receive due proof of loss. If a claim covers benefits for more than a month, we will pay all amounts due at the end of the month. If there are any benefits due at the end of the period claimed, we will pay when we receive due proof of loss.

**Payment of Claim; To Whom Paid:** We will pay you if you are living. Otherwise, we will pay your estate.

**Assignment:** We will pay a claim directly to the provider of health care, if you assign your benefits by the date claim forms are filed. If you assign your rights or benefits from the policy, we will not be bound until we receive a signed copy of it. We are not responsible for its validity.

**Physical Examinations:** At our expense, we may have an Insured who is claiming benefits examined as often as reasonably necessary while the claim is pending.

**Legal action:** No one may sue for benefits less than 60 days nor more than three years (or the minimum period of time permitted by state law, if greater) after the date claim forms are due.

**Conformity with State Statutes:** If any part of the policy conflicts with the laws of the state of delivery on the date the policy goes into effect, the policy is amended to meet the minimum requirements of such law.

**Misstatement of Facts:** If a fact which affects your coverage has not been correctly reported, the true facts will be used to judge whether coverage is in force, and in what amount. If a pre-existing condition was not disclosed on the application, and the application would not have been accepted had it been disclosed, then we will rescind the coverage and return the full amount of the premium paid by you.

**Clerical error:** Your coverage will not be affected by clerical error or delay in keeping records of insurance under the policy. If such an error or delay is found, the premium will be adjusted fairly.

**Examination of the Policy:** A copy of the master group policy may be examined at the office of the Policyholder or the Plan Administrator.

9

### HIGH OPTION PLUS PLAN.

You have chosen the High Option Plus Plan.

We will adjust the maximum benefits payable for the DRG classes, the $10,000 lifetime maximums listed below, and Alzheimer's disease on each certificate anniversary date, provided the required premium is paid.

The Benefits will automatically be increase by the lesser of the percent increased in the Consumer Price Index during the prior calendar year or 5%, subject to a Licensed Nursing Home Care lifetime maximum limit. No adjustments will be made while the Waiver of Premium is in effect.

"Consumer Price Index" means the All Items Consumer Price Index for All Urban Consumers (CPI-U), as published by the Bureau of Labor statistics of the U.S. Department of Labor. The index will be used as long as it is available. If it is no longer available, the official report issued by the Bureau of Labor Statistics will be used instead.

Under this plan, we will pay benefits for the following care:

A.  **Home Health Care:** Covers reasonable and Customary charges made by a Home Health Agency for services and supplies furnished you in your home under a Home Health Care plan. Such charges shall not exceed the Reasonable and Customary charges. They are subject to a lifetime maximum limit of $150,000. If you suffer from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by $5,000. This will be provided only once during your lifetime; and it will not be included in the lifetime maximum limit under the coverage.

   1.  If the Home health Care begins within 30 days of a stay in a Hospital of at least 48 hours, we will pay 100 percent of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "schedule of Maximum Benefits Per DRG." These charges are based on the DRG classification assigned to you during the Hospital stay. If you are assigned more than one DRG, the total amount we will pay will be 15 percent more than the amount assigned to the principal DRG.

      If no DRG has been assigned to you within 30 days of discharge

TL-003042

11

INSURANCE COMPANY OF NORTH AMERICA

ENDORSEMENT

This endorsement amends the policy shown below and the certificate to which it is attached. It is in force only while the policy or certificate is in force.

1. Class 1 of the Eligibility provision under INDIVIDUAL INSURANCE is deleted and replaced with:

    1) All members, associate members, national affiliates and employees of the Participating Organization who are age 40 through 79.

2. Class 2 of the Eligibility provision under INDIVIDUAL INSURANCE is deleted and replaced with:

    2) All lawful spouses of members, associate members, national affiliates and employees in good standing of the Participating Organization, and widows and widowers and parents and parents-in-law of members, associate members, national affiliates and employees of the Participating Organization who are age 40 through 79.

