**EXHIBIT B**

**INA GROUP LONG-TERM CARE MASTER POLICY**

**("MASTER POLICY")**

**INSURANCE COMPANY OF NORTH AMERICA**
1600 Arch Street, Philadelphia, PA 19101
A STOCK INSURANCE COMPANY HEREIN CALLED THE COMPANY

GROUP
LONG TERM CARE
POLICY

Policy Number: ALT-1

State of Delivery: District of Columbia

Effective Date: July 1, 1988

Anniversary Date: July 1

Participating Organization: See attached Schedule of Participating Organizations

In return for the payment of premiums, and subject to all the terms of this policy, we, the Insurance Company of North America, agree with you,

TRUSTEE OF THE NATIONAL GROUP BENEFITS INSURANCE TRUST
(the Policyholder)

to provide the benefits described in this policy to all eligible persons who apply and are approved for coverage.

This policy shall begin on the Policy Effective Date, 12:01 a.m. standard time at your address. The policy will continue until it is terminated by you or us. (See the provision "Termination of the Policy.")

We may change the premium rates on any Premium Due Date after the first anniversary of the policy. We will give you at least 60 days written notice.

IN WITNESS WHEREOF, we have signed this policy at Philadelphia, Pennsylvania.

*Harry E. Hoyt*

HARRY E. HOYT, Secretary

*Caleb L. Fowler*

CALEB L. FOWLER, President

Countersigned:  Licensed Resident Agent

TL-001455

## TABLE OF CONTENTS

| FORM # | DESCRIPTION | PAGE |
|---|---|---|
| TL-001456 | Eligibility | 3 |
| TL-001456 | Effective Date | 3 |
| TL-001456 | Termination of Individual Insurance | 3 |
| TL-001456 | Grace Period | 3 |
| TL-001447 | Definitions | 4 |
| TL-001458 | Description of Coverage | 5 |
| TL-001461 | Low Option Plan | 7 |
| TL-001459 | High Option Plan | 8 |
| TL-001460 | High Option Plus Plan | 10 |
| TL-001462 | Waiver of Premium Benefit | 12 |
| TL-001462 | Recurrent Conditions | 14 |
| TL-001462 | Maximum Benefits Where There is Other Insurance | 14 |
| TL-001463 | Exclusions | 14 |
| TL-001462 | Pre-Existing Conditions | 15 |
| TL-001464 | Premium Schedule | 14 |
| TL-001465 | Policy Provisions | 16 |
| TL-001466 | Schedule of Maximum Benefits by DRG | 22 |

Attachments at Issue:

Schedule of Participating Organizations

## PART I - INDIVIDUAL INSURANCE

Eligibility:  The following classes of persons are eligible to become an Insured under this policy.  A person may be insured only under one of the classes, even though she may be eligible under more than one class.

1) All members of the Participating Organization who are age 50 through 79.
2) All lawful spouses of members of the Participating Organization who are age 50 through 79.
3) Former Class 1 or Class 2 Insureds who no longer qualify as a member or lawful spouse of a member.  Such Insureds will be eligible to become Insureds under this class on the date they cease to be a Class 1 or Class 2 Insured.

Effective Date:  Coverage of an eligible person will begin as soon as the application has been approved and the first premium received.  A former Class 1 or Class 2 Insured will automatically become a Class 3 on the date she is no longer eligible as a Class 1 or Class 2.  The Participating Organization shall notify us immediately of any change in the Insured's status.

Change in Plans of Coverage:  An Insured may apply for a change in coverage at any time.  The change will become effective as follows:

1) An increase from the Low Option Plan to the High Option Plan or the High Option Plus Plan will become effective on the first Premium Due Date after we have approved the application and the required premium has been paid.
2) An increase from the High Option Plan to the High Option Plus Plan will become effective on the first Premium Due Date after the election is made, provided the required premium has been paid.
3) A decrease under the High Option Plan or the High Option Plus Plan will become effective on the first Premium Due Date after the election is made.

Termination of Insurance:  An Insured's coverage will end:

1) If the group policy ends.
2) If the premium is not paid within the 31-day grace period.
3) On the next premium due date, if she is no longer within an eligible class.

Termination will not affect a claim which begins while coverage is in force.

Effect of Termination of Membership, or Legal Separation or Divorce:  If: (a) a Class 1 Insured's membership with the Participating Organization ends; or (b) a Class 2 Insured no longer qualifies as such because the member through whom the Insured became eligible ceased membership with the Participating Organization; or (c) a Class 2 Insured is legally separated, divorced or the surviving spouse of a member or former member, coverage may be continued by paying the required premium directly to the Company.  Coverage is guaranteed renewable and Class 1 or Class 2 Insureds will automatically become Class 3 Insureds.  The Participating Organization shall notify us immediately of any event listed above.  Rates will be adjusted according to class.

TL-001456

-3-

Grace Period:  There is a 31-day grace period after each premium due date after the first.  Coverage will stay in force during this period if the premium is late. Coverage will end if the premium is not paid by the end of the grace period; and the effective date of termination will be the last day for which premium was paid.

Reinstatement:  In the event that coverage ends because the premium was not paid by the end of the grace period, it will be reinstated if, within 60 days, the Insured certifies that there has been no change in the information contained in her most recent application for coverage under this policy.  Beyond 60 days, the Insured must reapply for coverage under the policy.  In either case, reinstated coverage will become effective when we approve the Insured's reinstatement request and the required premium is paid.

-4-

PART II - DEFINITIONS

As used in the policy:

a) Diagnostic-Related Group ("DRG"): A classification set up by the Health Care Financing Administrator under Title XVIII of the Social Security Act Amendments of 1965, Public Law 89-97, as amended. It is based on the diagnoses and the major procedures performed on an Insured during a hospital stay. The hospital assigns the principal DRG classification.

b) Elimination Period: The period of time the Insured must be confined in a Licensed Nursing Facility before benefits are paid under the policy.

c) Functional and cognitive disability: A physical or mental impairment of such severity that it results in lack of ability to perform at least three of the important activities of daily living listed below without human intervention.

   1) Toileting: the ability to get to and from the toilet, transfer on and off the toilet, cleanse self after use, and adjust clothes for the purpose. It also includes using a bedside commode, urinal or bedpan.
   2) Dressing: the ability to get clothing from the closets or drawers, put on and take off all items of clothing that are normally worn, and to fasten them. This includes braces and artificial limbs, if they are normally used. Insureds who usually wear a housecoat or robe with slippers will be considered dressed if these are not the clothes in which they sleep, i.e., after they get out of bed, they change into something other than their sleeping clothes.
   3) Transferring: the ability to get in and out of a bed and/or a chair.
   4) Walking: the ability to move along on foot.
   5) Feeding: the ability to get food by any means from a plate, cup, glass, bottle, etc. into the body. It is the process of eating after the food is prepared and placed in front of the Insured.
   6) Cognition: the act or process of knowing, including both awareness and judgement, as measured using a test selected by us.

d) She and Her shall include "he" and "his."

e) Home Health Agency: An organization which has been duly licensed to provide home health care and services by the state, province or country in which the Insured is to receive the care.

f) Home Health Care: The care given and the services rendered by a Home Health Agency.

g) Hospital: An institution set up according to law which: (1) is mainly for the care and treatment of sick, ailing or injured in-patients; (2) is run by a staff of one or more physicians, available at all times; (3) provides nursing service at all times, by registered or graduate nurses on duty or call; (4) provides organized diagnostic and surgical facilities, either on the premises or on a contract basis with another hospital; and (5) is not mainly a clinic, or facility for convalescence, rest or nursing or for the aged, drug addicts, alcoholics, or persons with mental or nervous disorders.

h) Insured: Any person whose coverage is in force under the terms set forth in the policy.

TL-001457

i) Licensed Nursing Facility: A facility which has been duly licensed to provide nursing care and services by the state, province or country in which the Insured is to receive the care.

j) Licensed Nursing Home Care: The care given and the services rendered by a Licensed Nursing Facility.

k) Medically Necessary: The care, services or supplies which are required to treat the Insured's condition and which meet all of the following conditions:

   1) They are consistent with the symptoms, diagnoses, treatment and care of the condition.
   2) They are appropriate with regard to the standard of good medical practice.
   3) They are not solely for the convenience of the Insured or any provider.
   4) They are the most appropriate level of services or supplies which can safely be provided to the Insured.

l) Physician: A duly licensed practitioner of the healing arts who is acting within the scope of her license.

m) Pre-Existing Condition: A condition for which an Insured received medical treatment, care or advice within six months before being covered by the policy.

n) Reasonable and Customary Charge: A charge will be considered reasonable and customary if:

   (1) it is the normal charge made by the provider for a similar service or supply; and

   (2) it does not exceed the normal charge made by most providers of such service or supply in the locality where the service is received.

   To determine if a charge is reasonable and customary, the nature and severity of the injury, sickness or condition being treated will be considered.

o) Skilled Nursing Facility: An institution, other than a hospital, set up according to law which: (1) provides permanent and full-time bed care facilities for in-patients; (2) provides the services of a physician and professional nurses at all times; (3) keeps a daily medical record for each patient; and (4) mainly provides continuous skilled nursing care for sick or injured persons while they are recovering.

p) Skilled Nursing Facility Care: Care given and services provided by a Skilled Nursing Facility. Such care must: (1) be prescribed by a physician; (2) be given by a registered nurse; and (3) be available 24 hours a day.

### PART III - DESCRIPTION OF COVERAGE

We will pay the benefits shown below according to the terms of the policy.
Benefits are subject to the limits set up under the plan chosen by the Insured and
shown in her schedule.  These benefits will be paid on a worldwide basis after any
one of the following conditions:

a)   A stay in a Hospital of at least 48 hours.
b)   A stay in a Skilled Nursing Facility of at least 21 days.
c)   Impairment due to functional and cognitive disabilities (benefits limited
     to Home Health Care only).

The Insured must be under the care of a physician, and the condition must start
after the Insured is covered by the policy.  We will not pay any amounts for the
stays or during any elimination period that may be required.

Benefits for care under this coverage will end on the first of the following:

a)   the lifetime maximum limit has been paid.
b)   the death of the Insured.
c)   A period of 90 days passes after the end of Home Health Care for the
     Insured, or after the discharge from the Licensed Nursing Home without
     readmission, before care or readmission for the same condition is required.

All benefits under the policy will be paid in United States currency.

TL-001458

## LOW OPTION PLAN

We will pay benefits for the following care:

A. <u>Home Health Care</u>:  Covers charges made by a Home Health Agency for services and supplies furnished an Insured in her home under a Home Health Care plan.  Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred.  They are subject to a lifetime maximum limit of $100,000.

    1.    If the Home Health Care begins within 30 days of a stay in a Hospital of at least 48 hours, we will pay 100% of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "Schedule of Maximum Benefits Per DRG."  These charges are based on the DRG classification assigned to the Insured during the Hospital stay.  If the Insured is assigned more than one DRG, the total amount we will pay will be 15% more than the amount assigned to the principal DRG.

        If no DRG has been assigned to the Insured within 30 days of discharge from the Hospital, we will assign a temporary one.  It will be based on the diagnoses and the major procedures performed on the Insured during the Hospital stay.  Benefits will be based on the DRG which we assign during the period in which we are providing Home Health Care benefits.  If during this period the Hospital then assigns a DRG for the condition which required the stay, we will pay in accordance with the DRG assigned by the Hospital.

        We have the right to review the Insured's Hospital and/or other medical records and to change the DRG assigned by the Hospital where it is appropriate.  We also have the right to examine the Insured, in connection with a claim, at our expense.

    2.    If the Home Health Care begins after a stay in a Skilled Nursing Facility of at least 21 days, and the Insured had not been discharged from a stay in a Hospital of at least 48 hours, we will pay 100% of the charges for care because of the condition which required the Skilled Nursing Facility Care up to a lifetime maximum limit of $10,000.

        If the Insured suffers from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by $5,000.  This will be provided only one time during the life of the Insured; and it will not be included in the lifetime maximum under the coverage.

    3.    Benefits for Home Health Care will be paid without a prior Hospital or Skilled Nursing Facility stay if an Insured's impairment is due to a functional and cognitive disability.

        We will pay 100% of the charges for care because of the impairment, up to the maximum benefits as determined by the DRG we assign but subject to a lifetime maximum limit of $10,000; or, if no DRG applies, up to the $10,000.

TL-001461

B. **Licensed Nursing Home Care:**  Covers charges made by a Licensed Nursing Home for the medically necessary care actually provided.  Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred.  They are subject to a lifetime maximum limit of $75,000.