_____
Signed by the Policyholder

Except for the above, this rider does not change the policy in any way.

| Effective Date | | Part of Policy No. |
|---|---|---|
| May 1, 1991 | at the hour specified in the policy. | ALT-1 |

Issued to
Trustee of the National Group Benefits Insurance Trust for the American Chemical Society

_____
Authorized Agent

_____
WILSON H. TAYLOR, President

Not valid unless countersigned by a duly authorized agent of the
INSURANCE COMPANY OF NORTH AMERICA

LM-19368a
10/85  Printed in U.S.A.

# HOME HEALTH CARE

Schedule of Maximum Benefits by DRG
Effective 1/1/88

A DRG is based on the diagnoses and the major procedures performed during a Hospital stay. The hospital assigns the principal DRG classification. This classification system was set up by the Health Care Financing Administrator under Title XVIII of the Social Security Act Amendments of 1965, Public Law 89-87, as amended.

For conditions which are attributable to a DRG not listed in this schedule, the maximum payable benefit will be $1,000.

| No. | Diagnostic Related Group (DRG) Name | Maximum Payable Benefit High Option* |
|---|---|---|
| 1 | CRANIOTOMY EXCEPT FOR TRAUMA | $ 6,200 |
| 2 | CRANIOTOMY FOR TRAUMA | 31,000 |
| 4 | SPINAL PROCEDURES | 6,900 |
| 5 | EXTRACRANIAL VASCULAR PROCEDURES | 3,400 |
| 6 | CARPAL TUNNEL RELEASE | 2,200 |
| 7 | PERIPH & CRANIAL NERVE & OTHER NERV SYSTM PROC W/COMPLICATION | 4,500 |
| 8 | PERIPH & CRANIAL NERVE & OTHER NERV SYSTM PROC | 2,200 |
| 9 | SPINAL DISORDERS & INJURIES | 35,200 |
| 10 | NERVOUS SYSTEM NEOPLASMS WITH COMPLICATIONS | 10,700 |
| 11 | NERVOUS SYSTEM NEOPLASMS | 3,400 |
| 12 | DEGENERATIVE NERVOUS SYSTEM DISORDERS | 37,300 |
| 13 | MULTIPLE SCLEROSIS & CEREBELLAR ATAXIA | 37,300 |
| 14 | SPECIFIC CEREBROVASCULAR DISORDERS EXCEPT TIA | 17,000 |
| 16 | NONSPECIFIC CEREBROVASCULAR DISORDERS WITH COMPLICATIONS | 3,400 |
| 18 | CRANIAL & PERIPHERAL NERVE DISORDERS WITH COMPLICATIONS | 1,700 |
| 23 | NONTRAUMATIC STUPOR & COMA | 22,300 |
| 27 | TRAUMATIC STUPOR & COMA, COMA MORE THAN 1 HR | 22,300 |
| 28 | TRAUMATIC STUPOR & COMA, COMA LESS THAN 1 HR W/COMPLIC. | 31,800 |
| 29 | TRAUMATIC STUPOR & COMA, COMA LESS THAN 1 HR | 11,300 |
| 35 | OTHER DISORDERS OF NERVOUS SYSTEM | 1,700 |
| 49 | MAJOR HEAD & NECK PROCEDURES | 40,000 |
| 64 | EAR, NOSE & THROAT MALIGNANCY | 40,000 |
| 71 | LARYNGOTRACHEITIS | 1,700 |

*For High Option Plus Plan, add percent of increase in Consumer Price Index for prior calendar year or 5 percent, whichever is less.