Licensed Nursing Home Care must start within: (1) 30 days after the required Hospital stay; or (2) 24 hours after the required Skilled Nursing Facility stay.  It is then subject to an Elimination Period of 90 days.

We will pay 75% of the charges incurred for such care, beginning with the 91st straight day an Insured receives care in a Licensed Nursing Home.

## HIGH OPTION PLAN

We will pay benefits for the following care:

A. <u>Home Health Care</u>: Covers charges made by a Home Health Agency for services and supplies furnished an Insured in her home under a Home Health Care plan. Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred. They are subject to a lifetime maximum limit of $150,000.

   1.   If the Home Health Care begins within 30 days of a stay in a Hospital of at least 48 hours, we will pay 100% of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "Schedule of Maximum Benefits Per DRG." These charges are based on the DRG classification assigned to the Insured during the Hospital stay. If the Insured is assigned more than one DRG, the total amount we will pay will be 15% more than the amount assigned to the principal DRG.

       If no DRG has been assigned to the Insured within 30 days of discharge from the Hospital, we will assign a temporary one. It will be based on the diagnoses and the major procedures performed on the Insured during the Hospital stay. Benefits will be based on the DRG which we assign during the period in which we are providing Home Health Care benefits. If during this period the Hospital then assigns a DRG for the condition which required the stay, we will pay in accordance with the DRG assigned by the Hospital.

       We have the right to review the Insured's Hospital and/or other medical records and to change the DRG assigned by the Hospital where it is appropriate. We also have the right to examine the Insured, in connection with a claim, at our expense.

   2.   If the Home Health Care begins after a stay in a Skilled Nursing Facility of at least 21 days, and the Insured had not been discharged from a stay in a Hospital of at least 48 hours, we will pay 100% of the charge for care because of the condition which required the Skilled Nursing Facility Care up to a lifetime maximum limit of $10,000.

       If the Insured suffers from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by $5,000. This will be provided only one time during the life of the Insured; and it will not be included in the lifetime maximum under the coverage.

   3.   Benefits for Home Health Care will be paid without a prior Hospital or Skilled Nursing Facility stay if an Insured's impairment is due to a functional and cognitive disability.

       We will pay 100% of the charges for care because of the impairment, up to the maximum benefits as determined by the DRG we assign but subject to a lifetime maximum limit of $10,000; or, if no DRG applies, up to the $10,000.

TL-001459

B.  Licensed Nursing Home Care:  Covers charges made by a Licensed Nursing Home for the medically necessary care actually provided.  Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred.  They are subject to a lifetime maximum limit of $125,000.

Licensed Nursing Home Care must start within: (1) 30 days after the required Hospital stay; or (2) 24 hours after the required Skilled Nursing Facility stay.  It is then subject to an Elimination Period of 20 days.

We will pay 80% of the charges incurred for such care, beginning with the 21st straight day an Insured receives care in a Licensed Nursing Home.

## HIGH OPTION PLUS PLAN

If an Insured has applied for this plan and we have approved his application, we will adjust the maximum benefits payable for the DRG classes and Alzheimer's disease on each certificate anniversary date, provided the required premium is paid.

The benefits will automatically be increased by the lesser of the percent of increase in the Consumer Price Index during the prior calendar year or 5%. Premiums will also increase as provided in the rate table then applicable.

"Consumer Price Index" means the All Items Consumer Price Index For All Urban Consumers (CPI-U), as published by the Bureau of Labor Statistics of the U.S. Department of Labor. The index will be used as long as it is available. If it is no longer available, the official report issued by the Bureau of Labor Statistics will be used instead.

We will pay benefits for the following care:

A.  Home Health Care:  Covers charges made by a Home Health Agency for services and supplies furnished an Insured in her home under a Home Health Care plan.  Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred.  They are subject to a lifetime maximum limit of $150,000.

  1.  If the Home Health Care begins within 30 days of a stay in a Hospital of at least 48 hours, we will pay 100% of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "Schedule of Maximum Benefits Per DRG."  These charges are based on the DRG classification assigned to the Insured during the Hospital stay.  If the Insured is assigned more than one DRG, the total amount we will pay will be 15% more than the amount assigned to the principal DRG.

  If no DRG has been assigned to the Insured within 30 days of discharge from the Hospital, we will assign a temporary one.  It will be based on the diagnoses and the major procedures performed on the Insured during the Hospital stay.  Benefits will be based on the DRG which we assign during the period in which we are providing Home Health Care benefits.  If during this period the Hospital then assigns a DRG for the condition which required the stay, we will pay in accordance with the DRG assigned by the Hospital.

  We have the right to review the Insured's Hospital and/or other medical records and to change the DRG assigned by the Hospital where it is appropriate.  We also have the right to examine the Insured, in connection with a claim, at our expense.

TL-001460

-12-

2.    If the Home Health Care begins after a stay in a Skilled Nursing Facility of at least 21 days, and the Insured had not been discharged from a stay in a Hospital of at least 48 hours, we will pay 100% of the charges for care because of the condition which required the Skilled Nursing Facility Care up to a lifetime maximum limit of $10,000.

If the Insured suffers from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by $5,000. This will be provided only one time during the life of the Insured; and it will not be included in the lifetime maximum under the coverage.

3.    Benefits for Home Health Care will be paid without a prior Hospital or Skilled Nursing Facility stay if an Insured's impairment is due to a functional and cognitive disability.

We will pay 100% of the charges for care because of the impairment, up to the maximum benefits as determined by the DRG we assign but subject to a lifetime maximum limit of $10,000; or, if no DRG applies, up to the $10,000.

B.   Licensed Nursing Home Care:  Covers charges made by a Licensed Nursing Home for the medically necessary care actually provided. Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred. They are subject to a lifetime maximum limit of $125,000.

Licensed Nursing Home Care must start within: (1) 30 days after the required Hospital stay; or (2) 24 hours after the required Skilled Nursing Facility stay. It is then subject to an Elimination Period of 20 days.

We will pay 80% of the charges incurred for such care, beginning with the 21st straight day an Insured receives care in a Licensed Nursing Home.

### PART IV - PRE-EXISTING CONDI" \S

We will pay benefits for care due to a pre-existing condition after the Insured has been covered by the policy for six months.

### PART V - WAIVER OF PREMIUM BENEFIT

We will not require any premium to be paid for an Insured which falls due:

a)  while she qualifies for Licensed Nursing Home benefits under this policy; and
b)  after she has been paid benefits for 90 days.

When Licensed Nursing Home benefits are no longer payable, she may keep her coverage in force by paying any premiums which fall due after that.

### PART VI - RECURRENT CONDITIONS

We will treat successive periods of care as one period, if:

a)  they are due to the same or related condition; and
b)  they are separated by less than 90 days.

Otherwise, successive periods of care shall be considered as a new claim and shall be subject to new qualification requirements and a new elimination period, if applicable.

### PART VII - MAXIMUM BENEFITS WHERE THERE IS OTHER INSURANCE

If there are benefits under other insurance which apply to the same benefits as this coverage, we will pay a pro rata share of the total amount of benefits which are available. In no case shall the total benefits exceed 100% of the charges.

"Pro rata share" means the proportion of the total benefit that the amount payable under one policy in the absence of such other insurance bears to the total applicable benefits under all such policies.

TL-001462

-14-

## PART VIII - EXCLUSIONS

We will not pay benefits for any of the following:

a)  Care required by war or acts of war, whether or not declared.
b)  Care required for conditions which result from or occur during military service.
c)  Care required for conditions which are covered under any Worker's Compensation or any similar state or federal law.
d)  Care provided in or by a facility or agency or by any government or agency thereof for which no charge is made to the Insured in the absence of insurance.
e)  Care required for alcoholism or drug addiction or for conditions caused by either of these.
f)  Care required for or because an Insured injures herself on purpose.
g)  Care provided in or by a Hospital in which the Insured is confined.
h)  Charges in a Licensed Nursing Facility for a private room which are in excess of (1) the actual charges or (2) the charges for a semi-private room in the same facility, whichever is less.
i)  Care provided in any nursing facility by a private duty nurse or other nurse or care giver employed by or on behalf of the Insured.
j)  Care required for a mental or nervous disorder without demonstrable organic cause, except for Alzheimer's disease or senile dementia.
k)  Care provided by a physician.
l)  Care for which benefits are available under Medicare.

TL-001463

-15-

## PART IX - PREMIUM SCHEDULE

The premiums for the policy shall be figured using the table below. Our table of rates is subject to change at any time after payment of the first premium. This may be done on the first anniversary of the policy, or on any premium due date after that. Rates are based on attained age on date of issue and this base does not change with age. Any change in rates will apply to all Insureds of the same class. We will give you at least 60 days' written notice. We may agree with the Participating Organization to change the mode of payment from time to time.

### State Area Rating Classifications

### Effective 1/1/88

| State | Area | State | Area |
|-------|------|-------|------|
| Alabama | B | Montana | B |
| Alaska | D | Nebraska | C |
| Arizona | A | Nevada | C |
| Arkansas | B | New Hampshire | B |
| California | B | New Jersey | B |
| Colorado | C | New Mexico | A |
| Connecticut | E | New York | E |
| Delaware | B | North Carolina | B |
| D.C. | A | North Dakota | D |
| Florida | A | Ohio | D |
| Georgia | B | Oklahoma | B |
| Hawaii | C | Oregon | B |
| Idaho | B | Pennsylvania | B |
| Illinois | B | Rhode Island | D |
| Indiana | C | South Carolina | B |
| Iowa | C | South Dakota | C |
| Kansas | C | Tennessee | B |
| Kentucky | B | Texas | B |
| Louisiana | C | Utah | B |
| Maine | D | Vermont | D |
| Maryland | C | Virginia | B |
| Massachusetts | D | Washington | C |
| Michigan | B | West Virginia | A |
| Minnesota | E | Wisconsin | C |
| Mississippi | B | Wyoming | A |
| Missouri | D | | |

TL-001464

LOW OPTION PLAN

ANNUAL RATES

Effective 1/1/88

| AGE | AREA A Family Rate | AREA A Individual Rate | AREA B Family Rate | AREA B Individual Rate | AREA C Family Rate | AREA C Individual Rate | AREA D Family Rate | AREA D Individual Rate | AREA E Family Rate | AREA E Individual Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | $112 | $136 | $123 | $149 | $134 | $162 | $145 | $175 | $159 | $193 |
| 51 | 119 | 144 | 130 | 158 | 142 | 172 | 153 | 186 | 168 | 204 |
| 52 | 126 | 153 | 138 | 168 | 150 | 182 | 162 | 197 | 179 | 216 |
| 53 | 134 | 163 | 147 | 178 | 160 | 194 | 173 | 210 | 190 | 230 |
| 54 | 144 | 173 | 158 | 190 | 172 | 207 | 186 | 223 | 204 | 245 |
| 55 | 154 | 186 | 169 | 204 | 184 | 222 | 199 | 240 | 219 | 264 |
| 56 | 165 | 200 | 182 | 219 | 198 | 239 | 214 | 258 | 235 | 284 |
| 57 | 179 | 215 | 196 | 236 | 214 | 257 | 232 | 278 | 255 | 306 |
| 58 | 194 | 233 | 213 | 256 | 232 | 279 | 252 | 302 | 278 | 333 |
| 59 | 211 | 252 | 232 | 278 | 254 | 303 | 275 | 329 | 304 | 363 |
| 60 | 229 | 274 | 253 | 302 | 277 | 330 | 301 | 358 | 333 | 396 |
| 61 | 249 | 298 | 276 | 329 | 303 | 361 | 329 | 392 | 365 | 434 |
| 62 | 272 | 324 | 302 | 359 | 332 | 394 | 361 | 429 | 401 | 476 |
| 63 | 296 | 353 | 329 | 391 | 362 | 430 | 395 | 469 | 439 | 520 |
| 64 | 322 | 383 | 358 | 426 | 395 | 468 | 431 | 511 | 480 | 568 |
| 65 | 352 | 417 | 392 | 464 | 432 | 512 | 473 | 559 | 527 | 622 |
| 66 | 383 | 454 | 428 | 507 | 473 | 560 | 517 | 612 | 577 | 682 |
| 67 | 418 | 494 | 467 | 552 | 517 | 610 | 566 | 669 | 633 | 746 |
| 68 | 456 | 539 | 511 | 603 | 566 | 668 | 621 | 732 | 694 | 818 |
| 69 | 498 | 588 | 559 | 659 | 620 | 730 | 681 | 802 | 763 | 897 |
| 70 | 545 | 640 | 612 | 719 | 680 | 798 | 747 | 877 | 838 | 983 |
| 71 | 596 | 701 | 671 | 788 | 746 | 876 | 821 | 964 | 921 | 1,080 |
| 72 | 651 | 765 | 735 | 862 | 818 | 959 | 901 | 1,056 | 1,012 | 1,186 |
| 73 | 712 | 835 | 804 | 943 | 896 | 1,050 | 988 | 1,158 | 1,111 | 1,301 |
| 74 | 777 | 911 | 878 | 1,030 | 980 | 1,148 | 1,081 | 1,267 | 1,216 | 1,425 |
| 75 | 847 | 992 | 959 | 1,122 | 1,071 | 1,252 | 1,182 | 1,383 | 1,331 | 1,556 |
| 76 | 919 | 1,075 | 1,041 | 1,216 | 1,163 | 1,358 | 1,285 | 1,500 | 1,447 | 1,689 |
| 77 | 996 | 1,162 | 1,128 | 1,316 | 1,261 | 1,469 | 1,393 | 1,623 | 1,569 | 1,828 |
| 78 | 1,079 | 1,256 | 1,222 | 1,423 | 1,365 | 1,589 | 1,509 | 1,756 | 1,790 | 1,978 |
| 79 | 1,167 | 1,357 | 1,322 | 1,537 | 1,477 | 1,716 | 1,632 | 1,896 | 1,838 | 2,135 |

NOTES:
1) The Family Rate is offered only if both are accepted, and must be applied to each spouse.