| | | |
|---|---|---|
| 75 | MAJOR CHEST PROCEDURES | 17,000 |
| 76 | OTHER RESPIRATORY SYSTEM O.R. PROCEDURES W COMPLICATIONS | 31,800 |
| 77 | OTHER RESPIRATORY SYSTEM O.R. PROCEDURES | 30,200 |
| 78 | PULMONARY EMBOLISM | 1,300 |
| 79 | RESPIRATORY INFECTIONS & INFLAMMATIONS WITH COMPLICATIONS | 3,200 |
| 82 | RESPIRATORY NEOPLASMS | 9,900 |
| 83 | MAJOR CHEST TRAUMA WITH COMPLICATIONS | 7,400 |
| 87 | PULMONARY EDEMA & RESPIRATORY FAILURE | 6,400 |
| 88 | CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 5,500 |
| 92 | INTERSTITIAL LUNG DISEASE WITH COMPLICATIONS | 2,900 |
| 94 | PNEUMOTHORAX WITH COMPLICATIONS | 2,500 |
| 103 | HEART TRANSPLANT | 13,200 |
| 104 | CARDIAC VALVE PROCEDURES WITH PUMP & WITH CARDIAC CATH | 6,600 |
| 105 | CARDIAC VALVE PROCEDURES WITH PUMP AND W/O CARDIAC CATH | 6,600 |
| 106 | CORONARY BYPASS WITH CARDIAC CATH | 3,400 |
| 107 | CORONARY BYPASS W/O CARDIAC CATH | 3,400 |
| 109 | OTHER CARDIOTHORACIC PROCEDURES W/O PUMP | 3,400 |
| 110 | MAJOR RECONSTRUCTIVE VASCULAR PROC W/O PUMP WITH COMPLICATIONS | 2,500 |
| 111 | MAJOR RECONSTRUCTIVE VASCULAR PROC W/O PUMP | 2,500 |
| 112 | VASCULAR PROCEDURES EXCEPT MAJOR RECONSTRUCTION W/O PUMP | 2,500 |
| 113 | AMPUTATION FOR CIRC SYSTEM DISORDERS EXCEPT UPPER LIMB & TOE | 5,100 |
| 114 | UPPER LIMB & TOE AMPUTATION FOR CIRC SYSTEM DISORDERS | 4,200 |
| 115 | PERM CARDIAC PACEMAKER IMPLANT WITH AMI, HEART FAILURE, SHOCK | 3,700 |
| 121 | CIRCULATORY DISORDERS WITH AMI & C.V. COMP. | 5,100 |
| 122 | CIRCULATORY DISORDERS WITH AMI W/O C.V. COMP. | 2,900 |
| 124 | CIRCULATORY DISORDERS EXC AMI, W/CARD CATH & COMPLEX DIAG. | 2,900 |
| 127 | HEART FAILURE & SHOCK | 2,500 |
| 132 | ATHEROSCLEROSIS WITH COMPLICATIONS | 4,000 |