2) The Individual Rate is offered to individuals who are not married or whose spouse was not accepted or did not apply.

3) Refer to State Area Rating Classifications for the area classification of each state.

-17-

# HIGH OPTION PLAN

## ANNUAL RATES

### Effective 1/1/88

| AGE | AREA A Family Rate | AREA A Individual Rate | AREA B Family Rate | AREA B Individual Rate | AREA C Family Rate | AREA C Individual Rate | AREA D Family Rate | AREA D Individual Rate | AREA E Family Rate | AREA E Individual Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | $148 | $180 | $164 | $198 | $179 | $217 | $194 | $235 | $215 | $260 |
| 51 | 157 | 192 | 173 | 211 | 189 | 230 | 205 | 250 | 226 | 276 |
| 52 | 167 | 202 | 184 | 223 | 201 | 243 | 218 | 263 | 241 | 291 |
| 53 | 178 | 216 | 196 | 238 | 214 | 260 | 232 | 281 | 256 | 310 |
| 54 | 190 | 230 | 209 | 253 | 229 | 276 | 248 | 299 | 274 | 330 |
| 55 | 204 | 246 | 225 | 271 | 246 | 295 | 267 | 320 | 295 | 353 |
| 56 | 219 | 264 | 242 | 291 | 264 | 318 | 287 | 344 | 317 | 380 |
| 57 | 236 | 284 | 261 | 313 | 285 | 343 | 310 | 372 | 343 | 411 |
| 58 | 256 | 307 | 283 | 340 | 310 | 372 | 336 | 404 | 372 | 446 |
| 59 | 278 | 333 | 308 | 368 | 337 | 403 | 367 | 439 | 407 | 486 |
| 60 | 304 | 363 | 337 | 403 | 370 | 442 | 403 | 481 | 448 | 533 |
| 61 | 332 | 395 | 369 | 438 | 406 | 482 | 443 | 526 | 492 | 584 |
| 62 | 360 | 430 | 401 | 478 | 442 | 526 | 483 | 575 | 538 | 639 |
| 63 | 393 | 468 | 438 | 522 | 483 | 575 | 529 | 629 | 589 | 700 |
| 64 | 428 | 509 | 478 | 568 | 528 | 627 | 579 | 686 | 646 | 765 |
| 65 | 465 | 554 | 521 | 619 | 576 | 685 | 632 | 750 | 706 | 837 |
| 66 | 509 | 602 | 570 | 674 | 632 | 747 | 694 | 819 | 776 | 916 |
| 67 | 554 | 656 | 622 | 736 | 691 | 816 | 759 | 896 | 850 | 1,003 |
| 68 | 606 | 715 | 681 | 804 | 757 | 893 | 832 | 981 | 933 | 1,099 |
| 69 | 661 | 779 | 744 | 877 | 828 | 975 | 911 | 1,073 | 1,022 | 1,203 |
| 70 | 721 | 849 | 813 | 957 | 905 | 1,045 | 997 | 1,173 | 1,121 | 1,317 |
| 71 | 789 | 927 | 891 | 1,047 | 993 | 1,167 | 1,096 | 1,286 | 1,232 | 1,446 |
| 72 | 862 | 1,012 | 975 | 1,144 | 1,088 | 1,277 | 1,201 | 1,409 | 1,352 | 1,585 |
| 73 | 941 | 1,104 | 1,066 | 1,250 | 1,191 | 1,395 | 1,315 | 1,541 | 1,482 | 1,736 |
| 74 | 1,024 | 1,201 | 1,162 | 1,342 | 1,299 | 1,522 | 1,436 | 1,682 | 1,619 | 1,896 |
| 75 | 1,116 | 1,307 | 1,266 | 1,482 | 1,417 | 1,658 | 1,567 | 1,833 | 1,768 | 2,068 |
| 76 | 1,210 | 1,414 | 1,374 | 1,605 | 1,537 | 1,796 | 1,701 | 1,987 | 1,920 | 2,241 |
| 77 | 1,310 | 1,529 | 1,488 | 1,737 | 1,666 | 1,944 | 1,844 | 2,151 | 2,081 | 2,427 |
| 78 | 1,417 | 1,652 | 1,610 | 1,876 | 1,802 | 2,100 | 1,995 | 2,324 | 2,251 | 2,623 |
| 79 | 1,532 | 1,783 | 1,740 | 2,024 | 1,947 | 2,265 | 2,155 | 2,507 | 2,432 | 2,828 |

NOTES:  1)  The Family Rate is offered only if both are accepted, and must be applied to each spouse.

2)  The Individual Rate is offered to individuals who are not married or whose spouse was not accepted or did not apply.

3)  Refer to State Area Rating Classifications for the area classification of each state.

HIGH OPTION PLUS PLAN

ANNUAL RATES

Effective 1/1/88

| AGE | AREA A Family Rate | AREA A Individual Rate | AREA B Family Rate | AREA B Individual Rate | AREA C Family Rate | AREA C Individual Rate | AREA D Family Rate | AREA D Individual Rate | AREA E Family Rate | AREA E Individual Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | $175 | $212 | $191 | $230 | $206 | $249 | $221 | $267 | $242 | $292 |
| 51 | 186 | 225 | 202 | 244 | 218 | 263 | 234 | 283 | 255 | 309 |
| 52 | 197 | 237 | 214 | 258 | 231 | 278 | 248 | 298 | 271 | 326 |
| 53 | 209 | 252 | 227 | 274 | 245 | 296 | 263 | 317 | 287 | 346 |
| 54 | 223 | 269 | 242 | 292 | 262 | 315 | 281 | 338 | 307 | 369 |
| 55 | 239 | 287 | 260 | 312 | 281 | 336 | 302 | 361 | 330 | 394 |
| 56 | 256 | 306 | 279 | 333 | 301 | 360 | 324 | 386 | 354 | 422 |
| 57 | 274 | 328 | 299 | 357 | 323 | 387 | 348 | 416 | 381 | 455 |
| 58 | 297 | 353 | 324 | 386 | 351 | 418 | 377 | 450 | 413 | 492 |
| 59 | 320 | 382 | 350 | 417 | 379 | 452 | 409 | 488 | 492 | 535 |
| 60 | 348 | 413 | 381 | 453 | 414 | 492 | 447 | 531 | 538 | 583 |
| 61 | 378 | 448 | 415 | 491 | 452 | 535 | 489 | 579 | 538 | 637 |
| 62 | 409 | 485 | 450 | 533 | 491 | 581 | 532 | 630 | 587 | 694 |
| 63 | 443 | 525 | 488 | 579 | 533 | 632 | 579 | 686 | 639 | 757 |
| 64 | 481 | 568 | 531 | 627 | 581 | 686 | 632 | 745 | 699 | 824 |
| 65 | 520 | 615 | 576 | 680 | 631 | 746 | 687 | 811 | 761 | 898 |
| 66 | 566 | 667 | 627 | 739 | 689 | 812 | 751 | 884 | 833 | 981 |
| 67 | 614 | 723 | 682 | 803 | 751 | 883 | 819 | 963 | 910 | 1,070 |
| 68 | 668 | 784 | 743 | 873 | 819 | 962 | 894 | 1,050 | 995 | 1,168 |
| 69 | 726 | 851 | 809 | 949 | 893 | 1,047 | 976 | 1,145 | 1,087 | 1,275 |
| 70 | 789 | 924 | 881 | 1,032 | 973 | 1,140 | 1,065 | 1,248 | 1,189 | 1,392 |
| 71 | 860 | 1,005 | 962 | 1,125 | 1,064 | 1,245 | 1,167 | 1,364 | 1,303 | 1,524 |
| 72 | 936 | 1,093 | 1,049 | 1,225 | 1,162 | 1,358 | 1,275 | 1,490 | 1,426 | 1,666 |
| 73 | 1,018 | 1,188 | 1,143 | 1,334 | 1,268 | 1,479 | 1,392 | 1,625 | 1,559 | 1,820 |
| 74 | 1,104 | 1,288 | 1,242 | 1,449 | 1,379 | 1,609 | 1,516 | 1,769 | 1,699 | 1,983 |
| 75 | 1,200 | 1,397 | 1,350 | 1,572 | 1,501 | 1,748 | 1,651 | 1,923 | 1,852 | 2,158 |
| 76 | 1,297 | 1,507 | 1,461 | 1,698 | 1,624 | 1,889 | 1,788 | 2,080 | 2,007 | 2,334 |
| 77 | 1,600 | 1,626 | 1,578 | 1,834 | 1,756 | 2,041 | 1,934 | 2,248 | 2,171 | 2,524 |
| 78 | 1,511 | 1,753 | 1,704 | 1,977 | 1,896 | 2,201 | 2,089 | 2,425 | 2,345 | 2,724 |
| 79 | 1,629 | 1,887 | 1,837 | 2,128 | 2,044 | 2,369 | 2,252 | 2,611 | 2,529 | 2,932 |

NOTES:

1) The Family Rate is offered only if both are accepted, and must be applied to each spouse.

2) The Individual Rate is offered to individuals who are not married or whose spouse was not accepted or did not apply.

3) Refer to State Area Rating Classifications for the area classification of each state.

-19-

## PART X - POLICY PROVISIONS

**Entire Contract; Changes:** This policy, your application, and (if we require) the applications of persons for coverage is the entire contract. No change in this policy is valid unless it has been approved by one of our executive officers. This approval must be attached to or endorsed on this policy. No agent may change this policy or waive any provision.

We may not use statements made by you or an Insured to contest this policy or deny a claim, unless they are in a signed application. Except in case of fraud, such statements are representations and not warranties. No statement, except fraudulent misstatement, may be used to void this policy after it has been in force for 2 years, or to deny a claim to an Insured who has been covered by this policy for 2 years.

**Termination of the Policy:** Either you or we may terminate this policy on the first policy anniversary date. At least 60 days' written notice to the other is required.

**Cancellation of Participation:** Either the Participating Organization or the Company may cancel participation under the policy by giving the other written notice 60 days before the cancellation date. The Participating Organization will give written notice of cancellation to Insureds at least 30 days before participation ends.

Coverage for existing Insureds will continue provided the required premium is paid when due. Class 1 and Class 2 will become Class 3 Insureds. The coverage for Class 3 Insureds is guaranteed renewable and will be continued until coverage for the last Insured terminates as described in the Termination of Insurance provision.

**Claim Procedures; Notice of Claim:** If any covered loss occurs or begins, written notice of claim must be sent to us within 30 days, or as soon as reasonably possible. The notice should state the policy number, the Insured's name and certificate number. Notice should be sent to our Home Office in Philadelphia, Pennsylvania, or to an agent authorized by us. We will then send claim forms to the Insured.

**Claim Procedures; Proofs of Loss:** The claim forms must be sent back to us no more than 90 days after a covered loss occurs or ends, or as soon as reasonably possible, but (except for lack of legal capacity) in no case more than a year later. If we have not provided claim forms 15 days after notice of claim, the Insured should send us other proof of loss by the date claim forms would be due. This proof of loss should include written proof of the occurrence, type and amount of loss.