14

| | | |
|---|---|---|
| 138 | CARDIAC ARRHYTHMIA & CONDUCTION DISORDERS W/COMPLICATIONS | 2,500 |
| 144 | OTHER CIRCULATORY SYSTEM DIAGNOSES WITH COMPLICATIONS | 2,700 |
| 145 | OTHER CIRCULATORY SYSTEM DIAGNOSES | 2,100 |
| 146 | RECTAL RESECTION WITH COMPLICATIONS | 8,300 |
| 147 | RECTAL RESECTION | 3,400 |
| 148 | MAJOR SMALL & LARGE BOWEL PROCEDURES WITH COMPLICATIONS | 10,700 |
| 149 | MAJOR SMALL & LARGE BOWEL PROCEDURES | 3,200 |
| 150 | PERITONEAL ADHESIOLYSIS WITH COMPLICATIONS | 8,900 |
| 151 | PERITONEAL ADHESIOLYSIS | 2,700 |
| 154 | STOMACH, ESOPHAGEAL & DUODENAL PROCEDURES WITH COMPLICATIONS | 1,700 |
| 159 | HERNIA PROCEDURES EXCEPT INGUINAL & FEMORAL WITH COMPLICATIONS | 1,300 |
| 164 | APPENDECTOMY WITH COMPLICATED PRINC. DIAG. W/COMPLICATIONS | 4,300 |
| 165 | APPENDECTOMY WITH COMPLICATED PRINC. DIAG. | 1,300 |
| 168 | MOUTH PROCEDURES WITH COMPLICATIONS | 20,600 |
| 169 | MOUTH PROCEDURES | 14,600 |
| 170 | OTHER DIGESTIVE SYSTEM O.R. PROCEDURES WITH COMPLICATIONS | 6,700 |
| 171 | OTHER DIGESTIVE SYSTEM O.R. PROCEDURES | 4,400 |
| 172 | DIGESTIVE MALIGNANCY WITH COMPLICATIONS | 19,000 |
| 173 | DIGESTIVE MALIGNANCY | 6,700 |
| 174 | G.I. HEMORRHAGE WITH COMPLICATIONS | 4,400 |
| 185 | DENTAL & ORAL DIS. EXC. EXTRACTIONS & RESTORATIONS | 1,300 |
| 191 | MAJOR PANCREAS, LIVER & SHUNT PROCEDURES | 6,600 |
| 192 | MINOR PANCREAS, LIVER & SHUNT PROCEDURES | 3,400 |
| 193 | BILIARY TRACT PROC. EX. TOT. CHOLECYSTECTOMY WITH COMPLICATIONS | 3,200 |
| 194 | BILIARY TRACT PROC. EXC. TOT. CHOLECYSTECTOMY | 2,500 |
| 195 | TOTAL CHOLECYSTECTOMY WITH C.D.E. WITH COMPLICATIONS | 3,200 |
| 196 | TOTAL CHOLECYSTECTOMY WITH C.D.E. | 2,500 |
| 197 | TOTAL CHOLECYSTECTOMY W/O C.D.E. WITH COMPLICATIONS | 3,200 |

| | | |
|---|---|---|
| 198 | TOTAL CHOLECYSTECTOMY W/O C.D.E. | 2,200 |
| 201 | OTHER HEPATOBILIARY OR PANCREAS O.R. PROCEDURES | 2,200 |
| 202 | CIRRHOSIS & ALCOHOLIC HEPATITIS | 5,100 |
| 203 | MALIGNANCY OF HEPATOBILIARY SYSTEM OR PANCREAS | 20,600 |
| 204 | DISORDERS OF PANCREAS EXCEPT MALIGNANCY | 3,400 |
| 205 | DISORDERS OF LIVER EXC. MALIG., CIRR., ALC. HEPA. WITH COMPLICATIONS | 9,100 |
| 206 | DISORDERS OF LIVER EXC. MALIG., CIRR., ALC. HEPA. | 3,400 |
| 207 | DISORDERS OF THE BILIARY TRACT WITH COMPLICATIONS | 9,100 |
| 208 | DISORDERS OF THE BILIARY TRACT | 3,400 |
| 209 | MAJOR JOINT AND LIMB REATTACHMENT PROCEDURES | 5,600 |
| 210 | HIP & FEMUR PROCEDURES EXC. MAJOR JOINT WITH COMPLICATIONS | 5,600 |
| 211 | HIP & FEMUR PROCEDURES EXC. MAJOR JOINT | 2,800 |
| 213 | AMPUTATIONS, MUSCULOSKEL SYSTEM & CONN. TISSUE DISORDERS | 2,600 |
| 214 | BACK & NECK PROCEDURES WITH COMPLICATIONS | 2,600 |
| 215 | BACK & NECK PROCEDURES | 1,900 |
| 217 | WND DEBRID & SKN GRFT EXC. HAND; MUSCULOSKELETAL & CONN TISS DIS | 8,300 |
| 218 | LOW EXTREM. & HUMER PROC. EXC. HIP, FOOT, FEMUR WITH COMPLICATIONS | 4,300 |
| 219 | LOWER EXTREM. & HUMER PROC. EXC. HIP, FOOT, FEMUR | 3,000 |
| 221 | KNEE PROCEDURES WITH COMPLICATIONS | 3,500 |
| 222 | KNEE PROCEDURES | 1,400 |
| 223 | MAJ. SHOULDER/ELBOW PROC. OTHER UPPER EXT. PROC. W/COMPLCS. | 1,300 |
| 226 | SOFT TISSUE PROCEDURES WITH COMPLICATIONS | 2,000 |
| 227 | SOFT TISSUE PROCEDURES | 1,300 |
| 235 | FRACTURES OF FEMUR | 5,600 |
| 236 | FRACTURES OF HIP & PELVIS | 5,600 |
| 238 | OSTEOMYELITIS | 2,800 |
| 242 | SEPTIC ARTHRITIS | 1,300 |