**Payment of Claims; When Paid:** Claims will be paid when we receive due proof of loss. If a claim covers benefits for more than a month we will pay all amounts due at the end of the month. If there are any benefits due at the end of the period claimed, we will pay them when we receive due proof of loss.

TL-001465

-20-

**Payment of Claim; To Whom Paid:** We will pay the Insured if she is living. Otherwise we will pay her estate. In that case, or if we are to pay a person who is not competent to give a valid release, we may pay not more than $1,000 to a person who we in good faith believe is entitled to it.

**Assignment:** We will pay a claim directly to the provider of health care, if the covered person assigns her benefits by the date claim forms are filed. If an Insured assigns her rights or benefits from this policy, we will not be bound until we receive a signed copy of it. We are not responsible for its validity.

**Physical Examinations:** At our expense, we may have an Insured who is claiming benefits examined as often as reasonably necessary while the claim is pending.

**Legal Action:** No one may sue for benefits less than 60 days nor more than 3 years (or the minimum period of time permitted by state law, if greater) after the date claim forms are due.

**Conformity with State Statutes:** If any part of the policy conflicts with the laws of the state of delivery on the date this policy goes into effect, this policy is amended to meet the minimum requirements of such law.

**Records Maintained; Examination and Audit:** You or your agent shall keep records showing the essential facts of each Insured's coverage. We may examine these records at any time this policy is in force, within 3 years after the policy ends, or later if claims are still pending.

**Misstatement of Facts:** If a fact which affects an Insured's coverage has not been correctly reported, the true facts will be used to judge whether coverage is in force, and in what amount. If a pre-existing condition was not disclosed on the application, and the application would not have been accepted had it been disclosed, then we will rescind the coverage and return the full amount of the premium paid by the Insured.

**Clerical Error:** An Insured's coverage will not be affected by clerical error or delay in keeping records of insurance under the policy. If such an error or delay is found, the premium will be adjusted fairly.

**Certificate of Insurance:** We will give you or your agent certificates of insurance. These will contain the main terms of the policy, and will state to whom benefits are payable. You shall issue these certificates to all Insureds.

**Addition of New Members:** Eligible new members may be added from time to time, according to the terms of this policy.

**Examination of the Policy:** A copy of the master group policy may be examined at your office or the administrator's office.

HOME HEALTH CARE

Schedule of Maximum Benefits by DRG
Effective 1/1/88

| DRG No. | Diagnostic Related Group (DRG) Name | Maximum Payable Benefit High Option* | Low Option |
|---|---|---|---|
| 1 | CRANIOTOMY EXCEPT FOR TRAUMA | $ 6,200 | $ 4,700 |
| 2 | CRANIOTOMY FOR TRAUMA | 31,000 | 23,300 |
| 4 | SPINAL PROCEDURES | 6,900 | 5,100 |
| 5 | EXTRACRANIAL VASCULAR PROCEDURES | 3,400 | 2,500 |
| 6 | CARPAL TUNNEL RELEASE | 2,200 | 1,700 |
| 7 | PERIPH & CRANIAL NERVE & OTHER NERV SYSTM PROC W/COMPLICATION | 4,500 | 3,400 |
| 8 | PERIPH & CRANIAL NERVE & OTHER NERV SYSTM PROC | 2,200 | 1,700 |
| 9 | SPINAL DISORDERS & INJURIES | 35,200 | 26,400 |
| 10 | NERVOUS SYSTEM NEOPLASMS WITH COMPLICATIONS | 10,700 | 8,000 |
| 11 | NERVOUS SYSTEM NEOPLASMS | 3,400 | 2,500 |
| 12 | DEGENERATIVE NERVOUS SYSTEM DISORDERS | 37,300 | 28,000 |
| 13 | MULTIPLE SCLEROSIS & CEREBELLAR ATAXIA | 37,300 | 28,000 |
| 14 | SPECIFIC CEREBROVASCULAR DISORDERS EXCEPT TIA | 17,000 | 12,800 |
| 15 | TRANSIENT ISCHEMIC ATTACK AND PRECEREBRAL OCCLUSIONS | 1,000 | 800 |
| 16 | NONSPECIFIC CEREBROVASCULAR DISORDERS WITH COMPLICATIONS | 3,400 | 2,500 |
| 17 | NONSPECIFIC CEREBROVASCULAR DISORDERS | 1,000 | 800 |
| 18 | CRANIAL & PERIPHERAL NERVE DISORDERS WITH COMPLICATIONS | 1,700 | 1,300 |
| 19 | CRANIAL & PERIPHERAL NERVE DISORDERS | 1,000 | 800 |
| 20 | NERVOUS SYSTEM INFECTION EXCEPT VIRAL MENINGITIS | 1,000 | 800 |
| 21 | VIRAL MENINGITIS | 1,000 | 800 |
| 22 | HYPERTENSIVE ENCEPHALOPATHY | 1,000 | 800 |
| 23 | NONTRAUMATIC STUPOR & COMA | 22,300 | 16,800 |
| 24 | SEIZURE & HEADACHE WITH COMPLICATIONS | 1,000 | 800 |
| 25 | SEIZURE & HEADACHE | 1,000 | 800 |
| 27 | TRAUMATIC STUPOR & COMA, COMA MORE THAN 1 HR | 22,300 | 16,800 |
| 28 | TRAUMATIC STUPOR & COMA, COMA LESS THAN 1 HR W/COMPLIC. | 31,800 | 23,900 |
| 29 | TRAUMATIC STUPOR & COMA, COMA LESS THAN 1 HR | 11,300 | 8,500 |
| 31 | CONCUSSION WITH COMPLICATIONS | 1,000 | 800 |
| 32 | CONCUSSION | 1,000 | 800 |
| 34 | OTHER DISORDERS OF NERVOUS SYSTEM WITH COMPLICATIONS | 1,000 | 800 |
| 35 | OTHER DISORDERS OF NERVOUS SYSTEM | 1,700 | 1,300 |
| 36 | RETINAL PROCEDURES | 1,000 | 800 |
| 37 | ORBITAL PROCEDURES | 1,000 | 800 |
| 38 | PRIMARY IRIS PROCEDURES | 1,000 | 800 |
| 39 | LENS PROCEDURES WITH OR WITHOUT VITRECTOMY | 1,000 | 800 |

*For High Option Plus Plan, add percent of increase in Consumer Price Index for prior calendar year or 5%, whichever is less.

TL-001466

| | | | |
|---|---|---:|---:|
| 40 | EXTRAOCULAR PROCEDURES EXCEPT ORBIT | $ 1,000 | $   800 |
| 42 | INTROCULAR PROCEDURES EXCEPT RETINA, IRIS & LENS | 1,000 | 800 |
| 43 | HYPHEMA | 1,000 | 800 |
| 44 | ACUTE MAJOR EYE INFECTIONS | 1,000 | 800 |
| 45 | NEUROLOGICAL EYE DISORDERS | 1,000 | 800 |
| | | | |
| 46 | OTHER DISORDERS OF THE EYE WITH COMPLICATIONS | 1,000 | 800 |
| 47 | OTHER DISORDERS OF THE EYE | 1,000 | 800 |
| 49 | MAJOR HEAD & NECK PROCEDURES | 40,000 | 30,000 |
| 50 | SIALOADENECTOMY | 1,000 | 800 |
| 51 | SALIVARY GLAND PROCEDURES EXCEPT SIALOADENECTOMY | 1,000 | 800 |
| | | | |
| 52 | CLEFT LIP & PALATE REPAIR | 1,000 | 800 |
| 53 | SINUS & MASTOID PROCEDURES | 1,000 | 800 |
| 55 | MISCELLANEOUS EAR, NOSE & THROAT PROCEDURES | 1,000 | 800 |
| 56 | RHINOPLASTY | 1,000 | 800 |
| 57 | T & A PROC EXC TONSILLECTOMY &/OR ADENOIDECTOMY ONLY | 1,000 | 800 |
| | | | |
| 59 | TONSILLECTOMY AND/OR ADENOIDECTOMY ONLY | 1,000 | 800 |
| 61 | MYRINGOTOMY WITH TUBE INSERTION | 1,000 | 800 |
| 63 | OTHER EAR, NOSE & THROAT O.R. PROCEDURES | 1,000 | 800 |
| 64 | EAR, NOSE & THROAT MALIGNANCY | 40,000 | 30,000 |
| 65 | DYSEQUILIBRIUM | 1,000 | 800 |
| | | | |
| 66 | EPISTAXIS | 1,000 | 800 |
| 67 | EPIGLOTTITIS | 1,000 | 800 |
| 68 | OTITIS MEDIA & URI WITH COMPLICATIONS | 1,000 | 800 |
| 69 | OTITIS MEDIA & URI | 1,000 | 800 |
| 71 | LARYNGOTRACHEITIS | 1,700 | 1,300 |
| | | | |
| 72 | NASAL TRAUMA & DEFORMITY | 1,000 | 800 |
| 73 | OTHER EAR, NOSE & THROAT DIAGNOSES | 1,000 | 800 |
| 75 | MAJOR CHEST PROCEDURES | 17,000 | 12,800 |
| 76 | OTHER RESPIRATORY SYSTEM O.R. PROCEDURES W/COMPLICATIONS | 31,800 | 23,900 |
| 77 | OTHER RESPIRATORY SYSTEM O.R. PROCEDURES | 30,200 | 22,600 |
| | | | |
| 78 | PULMONARY EMBOLISM | 1,300 | 1,000 |
| 79 | RESPIRATORY INFECTIONS & INFLAMMATIONS WITH COMPLICATIONS | 3,200 | 2,400 |
| 80 | RESPIRATORY INFECTIONS & INFLAMMATIONS | 1,000 | 800 |
| 82 | RESPIRATORY NEOPLASMS | 9,900 | 7,400 |
| 83 | MAJOR CHEST TRAUMA WITH COMPLICATIONS | 7,400 | 5,600 |
| | | | |
| 84 | MAJOR CHEST TRAUMA | 1,000 | 800 |
| 85 | PLEURAL EFFUSION WITH COMPLICATIONS | 1,000 | 800 |
| 86 | PLEURAL EFFUSION | 1,000 | 800 |
| 87 | PULMONARY EDEMA & RESPIRATORY FAILURE | 6,400 | 4,800 |
| 88 | CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 5,500 | 4,100 |
| | | | |
| 89 | SIMPLE PNEUMONIA & PLEURISY WITH COMPLICATIONS | 1,000 | 800 |
| 90 | SIMPLE PNEUMONIA & PLEURISY | 1,000 | 800 |
| 92 | INTERSTITIAL LUNG DISEASE WITH COMPLICATIONS | 2,900 | 2,200 |
| 93 | INTERSTITIAL LUNG DISEASE | 1,000 | 800 |
| 94 | PNEUMOTHORAX WITH COMPLICATIONS | 2,500 | 1,900 |