| | | |
|---|---|---|
| 244 | BONE DISEASES & SPECIFIC ARTHROPATHIES WITH COMPLICATIONS | 1,300 |
| 249 | AFTERCARE, MUSCULOSKELETAL SYSTEM & CONN TISSUE | 1,100 |
| 257 | TOTAL MASTECTOMY FOR MALIGNANCY WITH COMPLICATIONS | 3,600 |
| 258 | TOTAL MASTECTOMY FOR MALIGNANCY | 1,300 |
| 263 | SKIN GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS WITH COMPLICATIONS | 9,100 |
| 264 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS | 1,300 |
| 265 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS WITH COMPLICATIONS | 2,800 |
| 271 | SKIN ULCERS | 4,200 |
| 272 | CELLULITIS WITH COMPLICATIONS | 2,800 |
| 274 | MALIGNANT BREAST DISORDERS WITH COMPLICATIONS | 4,300 |
| 280 | TRAUMA TO THE SKIN, SUBCUT TISS & BREAST WITH TRAUMA TO THE SKIN | 1,300 |
| 285 | AMPUTAT OF LOWER LIMB FOR ENDOCRINE, NUTRIT & METAB DISCORD | 2,600 |
| 287 | SKIN GRAFTS & WOUND DEBRID FOR ENDOC NUTRIT & METAB DISORDERS | 1,300 |
| 294 | DIABETES | 1,300 |
| 296 | NUTRITIONAL & MISC METABOLIC DISORDERS WITH COMPLICATIONS | 27,600 |
| 297 | NUTRITIONAL & MISC METABOLIC DISORDERS | 2,900 |
| 303 | KIDNEY, URETER & MAJOR BLADDER PROCEDURES FOR NEOPLASM | 5,100 |
| 304 | KIDNEY, URETER & MAJOR BLADDER PROCEDURES FOR NON-NEOPL W/COMPLICATIONS | 5,100 |
| 305 | KIDNEY, URETER & MAJOR BLADDER PROC FOR NON-NEOPL | 2,000 |
| 306 | PROSTATECTOMY WITH COMPLICATIONS | 1,300 |
| 315 | OTHER KIDNEY & URINARY TRACT O.R. PROCEDURES | 1,300 |
| 317 | ADMIT FOR RENAL DIALYSIS | 1,300 |
| 334 | MAJOR MALE PELVIC PROCEDURES WITH COMPLICATIONS | 5,100 |
| 335 | MAJOR MALE PELVIC PROCEDURES | 2,900 |
| 353 | PELVIC EVISCERATION, RAD HYSTERECTOMY & RADICAL VULVECTOMY | 8,300 |