| | | | |
|---|---|---|---|
| 95 | PNEUMOTHORAX | $ 1,000 | $ 800 |
| 96 | BRONCHITIS & ASTHMA WITH COMPLICATIONS | 1,000 | 800 |
| 97 | BRONCHITIS & ASTHMA | 1,000 | 800 |
| 99 | RESPIRATORY SIGNS & SYMPTOMS WITH COMPLICATIONS | 1,000 | 800 |
| 100 | RESPIRATORY SIGNS & SYMPTOMS | 1,000 | 800 |
| 101 | OTHER RESPIRATORY SYSTEM DIAGNOSES WITH COMPLICATIONS | 1,000 | 800 |
| 102 | OTHER RESPIRATORY SYSTEM DIAGNOSES | 1,000 | 800 |
| 103 | HEART TRANSPLANT | 13,200 | 9,900 |
| 104 | CARDIAC VALVE PROCEDURES WITH PUMP & WITH CARDIAC CATH | 6,600 | 4,900 |
| 105 | CARDIAC VALVE PROCEDURES WITH PUMP & W/O CARDIAC CATH | 6,600 | 4,900 |
| 106 | CORONARY BYPASS WITH CARDIAC CATH | 3,400 | 2,500 |
| 107 | CORONARY BYPASS W/O CARDIAC CATH | 3,400 | 2,500 |
| 108 | OTHER CARDIOTHORACIC OR VASCULAR PROC. WITH PUMP | 1,000 | 800 |
| 109 | OTHER CARDIOTHORACIC PROCEDURES W/O PUMP | 3,400 | 2,500 |
| 110 | MAJOR RECONSTRUCTIVE VASCULAR PROC W/O PUMP WITH COMPLICATIONS | 2,500 | 1,900 |
| 111 | MAJOR RECONSTRUCTIVE VASCULAR PROC W/O PUMP | 2,500 | 1,900 |
| 112 | VASCULAR PROCEDURES EXCEPT MAJOR RECONSTRUCTION W/O PUMP | 2,500 | 1,900 |
| 113 | AMPUTATION FOR CIRC SYSTEM DISORDERS EXCEPT UPPER LIMB & TOE | 5,100 | 3,800 |
| 114 | UPPER LIMB & TOE AMPUTATION FOR CIRC SYSTEM DISORDERS | 4,200 | 3,200 |
| 115 | PERM CARDIAC PACEMAKER IMPLANT WITH AMI, HEART FAILURE, SHOCK | 3,700 | 2,800 |
| 116 | PERM CARDIAC PACEMAKER IMPLANT W/O AMI, HEART FAILURE, SHOCK | 1,000 | 800 |
| 117 | CARDIAC PACEMAKER REVISION EXCEPT DEVICE REPLACEMENT | 1,000 | 800 |
| 118 | CARDIAC DEVICE REPLACEMENT | 1,000 | 800 |
| 119 | VEIN LIGATION & STRIPPING | 1,000 | 800 |
| 120 | OTHER CIRCULATORY SYSTEM O.R. PROCEDURES | 1,000 | 800 |
| 121 | CIRCULATORY DISORDERS WITH AMI & C.V. COMP. | 5,100 | 3,800 |
| 122 | CIRCULATORY DISORDERS WITH AMI W/O C.V. COMP. | 2,900 | 2,200 |
| 124 | CIRCULATORY DISORDERS EXC AMI, W/CARD CATH & COMPLEX DIAG. | 2,900 | 2,200 |
| 125 | CIRCULATORY DISORDERS EXC AMI, W/CARD CATH W/O COMPLEX DIAG. | 1,000 | 800 |
| 126 | ACUTE & SUBACUTE ENDOCARDITIS | 1,000 | 800 |
| 127 | HEART FAILURE & SHOCK | 2,500 | 1,900 |
| 128 | DEEP VEIN THROMBOPHLEBITIS | 1,000 | 800 |
| 130 | PERIPHERAL VASCULAR DISORDERS WITH COMPLICATIONS | 1,000 | 800 |
| 131 | PERIPHERAL VASCULAR DISORDERS | 1,000 | 800 |
| 132 | ATHEROSCLEROSIS WITH COMPLICATIONS | 4,000 | 3,000 |
| 133 | ATHEROSCLEROSIS W/O CC | 1,000 | 800 |
| 134 | HYPERTENSION | 1,000 | 800 |
| 135 | CARDIAC CONGENITAL & VALVULAR DISORDERS WITH COMPLICATIONS | 1,000 | 800 |
| 136 | CARDIAC CONGENITAL & VALVULAR DISORDERS | 1,000 | 800 |
| 138 | CARDIAC ARRHYTHMIA & CONDUCTION DISORDERS W/COMPLICATIONS | 2,500 | 1,900 |

| | | | |
|---|---|---:|---:|
| 139 | CARDIAC ARRHYTHMIA & CONDUCTION DISORDERS | $ 1,000 | $ 800 |
| 140 | ANGINA PECTORIS | 1,000 | 800 |
| 141 | SYNCOPE & COLLAPSE WITH COMPLICATIONS | 1,000 | 800 |
| 142 | SYNCOPE & COLLAPSE | 1,000 | 800 |
| 143 | CHEST PAIN | 1,000 | 800 |
| 144 | OTHR CIRCULATORY SYSTEM DIAGNOSES WITH COMPLICATIONS | 2,700 | 2,000 |
| 145 | OTHR CIRCULATORY SYSTEM DIAGNOSES | 2,100 | 1,600 |
| 146 | RECTAL RESECTION WITH COMPLICATIONS | 8,300 | 6,200 |
| 147 | RECTAL RESECTION | 3,400 | 2,500 |
| 148 | MAJOR SMALL & LARGE BOWEL PROCEDURES WITH COMPLICATIONS | 10,700 | 8,000 |
| 149 | MAJOR SMALL & LARGE BOWEL PROCEDURES | 3,200 | 2,400 |
| 150 | PERITONEAL ADHESIOLYSIS WITH COMPLICATIONS | 8,900 | 6,700 |
| 151 | PERITONEAL ADHESIOLYSIS | 2,700 | 2,000 |
| 152 | MINOR SMALL & LARGE BOWEL PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 153 | MINOR SMALL & LARGE BOWEL PROCEDURES | 1,000 | 800 |
| 154 | STOMACH, ESOPHAGEAL & DUODENAL PROCEDURES WITH COMPLICATIONS | 1,700 | 1,300 |
| 155 | STOMACH, ESOPHAGEAL & DUODENAL PROCEDURES | 1,000 | 800 |
| 157 | ANAL AND STOMAL PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 158 | ANAL AND STOMAL PROCEDURES | 1,000 | 800 |
| 159 | HERNIA PROCEDURES EXCEPT INGUINAL & FEMORAL WITH COMPLICATIONS | 1,300 | 1,000 |
| 160 | HERNIA PROCEDURES EXCEPT INGUINAL & FEMORAL | 1,000 | 800 |
| 161 | INGUINAL & FEMORAL HERNIA PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 162 | INGUINAL & FEMORAL HERNIA PROCEDURES | 1,000 | 800 |
| 164 | APPENDECTOMY WITH COMPLICATED PRINC. DIAG. W/COMPLICATIONS | 4,300 | 3,200 |
| 165 | APPENDECTOMY WITH COMPLICATED PRINC. DIAG. | 1,300 | 1,000 |
| 166 | APPENDECTOMY WITH COMPLICATIONS | 1,000 | 800 |
| 167 | APPENDECTOMY | 1,000 | 800 |
| 168 | MOUTH PROCEDURES WITH COMPLICATIONS | 20,600 | 15,500 |
| 169 | MOUTH PROCEDURES | 14,600 | 11,000 |
| 170 | OTHER DIGESTIVE SYSTEM O.R. PROCEDURES WITH COMPLICATIONS | 6,700 | 5,000 |
| 171 | OTHER DIGESTIVE SYSTEM O.R. PROCEDURES | 4,400 | 3,300 |
| 172 | DIGESTIVE MALIGNANCY WITH COMPLICATIONS | 19,000 | 14,200 |
| 173 | DIGESTIVE MALIGNANCY | 6,700 | 5,000 |
| 174 | G.I. HEMORRHAGE WITH COMPLICATIONS | 4,400 | 3,300 |
| 175 | G.I. HEMORRHAGE | 1,000 | 800 |
| 176 | COMPLICATED PEPTIC ULCER | 1,000 | 800 |
| 177 | UNCOMPLICATED PEPTIC ULCER WITH CC | 1,000 | 800 |
| 178 | UNCOMPLICATED PEPTIC ULCER W/O CC | 1,000 | 800 |
| 179 | INFLAMMATORY BOWEL DISEASE | 1,000 | 800 |
| 180 | G.I. OBSTRUCTION WITH CC | 1,000 | 800 |
| 181 | G.I. OBSTRUCTION | 1,000 | 800 |
| 182 | ESOPHAGITIS, GASTROENT. & MISC. DIGEST. DISEASE W/COMPLICATIONS | 1,000 | 800 |
| 183 | ESOPHAGITIS, GASTROENT, & MISC. DIGEST. DISEASE | 1,000 | 800 |
| 185 | DENTAL & ORAL DIS. EXC. EXTRACTIONS & RESTORATIONS | 1,300 | 1,000 |
| 187 | DENTAL EXTRACTIONS & RESTORATIONS | 1,000 | 800 |

| | | | |
|---|---|---:|---:|
| 188 | OTHER DIGESTIVE SYSTEM DIAGNOSES WITH COMPLICATIONS | $ 1,000 | $ 800 |
| 189 | OTHER DIGESTIVE SYSTEM DIAGNOSES | 1,000 | 800 |
| 191 | MAJOR PANCREAS, LIVER & SHUNT PROCEDURES | 6,600 | 4,900 |
| 192 | MINOR PANCREAS, LIVER & SHUNT PROCEDURES | 3,400 | 2,500 |
| 193 | BILIARY TRACT PROC. EX. TOT. CHOLECYSTECTOMY WITH COMPLICATIONS | 3,200 | 2,400 |
| 194 | BILIARY TRACT PROC. EXC. TOT. CHOLECYSTECTOMY | 2,500 | 1,900 |
| 195 | TOTAL CHOLECYSTECTOMY WITH C.D.E. WITH COMPLICATIONS | 3,200 | 2,400 |
| 196 | TOTAL CHOLECYSTECTOMY WITH C.D.E. | 2,500 | 1,900 |
| 197 | TOTAL CHOLECYSTECTOMY W/O C.D.E. WITH COMPLICATIONS | 3,200 | 2,400 |
| 198 | TOTAL CHOLECYSTECTOMY W/O C.D.E. | 2,200 | 1,700 |
| 199 | HEPATOBILIARY DIAGNOSTIC PROCEDURE FOR MALIGNANCY | 1,000 | 800 |
| 200 | HEPATOBILIARY DIAGNOSTIC PROCEDURE FOR NON-MALIGNANCY | 1,000 | 800 |
| 201 | OTHER HEPATOBILIARY OR PANCREAS O.R. PROCEDURES | 2,200 | 1,700 |
| 202 | CIRRHOSIS & ALCOHOLIC HEPATITIS | 5,100 | 3,900 |
| 203 | MALIGNANCY OF HEPATOBILIARY SYSTEM OR PANCREAS | 20,600 | 15,500 |
| 204 | DISORDERS OF PANCREAS EXCEPT MALIGNANCY | 3,400 | 2,500 |
| 205 | DISORDERS OF LIVER EXC. MALIG., CIRR., ALC. HEPA. WITH COMPLICATIONS | 9,100 | 6,800 |
| 206 | DISORDERS OF LIVER EXC. MALIG., CIRR., ALC. HEPA. | 3,400 | 2,500 |
| 207 | DISORDERS OF THE BILIARY TRACT WITH COMPLICATIONS | 9,100 | 6,800 |
| 208 | DISORDERS OF THE BILIARY TRACT | 3,400 | 2,500 |
| 209 | MAJOR JOINT AND LIMB REATTACHMENT PROCEDURES | 5,600 | 4,200 |
| 210 | HIP & FEMUR PROCEDURES EXC. MAJOR JOINT WITH COMPLICATIONS | 5,600 | 4,200 |
| 211 | HIP & FEMUR PROCEDURES EXC. MAJOR JOINT | 2,800 | 2,100 |
| 213 | AMPUTATIONS, MUSCULOSKEL SYSTEM & CONN. TISSUE DISORDERS | 2,600 | 1,900 |
| 214 | BACK & NECK PROCEDURES WITH COMPLICATIONS | 2,600 | 2,000 |
| 215 | BACK & NECK PROCEDURES | 1,900 | 1,400 |
| 216 | BIOPSIES OF MUSCULOSKELETAL SYSTEM & CONNECTIVE TISSUE | 1,000 | 800 |
| 217 | WND DEBRID & SKN GRFT EXC. HAND, MUSCULOSKELETAL & CONN TISS DIS | 8,300 | 6,200 |
| 218 | LOW EXTREM. & HUMER PROC. EXC. HIP, FOOT, FEMUR WITH COMPLICATIONS | 4,300 | 3,200 |
| 219 | LOWER EXTREM. & HUMER PROC. EXC. HIP, FOOT, FEMUR | 3,000 | 2,200 |
| 221 | KNEE PROCEDURES WITH COMPLICATIONS | 3,500 | 2,600 |
| 222 | KNEE PROCEDURES | 1,400 | 1,100 |
| 223 | MAJ. SHOULDER/ELBOW PROC. OTHER UPPER EXT. PROC. W/COMPLCS. | 1,300 | 900 |
| 224 | SHOULDER, ELBOW OR FOREARM PROC. EXC. MAJOR JOINT PROC. | 1,000 | 800 |
| 225 | FOOT PROCEDURES | 1,000 | 800 |
| 226 | SOFT TISSUE PROCEDURES WITH COMPLICATIONS | 2,000 | 1,500 |
| 227 | SOFT TISSUE PROCEDURES | 1,300 | 1,000 |
| 228 | MAJOR THUMB OR JOINT PROC. OR OTHER HAND OR WRIST PROC. W/COMPLICATIONS | 1,000 | 800 |
| 229 | HAND OR WRIST PROC. EXCEPT MAJOR JOINT PROC. | 1,000 | 800 |
| 230 | LOCAL EXCISION & REMOVAL OF INT. FIX DEVICES OF HIP & FEMUR | 1,000 | 800 |