| | | |
|---|---|---:|
| 354 | UTERINE, ADNEXA PROC FOR NON-OVARIAN/ ADNEXAL MALIG W/COMP. | 2,700 |
| 357 | UTERINE & ADNEXA PROC FOR OVARIAN OR ADNEXAL MALIGNANCY | 2,700 |
| 365 | OTHER FEMALE REPRODUCTIVE SYSTEM O.R. PROCEDURES | 2,700 |
| 398 | RETICULOENDOTHELIAL & IMMUNITY DISORDERS WITH COMPLICATIONS | 10,300 |
| 399 | RETICULOENDOTHELIAL & IMMUNITY DISORDERS | 10,300 |
| 400 | LYMPHOMA & LEUKEMIA W/MAJOR O.R. PROCEDURE | 3,200 |
| 401 | LYMPHOMA & NON-ACUTE LEUKEMIA WITH OTHER O.R. PROC W/COMPLI | 2,500 |
| 403 | LYMPHOMA & NON-ACUTE LEUKEMIA WITH COMPLICATIONS | 1,500 |
| 406 | MYELOPROLIF DISORD OR POORLY DIFF NEOPL W MAJ O.R. PROC W/COMPLI | 3,200 |
| 418 | POSTOPERATIVE & POSTTRAUMATIC INFECTIONS | 2,800 |
| 441 | HAND PROCEDURES FOR INJURIES | 1,300 |
| 442 | OTHER O.R. PROCEDURES FOR INJURIES WITH CC | 2,700 |
| 444 | MULTIPLE TRAUMA WITH CC | 2,700 |
| 457 | EXTENSIVE BURNS W/O O.R. PROC | 5,300 |
| 458 | NON-EXTENSIVE BURNS WITH SKIN GRAFTS | 4,100 |
| 459 | NON-EXTENSIVE BURNS WITH WOUND DEBRIDE OR OTHER O.R. PROC. | 4,100 |
| 462 | REHABILITATION | 2,500 |
| 471 | BILATERAL OR MULT MAJOR JOINT PROCDRS OF LOWER EXTREMITIES | 3,000 |
| 472 | EXTENSIVE BURNS WITH O.R. PROCEDURE | 6,600 |
| 473 | ACUTE LEUKEMIA W/O MAJOR O.R. PROCEDURE | 3,400 |
| 474 | RESPIRATORY SYSTEM DIAGNOSIS WITH TRACHEOSTOMY | 19,000 |
| 475 | RESPIRATORY SYSTEM DIAGNOSIS WITH VENTILATOR SUPPORT | 30,100 |

DIAGNOSTIC RELATED GROUP (DRG) DEFINITIONS:

| | |
|---|---|
| ALC HEP = ALCOHOLIC HEPATITIS | METAB = METABOLISM |
| AMPUT = AMPUTATION | NUTRIT = NUTRITIONAL |
| CARD = CARDIAC | O.R. = OPERATING ROOM |
| CIRC = CIRCULATORY | PERM = PERMANENT |
| CIRR = CIRRHOIS | PROC = PROCEDURE |
| CV = CARDIOVASCULAR | RAD = RADICAL |
| DIAG = DIAGNOSIS | SPRN = SPRAIN |
| DIGES = DIGESTIVE | STRN = STRAIN |
| DISL = DISLOCATION | TIA = TRANSIENT |
| EXC = EXCEPT | TOT = TOTAL |
| FX = FRACTURE | W.O. = WITHOUT |

**THE INDEPENDENCE LONG-TERM CARE POLICY**

Information:
- [x] Member, Associate Member, Employee, National Affiliate
  Membership or ID # O105671 N
- [ ] Spouse, Widow(er), Parent (-in-law)
  of _____ who has
  ACS Membership or ID #: _____

TPA Date Rec'd 9/2

Name of Applicant ROBERT ALVAREZ   Social Sec. No. 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
Sex [ ] F [x] M   Date of Birth FEB. 6, 1921   Height 5'6"   Weight 160 lbs
Marital Status: [x] Married  [ ] Widowed  [ ] Divorced/Separated  [ ] Single
Do you now or have you used tobacco in the past 3 years?  [ ] Yes  [x] No
Residence Address 15 CULLINAN COURT
City GAITHERSBURG  State MD  ZIP Code 20878-1847  Phone No. 301/826-4039

Do you live in:  [ ] Apartment  [ ] Condo  [x] House  [ ] Other
Do you live with:  [x] Spouse  [ ] Family  [ ] Alone  [ ] Other

Mailing Address (if different from above) _____
City _____  State _____  ZIP Code _____

Are you currently employed?  [ ] Yes  [x] No   If "Yes", where are you employed? _____
Company _____  Job Title _____  How long with this employer? _____

Your personal physician's name Philip Jay Schwartz, MD
Address 15225 Shady Grove Road, Suite 200  City Rockville  State MD  Zip 20850
Telephone 301/309-0550

(Please check all that apply)

1. [ ] Yes [x] No  Are you blind, crippled, mentally incompetent or not able to perform without assistance or supervision everyday living activities such as walking, cooking, eating, housekeeping, shopping, or personal hygiene such as toileting and bathing?