| | | | |
|---|---|---|---|
| 231 | LOCAL EXCISION & REMOVAL OF INT. FIX DEVICES EXCEPT HIP & FEMUR | $ 1,000 | $ 800 |
| 232 | ARTHROSCOPY | 1,000 | 800 |
| 233 | OTHER MUSCULOSKELET SYS. & CONN. TISS. O.R. PROC. W/COMPLICATIONS | 1,000 | 800 |
| 234 | OTHER MUSCULOSKELET SYS. & CONN. TISS. O.R. PROC. | 1,000 | 800 |
| 235 | FRACTURES OF FEMUR | 5,600 | 4,200 |
| 236 | FRACTURES OF HIP & PELVIS | 5,600 | 4,200 |
| 237 | SPRAINS, STRAINS & DISLOCATIONS OF HIP, PELVIS & THIGH | 1,000 | 800 |
| 238 | OSTEOMYELITIS | 2,800 | 2,100 |
| 239 | PATHOLOG FRACTURES, MUSCULOSKELETAL, CONN. TISS. MALIGNANCY | 1,000 | 800 |
| 240 | CONNECTIVE TISSUE DISORDERS WITH COMPLICATIONS | 1,000 | 800 |
| 241 | CONNECTIVE TISSUE DISORDERS | 1,000 | 800 |
| 242 | SEPTIC ARTHRITIS | 1,300 | 1,000 |
| 243 | MEDICAL BACK PROBLEMS | 1,000 | 800 |
| 244 | BONE DISEASES & SPECIFIC ARTHROPATHIES WITH COMPLICATIONS | 1,300 | 1,000 |
| 245 | BONE DISEASES & SPECIFIC ARTHROPATHIES | 1,000 | 800 |
| 246 | NON-SPECIFIC ARTHROPATHIES | 1,000 | 800 |
| 247 | SIGNS & SYMPTOMS OF MUSCULOSKELETAL & CONN. TISSUE | 1,000 | 800 |
| 248 | TENDONITIS, MYOSITIS & BURSITIS | 1,000 | 800 |
| 249 | AFTERCARE, MUSCULOSKELETAL SYSTEM & CONN. TISSUE | 1,100 | 900 |
| 250 | FX SPRN, STRN & DISL OF FOREARM-HAND-FOOT WITH COMPLICATIONS | 1,000 | 800 |
| 251 | FX, SPRN, STRN & DISL OF FOREARM-HAND-FOOT | 1,000 | 800 |
| 253 | FX, SPRN, STRN & DISL OF UPARM-LOWLEG EX FOOT WITH COMPLICATIONS | 1,000 | 800 |
| 254 | FX, SPRN, STRN & DISL OF UPARM-LOWLEG EX FOOT | 1,000 | 800 |
| 256 | OTHER MUSCULOSKELETAL SYSTEM & CONNECTIVE TISSUE DIAGNOSES | 1,000 | 800 |
| 257 | TOTAL MASTECTOMY FOR MALIGNANCY WITH COMPLICATIONS | 3,600 | 2,700 |
| 258 | TOTAL MASTECTOMY FOR MALIGNANCY | 1,300 | 900 |
| 259 | SUBTOTAL MASTECTOMY FOR MALIGNANCY WITH COMPLICATIONS | 1,000 | 800 |
| 260 | SUBTOTAL MASTECTOMY FOR MALIGNANCY | 1,000 | 800 |
| 261 | BREAST PROC FOR NON-MALIG. EXCEPT BIOPSY & LOCAL EXCISION | 1,000 | 800 |
| 262 | BREAST BIOPSY & LOCAL EXCISION FOR NON-MALIGNANCY | 1,000 | 800 |
| 263 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS WITH COMPLICATIONS | 9,100 | 6,800 |
| 264 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS | 1,300 | 1,000 |
| 265 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS WITH COMPLICATIONS | 2,800 | 2,100 |
| 266 | SKIN-GRAFT &/OR DEBRID FOR SKIN ULCER OR CELLULITIS | 1,000 | 800 |
| 267 | PERIANAL & PILONIDAL PROCEDURES | 1,000 | 800 |
| 268 | SKIN, SUBCUTANEOUS TISSUE & BREAST PLASTIC PROCEDURES | 1,000 | 800 |
| 269 | OTHER SKIN, SUBCUT TISSUE & BREAST PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 270 | OTHER SKIN, SUBCUT TISSUE & BREAST PROCEDURES | 1,000 | 800 |
| 271 | SKIN ULCERS | 4,200 | 3,100 |
| 272 | MAJOR SKIN DISORDERS WITH COMPLICATIONS | 1,000 | 800 |

| | | | |
|---|---|--:|--:|
| 273 | MAJOR SKIN DISORDERS | $ 1,000 | $ 800 |
| 274 | MALIGNANT BREAST DISORDERS WITH COMPLICATIONS | 4,300 | 3,200 |
| 275 | MALIGNANT BREAST DISORDERS | 1,000 | 800 |
| 276 | NON-MALIGNANT BREAST DISORDERS | 1,000 | 800 |
| 272 | CELLULITIS WITH COMPLICATIONS | 2,800 | 2,100 |
| 278 | CELLULITIS | 1,000 | 800 |
| 280 | TRAUMA TO THE SKIN, SUBCUT TISS & BREAST WITH | 1,300 | 1,000 |
| 281 | TRAUMA TO THE SKIN, SUBCUT TISS & BREAST | 1,000 | 800 |
| 283 | MINOR SKIN DISORDERS WITH COMPLICATIONS | 1,000 | 800 |
| 284 | MINOR SKIN DISORDERS | 1,000 | 800 |
| 285 | AMPUTAT OF LOWER LIMB FOR ENDOCRINE, NUTRIT & METAB DISORD | 2,600 | 1,900 |
| 286 | ADRENAL & PITUITARY PROCEDURES | 1,000 | 800 |
| 287 | SKIN GRAFTS & WOUND DEBRID FOR ENDOC NUTRIT & METAB DISORDERS | 1,300 | 1,000 |
| 288 | O.R. PROCEDURES FOR OBESITY | 1,000 | 800 |
| 289 | PARATHYROID PROCEDURES | 1,000 | 800 |
| 290 | THYROID PROCEDURES | 1,000 | 800 |
| 291 | THRYOGLOSSAL PROCEDURES | 1,000 | 800 |
| 292 | OTHER ENDOCRINE, NUTRIT & METAB O.R. PROC WITH COMPLICATIONS | 1,000 | 800 |
| 293 | OTHER ENDOCRINE, NUTRIT & METAB O.R. PROC | 1,000 | 800 |
| 294 | DIABETES | 1,300 | 1,000 |
| 296 | NUTRITIONAL & MISC METABOLIC DISORDERS WITH COMPLICATIONS | 27,600 | 20,700 |
| 297 | NUTRITIONAL & MISC METABOLIC DISORDERS | 2,900 | 2,200 |
| 300 | ENDOCRINE DISORDERS WITH COMPLICATIONS | 1,000 | 800 |
| 301 | ENDOCRINE DISORDERS | 1,000 | 800 |
| 302 | KIDNEY TRANSPLANT | 1,000 | 800 |
| 303 | KIDNEY, URETER & MAJOR BLADDER PROCEDURES FOR NEOPLASM | 5,100 | 3,900 |
| 304 | KIDNEY, URETER & MAJOR BLADDER PROCEDURES FOR NON-NEOPL W/COMPLICATIONS | 5,100 | 3,900 |
| 305 | KIDNEY, URETER & MAJOR BLADDER PROC FOR NON-NEOPL | 2,000 | 1,500 |
| 306 | PROSTATECTOMY WITH COMPLICATIONS | 1,300 | 1,000 |
| 307 | PROSTATECTOMY | 1,000 | 800 |
| 308 | MINOR BLADDER PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 309 | MINOR BLADDER PROCEDURES | 1,000 | 800 |
| 310 | TRANSURETHRAL PROCEDURES WITH COMPLICATIONS | 1,000 | 800 |
| 311 | TRANSURETHRAL PROCEDURES | 1,000 | 800 |
| 312 | URETHRAL PROCEDURES WITH CC | 1,000 | 800 |
| 313 | URETHRAL PROCEDURES | 1,000 | 800 |
| 315 | OTHER KIDNEY & URINARY TRACT O.R. PROCEDURES | 1,300 | 1,000 |
| 316 | RENAL FAILURE | 1,000 | 800 |
| 317 | ADMIT FOR RENAL DIALYSIS | 1,300 | 1,000 |
| 318 | KIDNEY & URINARY TRACT NEOPLASMS WITH COMPLICATIONS | 1,000 | 800 |

| | | | |
|---|---|---|---|
| 319 | KIDNEY & URINARY TRACT NEOPLASMS | $ 1,000 | $ 800 |
| 320 | KIDNEY & URINARY TRACT INFECTIONS WITH COMPLICATIONS | 1,000 | 800 |
| 321 | KIDNEY & URINARY TRACT INFECTIONS | 1,000 | 800 |
| 323 | URINARY STONES WITH CC, &/OR ESW LITHOTRIPSY | 1,000 | 800 |
| 324 | URINARY STONES | 1,000 | 800 |
| 325 | KIDNEY & URINARY TRACT SIGNS & SYMPTOMS WITH COMPLICATIONS | 1,000 | 800 |
| 326 | KIDNEY & URINARY TRACT SIGNS & SYMPTOMS | 1,000 | 800 |
| 328 | URETHRAL STRICTURE WITH COMPLICATIONS | 1,000 | 800 |
| 329 | URETHRAL STRICTURE | 1,000 | 800 |
| 331 | OTHER KIDNEY & URINARY TRACT DIAGNOSES WITH COMPLICATIONS | 1,000 | 800 |
| 332 | OTHER KIDNEY & URINARY TRACT DIAGNOSES | 1,000 | 800 |
| 334 | MAJOR MALE PELVIC PROCEDURES WITH COMPLICATIONS | 5,100 | 3,800 |
| 335 | MAJOR MALE PELVIC PROCEDURES | 2,900 | 2,200 |
| 336 | TRANSURETHRAL PROSTATECTOMY WITH COMPLICATIONS | 1,000 | 800 |
| 337 | TRANSURETHRAL PROSTATECTOMY | 1,000 | 800 |
| 338 | TESTES PROCEDURES, FOR MALIGNANCY | 1,000 | 800 |
| 339 | TESTES PROCEDURES, NON-MALIGNANCY | 1,000 | 800 |
| 341 | PENIS PROCEDURES | 1,000 | 800 |
| 344 | OTHER MALE REPRODUCTIVE SYS O.R. PROCEDURES FOR MALIGNANCY | 1,000 | 800 |
| 345 | OTHER MALE REPRODUCTIVE SYS O.R. PROCDRS EXCEPT FOR MALIGNANCY | 1,000 | 800 |
| 346 | MALIGNANCY, MALE REPRODUCTIVE SYSTEM, WITH COMPLICATIONS | $ 1,000 | $ 800 |
| 347 | MALIGNANCY, MALE REPRODUCTIVE SYSTEM | 1,000 | 800 |
| 348 | BENIGN PROSTATIC HYPERTROPHY WITH COMPLICATIONS | 1,000 | 800 |
| 349 | BENIGN PROSTATIC HYPERTROPHY | 1,000 | 800 |
| 350 | INFLAMMATION OF THE MALE REPRODUCTIVE SYSTEM | 1,000 | 800 |
| 352 | OTHER MALE REPRODUCTIVE SYSTEM DIAGNOSES | 1,000 | 800 |
| 353 | PELVIC EVISCERATION, RAD HYSTERECTOMY & RADICAL VULVECTOMY | 8,300 | 6,200 |
| 354 | UTERINE, ADNEXA PROC FOR NON-OVARIAN/ADNEXAL MALIG W/COMPL. | 2,700 | 2,000 |
| 355 | UTERINE, ADNEXA PROC FOR NON-OVARIAN/ADNEXAL MALIG. | 1,000 | 800 |
| 356 | FEMALE REPRODUCTIVE SYSTEM RECONSTRUCTIVE PROCEDURES | 1,000 | 800 |
| 357 | UTERINE & ADNEXA PROC FOR OVARIAN OR ADNEXAL MALIGNANCY | 2,700 | 2,000 |
| 358 | UTERINE & ADNEXA PROC FOR NON-MALIGNANCY WITH COMPLICATIONS | 1,000 | 800 |
| 359 | UTERINE & ADNEXA PROC FOR NON-MALIGNANCY | 1,000 | 800 |
| 360 | VAGINA, CERVIX & VULVA PRODUCEDURES | 1,000 | 800 |
| 363 | D&C, CONIZATION & RADIO-IMPLANT, FOR MALIGNANCY | 1,000 | 800 |
| 364 | D&C, CONIZATION EXCEPT FOR MALIGNANCY | 1,000 | 800 |
| 365 | OTHER FEMALE REPRODUCTIVE SYSTEM O.R. PROCEDURES | 2,700 | 2,000 |
| 366 | MALIGNANCY, FEMALE REPRODUCTIVE SYSTEM WITH COMPLICATIONS | 1,000 | 800 |
| 367 | MALIGNANCY, FEMALE REPRODUCTIVE SYSTEM | 1,000 | 800 |
| 368 | INFECTIONS, FEMALE REPRODUCTIVE SYSTEM | 1,000 | 800 |