2. [ ] Yes [x] No  Do you use any medical appliance such as a wheelchair, walker, cane, brace, prosthetic device, or hospital bed?

3. [ ] Yes [x] No  Within the past 12 months, have you been confined, or has confinement been recommended to you, to a hospital, nursing home or other institutional care center, or has care provided by a home health care agency been received or recommended?

4. [x] Yes [ ] No  Within the past 12 months, have you been treated by a physician or other medical practitioner?

5. [ ] Yes [x] No  In the past 5 years, have you ever been treated or been diagnosed as having any of the following:
- [ ] arthritis
- [ ] epilepsy
- [ ] paralysis
- [ ] stroke
- [ ] drug abuse
- [ ] alcoholism
- [ ] diabetes
- [ ] cirrhosis of the liver
- [ ] mental or nervous disorder
- [ ] cancer (other than skin)
- [ ] senility or chronic brain disorder
- [ ] injury from an accident or fall
- [ ] chronic obstructive pulmonary disease
- [ ] kidney disease
- [ ] immune disorder
- [ ] heart disease
- [ ] Alzheimer's disease
- [ ] multiple sclerosis
- [ ] Parkinson's disease
- [ ] emphysema

If you answered "Yes" to any of questions 1 through 5, please provide full details below. Include doctor's name and address, nature of problem, treatment and current condition. (If you need more space, attach a separate signed statement.)

*My wife and I went to the Mayo Clinic for a physical while visiting my sister-in-law, who works for the Clinic in Rochester, MN. Copy of report enclosed.*

*3/5/91 William D. Mathers, MD*
*Center for Sight, Georgetown Univ. Medical Center*
*3800 Reservoir Rd., Washington, DC 20007 —*
*follow-up exam after cataract surgery*

*11/6/91   Gasster Hindy, MD   Same address*
*as above — consulting, YAG laser*

Please list ALL medications and amounts you are currently taking, even if they are not for conditions listed above:

*None*

*3) 5/9/91 Philip J. Schwartz (personal physician, address above other side) [illegible] referred to Albert Galdi, MD*
*1525 Study Grove Rd, Rockville, MD 20852*
*diagnosis: benign positional vertigo*
*Also confirmed diagnosis at Mayo Clinic Sept, 1991 (see attached report)*

☐ Yes — Will this Plan replace any other long-term care
☒ No   policy you now have? If "Yes", provide name of company and policy number:

Company _____

Policy No. _____

PLAN SELECTED:

Family Plan:
☒ High Option-Plus
☐ High Option
☐ Low Option

Individual Plan:
☐ High Option-Plus
☐ High Option
☐ Low Option

AUTHORIZATION:

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or their medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any records or knowledge of me or my health to give to the Insurance Company of North America or its authorized agent any such information.

To facilitate rapid submission of such information, I authorize all said sources, except the Medical Information Bureau, to give such records to any agency employed by the insurance company to collect and transmit such information. A photocopy of this authorization will be valid as the original. This authorization will be valid for 30 months from the date signed.

If my application is approved, I understand this plan does not cover any condition for which I have received medical treatment, care or advice within 6 months before my coverage became effective. This limitation does not apply if I have been covered under this plan for 6 months.

Applicant's Name (print or type):

ROBERT ALVAREZ

Applicant's Signature:

*Robert Alvarez*

Date 03/28/92   State where signed MD

Amount paid with application $ 594.00

This Policy is underwritten by:

**CIGNA**

Insurance Company of North America
1600 Arch Street, Philadelphia, PA 19101

TL-001435-APP   GEN 2008   ACS