| | | | |
|---|---|---:|---:|
| 369 | MENSTRUAL & OTHER FEMALE REPRODUCTIVE SYSTEM DISORDERS | 1,000 | 800 |
| 392 | SPLENECTOMY | 1,000 | 800 |
| 394 | OTHER O.R. PROCEDURES OF THE BLOOD AND BLOOD FORMING ORGANS | 1,000 | 800 |
| 395 | RED BLOOD CELL DISORDERS | 1,000 | 800 |
| 397 | COAGULATION DISORDERS | 1,000 | 800 |
| 398 | RETICULOENDOTHELIAL & IMMUNITY DIORDERS WITH COMPLICATIONS | 10,300 | 7,700 |
| 399 | RETICULOENDOTHELIAL & IMMUNITY DISORDERS | 10,300 | 7,700 |
| 400 | LYMPHOMA & LEUKEMIA W/ MAJOR O.R. PROCEDURE | 3,200 | 2,400 |
| 401 | LYMPHOMA & NON-ACUTE LEUKEMIA WITH OTHER O.R. PROC W/COMPLI. | 2,500 | 1,900 |
| 402 | LYMPHOMA & NON-ACUTE LEUKEMIA W/OTHER O.R. PROC | 1,000 | 800 |
| 403 | LYMPHOMA & NON-ACUTE LEUKEMIA WITH COMPLICATIONS | 1,500 | 1,100 |
| 404 | LYMPHOMA & NON-ACUTE LEUKEMIA | 1,000 | 800 |
| 406 | MYELOPROLIF DISORD OR POORLY DIFF NEOPL W MAJ O.R. PROC W/COMPLI. | 3,200 | 2,400 |
| 407 | MYELOPROLIF DISORD OR POORLY DIFF NEOPL W MAJ O.R. PROC | 1,000 | 800 |
| 408 | MYELOPROLIF DISORD OR POORLY DIFF NEOPL WITH OTHER O.R. PROC | 1,000 | 800 |
| 409 | RADIOTHERAPY | 1,000 | 800 |
| 410 | CHEMOTHERAPY | 1,000 | 800 |
| 411 | HISTORY OF MALIGNANCY W/O ENDOSCOPY | 1,000 | 800 |
| 412 | HISTORY OF MALIGNANCY WITH ENDOSCOPY | 1,000 | 800 |
| 413 | OTHER MYELOPROLIF DISORD OR POORLY DIFF NEOPL DIAG W/COMPLIC. | 1,000 | 800 |
| 414 | OTHER MYELOPROLIF DISORD OR POORLY DIFF NEOPL DIAG | $ 1,000 | $ 800 |
| 415 | O.R. PRODCEDURE FOR INFECTIOUS & PARASITIC DISEASES | 1,000 | 800 |
| 416 | SEPTICEMIA | 1,000 | 800 |
| 418 | POSTOPERATIVE & POST-TRAUMATIC INFECTIONS | 2,800 | 2,100 |
| 419 | FEVER OF UNKNOWN ORIGIN WITH COMPLICATIONS | 1,000 | 800 |
| 420 | FEVER OF UNKOWN ORIGIN | 1,000 | 800 |
| 423 | OTHER INFECTIOUS & PARASITIC DISEASES DIAGNOSES | 1,000 | 800 |
| 424 | O.R. PROC WITH PRINCIPAL DIAGNOSIS OF MENTAL ILLNESS | 1,000 | 800 |
| 425 | ACUTE ADJUST REACT & DISTURB OF PSYCHOSOCIAL DYSFUNCTION | 1,000 | 800 |
| 429 | ORGANIC DISTURBANCES & MENTAL RETARDATION | 1,000 | 800 |
| 439 | SKIN GRAFTS FOR INJURIES | 1,000 | 800 |
| 440 | WOUND DEBRIDEMENTS FOR INJURIES | 1,000 | 800 |
| 441 | HAND PROCEDURES FOR INJURIES | 1,300 | 900 |
| 442 | OTHER O.R. PROCEDURES FOR INJURIES WITH CC | 2,700 | 2,000 |
| 443 | OTHER O.R. PROCEDURES FOR INJURIES | 1,000 | 800 |
| 444 | MULTIPLE TRAUMA WITH CC | 2,700 | 2,000 |
| 445 | MULTIPLE TRAUMA | 1,000 | 800 |
| 447 | ALLERGIC REACTIONS | 1,000 | 800 |
| 449 | POISONING AND TOXIC EFFECTS OF DRUGS WITH COMPLICATIONS | 1,000 | 800 |
| 450 | POISONING AND TOXIC EFFECTS OF DRUGS | 1,000 | 800 |

| | | | |
|---|---|---|---|
| 452 | COMPLICATIONS OF TREATMENT WITH COMPLICATIONS | 1,000 | 800 |
| 453 | COMPLICATIONS OF TREATMENT | 1,000 | 800 |
| 454 | OTHER INJURY, POISONING & TOXIC EFF DIAG WITH COMPLICATIONS | 1,000 | 800 |
| 455 | OTHER INJURY, POISONING & TOXIC EFF DIAG | 1,000 | 800 |
| 456 | BURNS, TRANSFERRED TO ANOTHER ACUTE CARE FACILITY | 1,000 | 800 |
| 457 | EXTENSIVE BURNS W/O O.R. PROC | 5,300 | 4,000 |
| 458 | NON-EXTENSIVE BURNS WITH SKIN GRAFTS | 4,100 | 3,100 |
| 459 | NON-EXTENSIVE BURNS WITH WOUND DEBRIDE OR OTHER O.R. PROC. | 4,100 | 3,100 |
| 460 | NON-EXTENSIVE BURNS W/O O.R. PROC | 1,000 | 800 |
| 461 | O.R. PROC W/DIAGNOSES OF OTHER CONTACT W/HEALTH SERVICES | 1,000 | 800 |
| 462 | REHABILITATION | 2,500 | 1,900 |
| 463 | SIGNS & SYMPTOMS WITH COMPLICATIONS | 1,000 | 800 |
| 464 | SIGNS & SYMPTOMS | 1,000 | 800 |
| 465 | AFTERCARE W/HISTORY OF MALIGNANCY AS SECONDARY DIAGNOSIS | 1,000 | 800 |
| 466 | AFTERCARE W/O HISTORY OF MALIGNANCY AS SECONDARY DIAGNOSIS | 1,000 | 800 |
| 471 | BILATERAL OR MULT MAJOR JOINT PROCDRS OF LOWER EXTREMETIES | 3,000 | 2,200 |
| 472 | EXTENSIVE BURNS WITH O.R. PROCEDURE | 6,600 | 4,900 |
| 473 | ACUTE LEUKEMIA W/O MAJOR O.R. PROCEDURE | 3,400 | 2,500 |
| 474 | RESPIRATORY SYSTEM DIAGNOSIS WITH TRACHEOSTOMY | 19,000 | 14,200 |
| 475 | RESPIRATORY SYSTEM DIAGNOSIS WITH VENTILATOR SUPPORT | 30,100 | 22,600 |

DIAGNOSTIC RELATED GROUP (DRG) DEFINTIONS:

ALC HEP = ALCOHOLIC HEPATITIS
AMPUT = AMPUTATION
CARD = CARDIAC
CIRC = CIRCULATORY
CIRR = CIRRHOIS
CV = CARDIOVASCULAR
DIAG = DIAGNOSIS
DIGES = DIGESTIVE
DISL = DISLOCATION
EXC = EXCEPT
FX = FRACTURE

METAB = MATABOLISM
NUTRIT = NUTRITIONAL
O.R. = OPERATING ROOM
PERM = PERMANENT
PROC = PROCEDURE
RAD = RADICAL
SPRN = SPRAIN
STRN = STRAIN
TIA = TRANSIENT ISCHEMIC ATTACK
TOT = TOTAL
W.O. = WITHOUT

INSURANCE COMPANY OF NORTH AMERICA

RIDER

---

Policyholder: Trustee of the National Group BEnefits Insurance Trust

Participating Organization: National Council of Jewish Women

Policy Number:    ALT - 1

Amendment Number: 2                    Effective Date:

---

This rider amends the policy shown above and the certificate to which it is attached. It is in force only while the policy or certificate is in force.

1.  Class 2 of the Eligibility provision under INDIVIDUAL INSURANCE  is deleted and replaced with:

        2 a) All lawful spouses of members of the Participating Organization who enroll between the ages of 50 through 79;
          b) All parents and parents-in-law of members of the Participating Organization who enroll between the ages of 50 and 79.

Except for the above, the rider does not change the policy or certificate in any way.

INSURANCE COMPANY OF NORTH AMERICA

*Wilson N. Taylor*

WILSON TAYLOR President

INSURANCE COMPANY OF NORTH AMERICA

AMENDATORY RIDER

This rider amends the policy to which it is attached. It is in force only while the policy is in force.

Notwithstanding anything to the contrary, coverage is amended as follows:

1.  PART I- INDIVIDUAL INSURANCE

    A.  Items 1) and 2) of the Eligibility provision are amended to read as follows:

        1)  All members of the Participating Organization who enrolled while age 50 through 79.

        2)  All lawful spouses of members of the Participating Organization who enrolled while age 50 through 79.

    B.  The following provision is added:

        Guaranteed Renewability : An Insured's coverage will automatically be renewed provided the required premium is paid and benefits have not been exhausted.

    C.  The Termination of Insurance provision is amended to read as follows:

        Termination of Insurance: An Insured's coverage will end:

        1)  If the premium is not paid within the 31- day grace period.

        2)  If the lifetime maximum limits for Home Health Care and Licensed Nursing Home Care have been paid.

        Termination will not affect a claim which begins while coverage is in force.

2.  PART II - DEFINITIONS

    A.  Under Item c) Functional and Cognitive Disability, items 4) and 6) are amended to read as follows:

        4)  Walking: the ability to move along on foot with or without the aid of appliances or devices.
        6)  Cognition: the act or process of knowing, including both awareness and judgement.

    B.  Item f) Home Health Care is amended to read as follows:

        f)  Home Health Care: The care given and the services rendered by a Home Health Agency. Such care and services include but are not limited to the following:

            1)  nursing care;
            2)  occupational therapy as a rehabilitative service; and
            3)  respiratory service, medical social work, and nutrition counseling.

    C.  Item i) Licensed Nursing Home Care is amended to read as follows:

        i)  Licensed Nursing Home Care: The levels of care given and the services rendered by a Licensed Nursing Facility. Levels of care include:

1) Skilled Nursing Care – Nursing care which is required to restore an individual to his or her prior level of health after hospitalization for an accident or sickness. Such care must: (i) be prescribed by a physician; (ii) be performed by a registered nurse; (iii) include nursing and rehabilitation services; and (iv) be available 24 hours a day.

2) Intermediate Nursing Care – Nursing care required to restore an individual to his or her level of health which existed prior to the sickness or injury which caused the initial confinement. Care must be prescribed by a physician and supervised by a registered nurse.

3) Custodial Care – Care which is required to assist an individual in meeting day to day living requirements. Custodial care includes eating, bathing and dressing.

D. Item k) Medically Necessary is amended to read as follows:

k) Medically Necessary: The care, services or supplies which are required to treat the Insured's condition, including functional and cognitive disability, and which meet all of the following criteria:

1) They are consistent with the symptoms, diagnoses, treatment and care of the condition.

2) They are appropriate with regard to the standard of good medical practice.

3) They are not solely for the convenience of the Insured or any provider.

4) They are the most appropriate level of services or supplies which can safely be provided to the Insured.

E. The following definitions are added:

l) Medicare: The Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments Act, as amended.

m) Mental and Nervous Disorder: A mental illness or nervous condition which is:

1) identified in the most recent edition of:
   a) the International Classification of Diseases; or
   b) the American Psychiatric Association Diagnostic and Statistical Manual; and

2) of sufficient severity to substantially impair:
   a) judgement;
   b) behavior;
   c) capacity to recognize; or
   d) ability to cope with the ordinary demands of life.

F: Items 1) <u>Physician</u>, m) <u>Pre-Existing Condition</u> and n) <u>Reasonable and Customary</u> are amended to read as follows:

n) <u>Physician</u>: A duly licensed practitioner of the healing arts who is acting within the scope of her license.

o) <u>Pre-Existing Condition</u>: A condition for which an Insured received medical treatment, care or advice within six months before being covered by the policy.

p) <u>Reasonable and Customary Charge</u>: A charge will be considered reasonable and customary if:

(1) it is the normal charge made by the provider for a similar service or supply; and

(2) it does not exceed the normal charge made by most providers of such service or supply in the locality where the service is received.

To determine if a charge is reasonable and customary, the nature and severity of the injury, sickness or condition being treated will be considered.

G. Items o) <u>Skilled Nursing Facility</u> and p) <u>Skilled Nursing Facility Care</u> are deleted in their entirety.

3. PART III DESCRIPTION OF COVERAGE

The first two paragraphs under the Description of Coverage are deleted in their entirety and replaced with the following:

Benefits will be paid on a worldwide basis subject to the terms and conditions of the Option Plan selected.

4. The HIGH OPTION PLAN is amended to read as follows:

HIGH OPTION PLAN

We will pay benefits for the following care:

A. Home Health Care: Covers charges made by a Home Health Agency for services and supplies furnished an Insured in her home under a Home Health Care plan. Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred. They are subject to a lifetime maximum limit of [$150,000]. If you suffer from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by [$5,000]. This will be provided only once during your lifetime; and it will not be included in the lifetime maximum under the coverage.

1. If the Home Health Care begins within [30 days] of a stay in a Hospital of at least [48 hours,] we will pay [100 %] of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "Schedule of Maximum Benefits Per DRG." These charges are based on the DRG classification assigned to the Insured during the Hospital stay. If the Insured is assigned more than one DRG, the total amount we will pay will be [15 %] more than the amount assigned to the principal DRG.

—3—

If no DRG has been assigned to the Insured within [30 days] of discharge from the Hospital. we will assign a temporary one. It will be based on the diagnoses and the major procedures performed on the Insured during the Hospital stay. Benefits will be based on the DRG which we assign during the period in which we are providing Home Health Care benefits. If during this period the Hospital then assigns a DRG for the condition which required the stay. we will pay in accordance with the DRG assigned by the Hospital.

We have the right to review the Insured's Hospital and/or other medical records and to change the DRG assigned by the Hospital where it is appropriate. We also have the right to examine the Insured, in connection with a claim, at our expense.

2.  If the Home Health Care begins after a stay in a Licensed Nursing Facility of at least [21 days], and the Insured had not been discharged from a stay in a Hospital of at least [48 hours], we will pay [100 %] of the charge for care because of the condition which required the Licensed Nursing Facility Care up to a lifetime maximum limit of [$10,000].

3.  Benefits for Home Health Care will be paid without a prior Hospital or Licensed Nursing Facility stay if an Insured's impairment is due to a functional and cognitive disability.

We will pay [100 %] of the charges for care because of the impairment, up to the maximum benefits as determined by the DRG we assign but subject to a lifetime maximum limit of [$10,000]; or, if no DRG applies, up to the [$10,000].

B.  Licensed Nursing Home Care:  Covers charges made by a Licensed Nursing Home for the medically necessary care actually provided.  Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred.  We will pay [80 percent] of the charges incurred for such care, subject to a lifetime maximum limit of [$125,00].

We will pay benefits beginning on the [21st day] if the Insured enters a License Nursing Home Facility within [30 days] after being discharged from the Hospital, or on the [41st] straight day if she enters a Licensed Nursing Home Facility directly from home.

5.  The **HIGH OPTION PLUS PLAN** is amended to read as follows:

## HIGH OPTION PLUS PLAN

If an Insured has applied for this plan and we have approved his application, we will adjust the maximum benefits payable for the DRG classes and Alzheimer's Disease on each certificate anniversary date, provided the required premium is paid.

The benefits will automatically be increased by the lesser of the percent of increase in the Consumer Price Index during the prior calendar year or [5%], subject to a maximum benefit of [$200,000].  Premiums will also increase as provided in the rate table then applicable.  No adjustments will be made while the Waiver of Premium is in effect.

-4-

"Consumer Price Index" means the All Items Consumer Price Index For All Urban Consumers (CPI-U), as published by the Bureau of Labor statistics of the U.S. Department of Labor. The index will be used as long as it is available. If it is .o longer available, The official report issued by the Bureau of Labor Statistics will be used instead.

We will pay benefits for the following care:

A. Home Health Care: Covers charges made by a Home Health Agency for services and supplies furnished an Insured in her home under a Home Health Care plan. Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred. They are subject to a lifetime maximum limit of [$150,000]. If the Insured suffers from Alzheimer's disease, the total amount we will pay for Home Health Care will be increased by [$5,000]. This will be provided only one time during the life of the Insured; and it will not be included in the lifetime maximum under the coverage.

   1.  If the Home Heath Care begins within [30 days] of a stay in a Hospital of at least 48 hours, we will pay [100 %] of the charges for care because of the condition which required that stay, up to the DRG maximum benefits set forth in the attached "Schedule of Maximum Benefits Per DRG." These charges are based on the DRG classification assigned to the Insured during the Hospital stay. If the Insured is assigned more than one DRG, the total amount we will pay will be [15%] more than the amount assigned to the principal DRG.

      If no DRG has been assigned to the Insured within [30 days] of discharge from the Hospital, we will assign a temporary one. It will be based on the diagnoses and the major procedures performed on the Insured during the Hospital stay. Benefits will be based on the DRG which we assign during the period in which we are providing Home Health Care benefits. If during this period the Hospital then assigns a DRG for the condition which required the stay, we will pay in accordance with the DRG assigned by the Hospital.

      We have the right to review the Insured's Hospital and/or other medical records and to change the DRG assigned by the Hospital where it is appropriate. We also have the right to examine the Insured, in connection with a claim, at our expense.

   2.  If the Home Health Care begins after a stay in a Licensed Nursing Facility of at least [21 days], and the Insured had not been discharged from a stay in a Hospital of at least [48 hours], we will pay [100%] of the charges for care because of the condition which required the Licensed Nursing Facility Care up to a lifetime maximum limit of [$10,000].

   3.  Benefits for Home Health Care will be paid without a prior Hospital or Licensed Nursing Facility stay if an Insured's impairment is due to a functional and cognitive disability.

      We will pay [100%] of the charges for care because of the impaiment, up to the maximum benefits as determined by the DRG we assign but subject to a lifetime maximum limit of [$10,000]; or, if no DRG applies, up to the [$10,000].

   .  Licensed Nursing Home Care: Covers charges made by a Licensed Nursing Home for the medically necessary care actually provided. Such charges shall not exceed the reasonable and customary charges made in the locality where they are incurred. We will pay [80 %] of the charges incurred for such care, subject to a lifetime maximum limit of [$150,000], or an amount greater as adjusted by the inflation formula annually but not to exceed [$200,000].

,l pay benefits beginning on the [21 st day] if the Insured enters a
sed Nursing Home Facility within [30 days] after being discharged from the
tal, or on the [41st] day if she enters a Licensed Nursing Home Facility
tly from home.


OW OPTION PLAN is amended to read as follows:


## LOW OPTION PLAN

,ay benefits for the following care:

Health Care:  Covers charges made by a Home Health Agency for services
supplies furnished an Insured in her home under a Home Health Care plan.
charges shall not exceed the reasonable and customary charges made in the
lity where they are incurred.  They are subject to a lifetime maximum limit
$100,000].  If the Insured suffers from Alzheimer's disease, the total
nt we will pay for Home Health Care will be increased by [$5,000].  This
be provided only one time during the life of the Insured; and it will not
ncluded in the lifetime maximum under the coverage.


If the Home Health Care begins within [30 days] of a stay in a Hospital of
at least [48 hours], we will pay [100 %] of the charges for care because of
the condition which required that stay, up to the DRG maximum benefits set
forth in the attached "Schedule of Maximum Benefits Per DRG."  These
charges are based on the DRG classification assigned to the Insured during
the Hospital stay.  If the Insured is assigned more than one DRG, the total
amount we will pay will be [15 %] more than the amount assigned to the
principal DRG.

If no DRG has been assigned to the Insured within [30 days] of discharge
from the Hospital, we will assign a temporary one.  It will be based on the
diagnoses and the major procedures performed on the Insured during the
Hospital stay.  Benefits will be based on the DRG which we assign during
the period in which we are providing Home Health Care benefits.  If during
this period the Hospital then assigns a DRG for the condition which
required the stay, we will pay in accordance with the DRG assigned by the
Hospital.

We have the right to review the Insured's Hospital and/or other medical
records and to change the DRG assigned by the Hospital where it is
appropriate.  We also have the right to examine you, in connection with a
claim, at our expense.

If the Home Health Care begins after a stay in a Licensed Nursing Facility
of at least [21 days,] and the Insured had not been discharged from a stay
in a Hospital of at least [48 hours], we will pay [100 %] of the charges
for care because of the condition which required the Licensed Nursing
Facility Care up to a lifetime maximum limit of [$10,000].

Benefits for Home Health Care will be paid without a prior Hospital or
Licensed Nursing Facility stay if an Insured's impairment is due to a
functional and cognitive disability.

We will pay [100 %] of the charges for care because of the impairment, up
to the maximum benefits as determined by the DRG we assign but subject to a
lifetime maximum limit of [$10,000]; or, if no DRG applies, up to the
[$10,000]

B.  Licensed Nursing Home Care:  Covers charges made by a Licensed Nursing Home
    for the medically necessary care actually provided.  Such charges shall not
    exceed the reasonable and customary charges made in the locality where they are
    incurred.  We will pay [75 %] of the charges incurred for such care, subject to
    a lifetime maximum limit of [$75,000].

    We will pay benefits beginning on the [91st day] if the Insured enters a
    Licensed Nursing Home Facility within [30 days] after being discharged from the
    Hospital, or on the [111th] straight day if she enters a Licensed Nursing Home
    Facility directly from home.

7. PART X – POLICY PROVISIONS

    A.  The Termination of the Policy provision is amended to read as follows:

        Termination of the Policy:  Either you or we may terminate this policy on
        or after the first policy anniversary date.  At least [60 days] written
        notice to the other is required.

    B.  The last sentence of the Payment of Claims: To Whom Paid: provision is
        deleted in its entirety.

Except for the above this rider does not change the policy in any way.

INSURANCE COMPANY OF NORTH AMERICA

Caleb J. Porter

## INSURANCE COMPANY OF NORTH AMERICA

This rider amends the policy or certificate to which it is attached. It is in force only while the policy is in force.

It is hereby understood and agreed that effective 9-1-89, the premium rates are changed as stated in the attached.

Except for the above, this rider does not change the policy in any way.

| Effective Date | | Part of Policy No. |
|---|---|---|
| 9-1-89 | at the hour specified in the policy. | ALT-1 |
| Issued to | | |
| National Group Benefits Insurance Trust | | |

_____
Authorized Agent

Not valid unless countersigned by a duly authorized agent of the
INSURANCE COMPANY OF NORTH AMERICA

*Wilson H. Taylor*

WILSON H. TAYLOR, President

LM-19368a

INSURANCE COMPANY OF NORTH AMERICA

POLICYHOLDER:    TRUSTEE OF THE NATIONAL GROUP BENEFITS
                 INSURANCE TRUST

POLICY NO: ALT – 1              EFFECTIVE DATE: JUNE 1, 2003

Notwithstanding anything to the contrary, it is hereby understood and agreed that the policy named above is cancelled in its entirety. It is further understood that existing insureds coverage will remain in force subject to all policy provisions and benefit maximums and provided all premiums are paid when due.

INSURANCE COMPANY OF NORTH AMERICA

*Dennis B Reding*

Dennis B. Reding, President

*George D Mulligan*

GEORGE D. MULLIGAN, Secretary

LM-19368a