# EXHIBIT D

# PROMOTIONAL MATERIAL PACKAGE



American Chemical Society Board of Trustees,
Group Insurance Plans for ACS Members

# The Independence Plan℠

*New, Group Nursing Home Limited Benefit Insurance with an Emphasis on Home Health Care and Care at Home*

*Including Skilled, Intermediate and Custodial Nursing Home Care*

Underwritten by:



Insurance Company of North America
1600 Arch Street, Philadelphia, PA 19101

TL 003039-FL ACS 200-B

# "Doesn't Medicare Cover Long-Term Care?"

Medicare provides very limited protection against long-term care needs.

**Inadequate Nursing Home Care.** The Federal Task Force on Long-Term Care Insurance found that while the average nursing home stay is 456 days, Medicare pays an average of only 26 days. And of all expenditures in nursing homes during the years studied, Medicare paid only 1.9 percent.

**Restricted Home Health Care.** Medicare does not provide benefits for full-time nursing services. Care is limited to those who are homebound, need intermittent care and whose care needs are acute.

# Important Solutions

## The Home Health Care Focus:

The Policy pays up to 100 percent of the reasonable and customary costs of a full range of home care services. These services include registered nurses, therapists, aides, homemakers and choreworkers, depending on your individual needs and your condition.

There are *no deductibles, no co-payments* and *no homebound requirements.*

Under the policy, you can receive home health care benefits in three ways:

**1** Post-Hospital Home Care After a minimum 48-hour hospital stay, you are eligible for benefits the day the hospital discharges you. Care must begin within 30 days of your discharge. Your Post-Hospital benefits are based on your medical problems as defined by the Diagnostic Related Group or D.R.G. to which you are assigned by the hospital. Depending on the D.R.G. assigned and the need for home health care, the benefits under the High Option Plans may be as much as $40,000 per spell of illness, Low Option as much as $30,000. These plans have a lifetime home health care maximum benefit of $150,000 and $100,000 respectively.

**2** Nursing Facility Follow-up Care If you go directly from home to a nursing facility, after a minimum stay of 21 days you can receive benefits from the day you are discharged from the facility. Benefits are payable up to a $10,000 maximum during the lifetime of your coverage. Skilled care in the nursing home is *not* required.

**3** Disability Care Even if you don't go to a hospital or nursing facility you can still be eligible for home health care benefits. If you are functionally and/or cognitively disabled, and can't perform at least three of the following Activities of Daily Living: walking, feeding, dressing, toileting, transferring and cognition, you would qualify. This benefit pays up to a $10,000 maximum during the lifetime of the policy.

## Nursing Home Benefits

For some people, a nursing home stay becomes necessary. If you go to a licensed nursing facility, your benefits begin on the 31st day of confinement under the High Option/Plus Plans and 101st day for Low Option Plans. During your nursing home stay, you may receive skilled, intermediate or custodial care.

Once benefits begin, the Policy will pay a percentage of the reasonable and customary charges of the nursing home. (High Option and High Option Plus pay 80%, Low Option pays 75%.) The benefits will continue until your lifetime maximum benefit is paid. ($125,000 High Option; $150,000 to $200,000 High Option Plus; $75,000 for Low Option.) Maximum nursing home benefits are, of course, in addition to the Home Health Care Benefits described above.

You select the nursing home of your choice, as long as it is licensed to provide care by the state, province or country in which it operates. You are covered whether you receive skilled, intermediate or custodial care. You are covered anywhere in the world.

## Additional Benefits:

**Alzheimer's Disease Benefit** If you are receiving home health care benefits and have been diagnosed by your attending physician as having Alzheimer's Disease, your available home health care benefits will be increased by an additional $5,000 lifetime maximum.

**Waiver of Premium** Should you be in a licensed nursing home, your premiums will be waived after you have received benefits for 90 days. You will still be covered, up to your plan's limits, without paying premiums, for as long as you are in the nursing home. Upon discharge, you must resume paying premiums to keep your coverage in force.

## Family Rates:

If you and your spouse live together, both apply and both are accepted, you are eligible for family rates. Family rates are more economical than the corresponding individual rates. Each spouse must complete a separate application.

## Guaranteed Renewable, Eligibility:

Your coverage will stay in effect as long as you continue to pay premiums. The Company cannot terminate your coverage for any other reason. Your premiums are based on your age at the time of purchase and will not be adjusted unless the Company increases rates for the class or group.

The Independence Long Term Care Policy is available to members, associate members, national affiliates and employees of the American Chemical Society under age 80; their lawful spouses, widows, widowers, parents, and parents-in-law under age 80. The Policy pays for home health care and nursing home care anywhere in the world.

## Effect of Time on Nursing Home Benefits and Rates



■ Nursing Home Rates
□ Independence LTC Policy Benefits
■ Indemnity Nursing Home Policy Benefits

*This chart assumes nursing home rates start at $75 per day and increase at 5 percent per year. Actual rates and rate increases may be larger or smaller.*

*"Indemnity Policy" assumes a plan paying nursing home benefits on a daily indemnity basis at $60 per day. It assumes no inflation rider.*

*"Independence Policy" assumes the High Option plan paying benefits at 80 percent of customary and reasonable daily charges. It assumes no inflation rider.*

## Three Options Available:

The Independence Long-Term Care Policy offers three options to help meet your personal protection needs and budgets: High Option Plus, High Option and Low Option. The High Option Plus has all of the benefits of the High Option Plan, plus it includes the Automatic Benefit Increase (described below).

| HOME HEALTH BENEFITS | Maximum Benefit per Period of Care* | Lifetime Maximum Benefit |
| --- | --- | --- |
| HIGH OPTION PLUS | $40,000 | $150,000 |
| HIGH OPTION | $40,000 | $150,000 |
| LOW OPTION | $30,000 | $100,000 |

| NURSING HOME BENEFITS | When Benefits Begin | Percent of Daily Charges | Lifetime Maximum Benefit |
| --- | --- | --- | --- |
| HIGH OPTION PLUS | 31st day | 80% | $150,000 to $200,000 |
| HIGH OPTION | 31st day | 80% | $125,000 |
| LOW OPTION | 101st day | 75% | $75,000 |

*Benefits are limited to scheduled amounts based on DRGs.

**Automatic Benefit Increase:** If you select, and are approved for the High Option Plus Plan, your home care and nursing home benefits automatically increase each year by the lower of either the Consumer Price Index increase or 5 percent. Home care benefits following hospitalization, nursing home confinement, disability care and the special Alzheimer's Disease allowance are all increased. The maximum nursing home benefit begins at $150,000 and will be annually increased until it reaches a maximum of $200,000.



## How To Apply

**1** Complete the enclosed application. If both you and your spouse are applying, two applications must be completed and signed.

**2** Calculate your premium. The rates are on the enclosed Rate Sheet. There are two sets of rates. One set is for individuals, the other is for husbands and wives (family) to use. Please be sure you are using the proper schedule for your situation. Your payment must accompany your application.

**3** After your application and check have been received, the Company will review the information you provided. If your application is accepted, a Certificate will be sent to you. The Certificate contains detailed information about the Policy and is your proof of coverage. You have 30 days after you receive the Certificate to examine it and to decide whether you wish to accept it. If you choose not to accept the Certificate, return it and your initial payment will be refunded promptly.

## Exclusions and Limitations

The Company will not pay benefits for care required by war or conditions resulting from military service, care covered by Worker's Compensation or other similar state or federal law, care provided in or by a facility or agency for which no charge is made absent insurance and/or for alcoholism or drug addiction. Self-inflicted injuries, mental or nervous disorders without demonstrable organic cause (Alzheimer's disease and senile dementia are covered), extra charges for a private room, private duty nurse in a nursing facility, hospital and/or physician fees or for care for which benefits are available under Medicare are not covered by the Policy as well.

If there are benefits under other insurance which apply to the same benefits as this coverage, benefits are paid on a pro-rata share of the total benefits available. In no case can benefits exceed 100 percent of the charges.

## Preexisting Conditions

The Independence Long Term Care Policy does not pay benefits for care due to a condition for which you received medical treatment, care or advice during the six months prior to coverage beginning. These conditions, if disclosed on your application, are fully covered after you have been insured for six months.



# Frequently Asked Questions

**Q:** Doesn't Medicare cover home health and nursing home care?

**A:** Yes and no. Medicare and most Medicare Supplement plans generally provide benefits only for skilled nursing services on a short-term basis. Custodial care (care that is medically necessary to support an existing level of health or to relieve distressing symptoms without trying to cure them) is not covered.

In a report to Congress, a Federal Task Force on Long-Term Care Insurance reported Medicare pays less than 2 percent of all nursing home bills and 12 percent of all home care bills.

**Q:** Must I go to a hospital or nursing home first to receive home health care benefits?

**A:** No. If your attending physician certifies and the company confirms you are functionally and/or cognitively impaired to the extent that you can't perform at least 3 of the required Activities of Daily Living without someone's help, you will qualify for home health care benefits under the Policy.



Insurance Company of North America
1600 Arch Street, Philadelphia, PA 19101

INA is rated "A" (Excellent) by A.M. Best, an independent insurance rating service. This is an indication of INA's financial soundness and ability to meet obligations to its insured. The benefits described herein are provided by Master Policy ALT-1.

*Administrative services are provided by:*



Independence Nursing Insurance Company, New York, NY.

**Q:** I live part of the time in one locality somewhere else during other parts of the year. Will I be covered in both places?

**A:** Some plans limit your benefits delivered outside their coverage area or require you to use certain providers with whom they have contracts. However, The Independence L.T.C. Policy, when you qualify for benefits, will pay those benefits to you anywhere in the world.

**Q:** I have friends who are not ACS members, but who would like to buy this Policy. May they?

**A:** No. Coverage under this policy is limited to members, associate members, national affiliates and employees of the American Chemical Society under age 80; their lawful spouses, widows, widowers, parents, and parents-in-law under age 80;. The Policy pays for home health care and nursing home care anywhere in the world.

**Q:** If I submit an application, am I obligated to keep the Certificate of Coverage?

**A:** No. When your application is received, a determination of insurability based on your health profile and membership standing will be made. If you are accepted, you will be sent a Certificate of Coverage and Outline of Benefits.

After you receive them, you have 30 days to examine them. If, for any reason, you then choose not to be covered, you need only return the Certificate to the Policy Administrator. Your initial payment will be refunded in full.

This plan is endorsed by the ACS Board of Trustees, Group Insurance Plans for ACS Members.

If you have any questions about this Plan, please call the ACS Plan Administrator toll free at (800) 752-0179 or in Connecticut (800) 752-0178.

# Application

## THE INDEPENDENCE LONG-TERM CARE POLICY℠

Check One, Circle Current Status, and Fill In Information:

☐ Member, Associate Member, Employee, National Affiliate

Membership or ID # _____

☐ Spouse, Widow(er), Parent (-in-law)

of _____ who has

ACS Membership or ID #: _____

TPA Date Rec'd _____

Name of Applicant _____  Social Sec. No. _____

Sex: ☐ F  ☐ M  Date of Birth _____ Height _____ Weight _____

Marital Status:  ☐ Married   ☐ Widowed   ☐ Divorced/Separated   ☐ Single

Do you now or have you used tobacco in the past 3 years?   ☐ Yes   ☐ No

Residence Address _____

City _____ State _____ ZIP Code _____ Phone No. _____

Do you live in:   ☐ Apartment   ☐ Condo   ☐ House   ☐ Other

Do you live with:  ☐ Spouse   ☐ Family   ☐ Alone   ☐ Other

Mailing Address (if different from above) _____

City _____ State _____ ZIP Code _____

Are you currently employed?   ☐ Yes   ☐ No   If "Yes", where are you employed?

Company _____ Job Title _____ How long with this employer? _____

Your personal physician's name _____

Address _____ City _____ State _____ Zip _____

(Please check all that apply)

1. ☐ Yes ☐ No  Are you blind, crippled, mentally incompetent or not able to perform without assistance or supervision everyday living activities such as walking, cooking, eating, housekeeping, shopping, or personal hygiene such as toileting and bathing?

2. ☐ Yes ☐ No  Do you use any medical appliance such as a wheelchair, walker, cane, brace, prosthetic device, or hospital bed?

3. ☐ Yes ☐ No  Within the past 12 months, have you been confined, or has confinement been recommended to you, to a hospital, nursing home, or other institutional care center, or has care provided by a home health care agency been received or recommended?

4. ☐ Yes ☐ No  Within the past 12 months, have you been treated by a physician or other medical practitioner?

5. ☐ Yes ☐ No  In the past 5 years, have you ever been treated or been diagnosed as having any of the following:

☐ arthritis
☐ epilepsy
☐ paralysis
☐ stroke
☐ drug abuse
☐ alcoholism
☐ diabetes
☐ cirrhosis of the liver
☐ mental or nervous disorder
☐ cancer (other than skin)
☐ senility or chronic brain disorder
☐ injury from an accident or fall
☐ chronic obstructive pulmonary disease
☐ kidney disease
☐ immune disorder
☐ heart disease
☐ Alzheimer's disease
☐ multiple sclerosis
☐ Parkinson's disease
☐ emphysema

Premium Payable Semi-annually

If you answered "Yes" to any of questions 1 through 5, please provide full details below. Include doctor's name and address, nature of problem, treatment and current condition. (If you need more space, attach a separate signed statement.)

_____
_____
_____
_____
_____
_____
_____
_____

Please list ALL medications and amounts you are currently taking, even if they are not for conditions listed above:

_____
_____
_____
_____
_____
_____
_____
_____
_____

☐ Yes  Will this Plan replace any other long-term care
☐ No   policy you now have? If "Yes", provide name of company and policy number:

Company _____

Policy No. _____

PLAN SELECTED:

Family Plan:
☐ High Option-Plus
☐ High Option
☐ Low Option

Individual Plan:
☐ High Option-Plus
☐ High Option
☐ Low Option

AUTHORIZATION:

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or their medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any records or knowledge of me or my health to give to the Insurance Company of North America or its authorized agent any such information.

To facilitate rapid submission of such information, I authorize all said sources, except the Medical Information Bureau, to give such records to any agency employed by the insurance company to collect and transmit such information. A photocopy of this authorization will be valid as the original. This authorization will be valid for 30 months from the date signed.

If my application is approved, I understand this plan does not cover any condition for which I have received medical treatment, care or advice within 6 months before my coverage became effective. This limitation does not apply if I have been covered under this plan for 6 months.

Applicant's Name (print or type):

_____

Applicant's Signature:

_____

Date _____ State where signed _____

Amount paid with application $ _____

*This Policy is underwritten by:*

**CIGNA**

Insurance Company of North America
1600 Arch Street, Philadelphia, PA 19101

TL-001455-APP  GEN 2000  ACS                                                                91041

# Independence Long-Term Care Policy Rates

Semi-Annual

A

## Individual Rates

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $74.00 | $98.00 | $118.00 |
| 51 | 78.00 | 104.50 | 124.50 |
| 52 | 83.50 | 110.50 | 132.00 |
| 53 | 89.00 | 118.00 | 140.00 |
| 54 | 94.50 | 125.50 | 149.50 |
| 55 | $101.50 | $134.00 | $159.50 |
| 56 | 109.00 | 144.00 | 170.00 |
| 57 | 117.00 | 155.00 | 182.50 |
| 58 | 127.00 | 167.50 | 196.50 |
| 59 | 137.50 | 181.50 | 212.50 |
| 60 | $149.50 | $198.00 | $230.00 |
| 61 | 162.50 | 215.50 | 249.50 |
| 62 | 177.00 | 234.50 | 269.50 |
| 63 | 192.50 | 255.50 | 292.00 |
| 64 | 209.00 | 277.50 | 316.00 |
| 65 | $227.00 | $302.00 | $342.00 |
| 66 | 248.00 | 328.50 | 371.50 |
| 67 | 269.50 | 357.50 | 402.50 |
| 68 | 294.00 | 390.00 | 437.00 |
| 69 | 320.50 | 425.00 | 474.00 |
| 70 | $349.50 | $463.00 | $515.00 |
| 71 | 382.50 | 506.00 | 559.50 |
| 72 | 417.50 | 552.00 | 608.00 |
| 73 | 455.50 | 602.00 | 660.50 |
| 74 | 497.00 | 655.50 | 716.00 |
| 75 | $541.00 | $712.50 | $775.50 |
| 76 | 586.00 | 771.50 | 837.00 |
| 77 | 633.50 | 834.00 | 902.50 |
| 78 | 685.00 | 901.00 | 973.00 |
| 79 | 740.00 | 972.50 | 1047.00 |

## Family Rates (Per Person)

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $61.00 | $81.00 | $97.50 |
| 51 | 64.50 | 85.50 | 103.50 |
| 52 | 68.50 | 91.50 | 109.50 |
| 53 | 73.00 | 97.00 | 116.00 |
| 54 | 78.50 | 103.50 | 124.00 |
| 55 | $84.00 | $111.50 | $132.50 |
| 56 | 90.00 | 119.50 | 142.50 |
| 57 | 97.50 | 129.00 | 152.50 |
| 58 | 105.50 | 139.50 | 165.00 |
| 59 | 115.00 | 151.50 | 178.00 |
| 60 | $125.00 | $165.50 | $193.50 |
| 61 | 136.00 | 181.00 | 210.00 |
| 62 | 148.50 | 196.50 | 228.00 |
| 63 | 161.50 | 214.00 | 246.50 |
| 64 | 175.50 | 233.50 | 267.50 |
| 65 | $191.50 | $254.00 | $290.00 |
| 66 | 209.00 | 277.50 | 315.00 |
| 67 | 227.50 | 302.50 | 342.00 |
| 68 | 248.50 | 330.50 | 371.50 |
| 69 | 272.00 | 360.50 | 404.00 |
| 70 | $297.00 | $393.00 | $439.00 |
| 71 | 325.00 | 430.00 | 478.50 |
| 72 | 355.50 | 470.00 | 520.50 |
| 73 | 388.50 | 513.00 | 565.50 |
| 74 | 423.50 | 558.50 | 613.50 |
| 75 | $462.00 | $608.50 | $666.00 |
| 76 | 501.50 | 660.00 | 719.50 |
| 77 | 543.50 | 714.50 | 777.00 |
| 78 | 588.50 | 773.00 | 838.50 |
| 79 | 636.50 | 836.00 | 903.50 |

Your age at time of application determines your premium and it will *not* increase unless the Company changes premiums on a class basis. If you received an incorrect premium sheet, the Company will bill you in accordance with the Master Contract.

CHECK(S) MUST ACCOMPANY APPLICATION(S). MAKE CHECK(S) PAYABLE TO: <u>ACS MEMBER INSURANCE PROGRAM</u>.

ACS

# Independence Long-Term Care Policy Rates  Semi-Annual
# B

## Individual Rates

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $81.00 | $108.00 | $128.50 |
| 51 | 86.00 | 115.00 | 136.00 |
| 52 | 91.50 | 121.50 | 143.50 |
| 53 | 97.50 | 130.00 | 152.50 |
| 54 | 103.50 | 138.00 | 163.00 |
| 55 | $111.50 | $147.50 | $173.50 |
| 56 | 119.50 | 158.50 | 185.50 |
| 57 | 128.50 | 171.00 | 199.50 |
| 58 | 139.50 | 185.00 | 214.50 |
| 59 | 151.50 | 200.50 | 232.50 |
| 60 | $164.50 | $219.50 | $252.00 |
| 61 | 179.50 | 239.00 | 274.00 |
| 62 | 196.00 | 260.50 | 297.50 |
| 63 | 213.50 | 284.50 | 322.50 |
| 64 | 232.00 | 309.50 | 350.00 |
| 65 | $253.00 | $337.50 | $379.50 |
| 66 | 276.50 | 368.00 | 412.50 |
| 67 | 301.50 | 401.50 | 448.00 |
| 68 | 329.00 | 438.50 | 487.00 |
| 69 | 359.50 | 478.50 | 529.50 |
| 70 | $392.50 | $522.00 | $576.00 |
| 71 | 430.00 | 571.00 | 627.00 |
| 72 | 470.50 | 624.00 | 683.00 |
| 73 | 514.50 | 681.50 | 743.00 |
| 74 | 561.50 | 742.50 | 806.50 |
| 75 | $612.00 | $808.50 | $874.50 |
| 76 | 663.50 | 875.50 | 944.00 |
| 77 | 717.50 | 947.00 | 1019.00 |
| 78 | 776.00 | 1023.50 | 1098.50 |
| 79 | 838.00 | 1104.00 | 1182.00 |

## Family Rates (Per Person)

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $67.00 | $89.50 | $106.00 |
| 51 | 71.00 | 94.00 | 112.50 |
| 52 | 75.50 | 100.50 | 119.00 |
| 53 | 80.00 | 107.00 | 126.50 |
| 54 | 86.00 | 114.00 | 135.00 |
| 55 | $92.50 | $123.00 | $144.50 |
| 56 | 99.00 | 132.00 | 155.00 |
| 57 | 107.00 | 142.50 | 166.50 |
| 58 | 116.00 | 154.00 | 180.50 |
| 59 | 126.50 | 168.00 | 195.00 |
| 60 | $138.00 | $184.00 | $212.00 |
| 61 | 150.50 | 201.00 | 231.00 |
| 62 | 164.50 | 219.00 | 251.00 |
| 63 | 179.50 | 239.00 | 272.50 |
| 64 | 195.50 | 261.00 | 296.50 |
| 65 | $214.00 | $284.00 | $321.50 |
| 66 | 233.50 | 311.00 | 350.00 |
| 67 | 255.00 | 339.50 | 380.50 |
| 68 | 278.50 | 371.50 | 414.50 |
| 69 | 305.00 | 406.00 | 451.50 |
| 70 | $334.00 | $443.50 | $491.50 |
| 71 | 366.00 | 486.00 | 536.00 |
| 72 | 400.50 | 532.00 | 584.50 |
| 73 | 438.50 | 581.50 | 636.00 |
| 74 | 479.00 | 633.50 | 691.00 |
| 75 | $523.00 | $690.50 | $750.50 |
| 76 | 568.00 | 749.00 | 811.50 |
| 77 | 615.50 | 811.50 | 876.50 |
| 78 | 666.50 | 878.00 | 946.50 |
| 79 | 721.00 | 949.00 | 1020.00 |

Your age at time of application determines your premium and it will *not* increase unless the Company changes premiums on a class basis. If you received an incorrect premium sheet, the Company will bill you in accordance with the Master Contract.

CHECK(S) MUST ACCOMPANY APPLICATION(S). MAKE CHECK(S) PAYABLE TO: <u>ACS MEMBER INSURANCE PROGRAM</u>.

ACS

# Independence Long-Term Care Policy Rates

Semi-Annual

C

## Individual Rates

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $88.50 | $118.50 | $139.00 |
| 51 | 93.50 | 125.50 | 147.00 |
| 52 | 99.50 | 132.50 | 155.50 |
| 53 | 106.00 | 141.50 | 165.00 |
| 54 | 112.50 | 150.50 | 176.00 |
| 55 | $121.00 | $161.00 | $187.50 |
| 56 | 130.00 | 173.00 | 201.00 |
| 57 | 140.00 | 187.00 | 216.00 |
| 58 | 152.00 | 202.50 | 233.00 |
| 59 | 165.50 | 220.00 | 253.00 |
| 60 | $180.00 | $241.00 | $274.50 |
| 61 | 197.00 | 263.00 | 299.00 |
| 62 | 215.00 | 287.00 | 325.00 |
| 63 | 234.50 | 314.00 | 353.00 |
| 64 | 255.50 | 342.00 | 383.50 |
| 65 | $279.00 | $373.50 | $416.50 |
| 66 | 305.00 | 407.50 | 453.50 |
| 67 | 333.00 | 445.00 | 493.50 |
| 68 | 364.50 | 487.00 | 537.50 |
| 69 | 398.50 | 532.00 | 585.00 |
| 70 | $435.50 | $581.00 | $637.50 |
| 71 | 478.00 | 636.50 | 695.00 |
| 72 | 523.50 | 696.50 | 757.50 |
| 73 | 573.00 | 761.00 | 825.00 |
| 74 | 626.00 | 830.00 | 896.50 |
| 75 | $683.00 | $904.50 | $973.00 |
| 76 | 740.50 | 979.50 | 1051.50 |
| 77 | 801.50 | 1060.00 | 1135.50 |
| 78 | 867.00 | 1145.50 | 1224.50 |
| 79 | 936.00 | 1235.50 | 1317.50 |

## Family Rates (Per Person)

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $73.00 | $97.50 | $115.00 |
| 51 | 77.00 | 103.00 | 122.00 |
| 52 | 82.00 | 110.00 | 129.00 |
| 53 | 87.50 | 116.50 | 136.50 |
| 54 | 93.50 | 124.50 | 146.00 |
| 55 | $100.50 | $134.00 | $156.50 |
| 56 | 108.00 | 144.00 | 168.00 |
| 57 | 117.00 | 155.50 | 180.50 |
| 58 | 127.00 | 169.00 | 196.00 |
| 59 | 138.50 | 184.00 | 212.00 |
| 60 | $151.00 | $202.00 | $231.00 |
| 61 | 165.00 | 221.50 | 252.00 |
| 62 | 181.00 | 241.00 | 274.50 |
| 63 | 197.50 | 263.50 | 298.00 |
| 64 | 215.50 | 288.50 | 325.00 |
| 65 | $236.00 | $314.50 | $353.00 |
| 66 | 258.00 | 345.00 | 385.00 |
| 67 | 282.00 | 376.50 | 419.00 |
| 68 | 308.50 | 412.50 | 457.50 |
| 69 | 338.50 | 451.50 | 499.00 |
| 70 | $371.00 | $493.50 | $544.00 |
| 71 | 407.00 | 542.00 | 594.00 |
| 72 | 446.00 | 593.50 | 648.50 |
| 73 | 489.00 | 649.50 | 706.50 |
| 74 | 534.50 | 708.50 | 768.00 |
| 75 | $584.00 | $772.50 | $835.00 |
| 76 | 634.00 | 838.50 | 903.50 |
| 77 | 687.50 | 908.50 | 976.50 |
| 78 | 745.00 | 983.00 | 1054.50 |
| 79 | 805.50 | 1062.50 | 1136.50 |

Your age at time of application determines your premium and it will *not* increase unless the Company changes premiums on a class basis. If you received an incorrect premium sheet, the Company will bill you in accordance with the Master Contract.

CHECK(S) MUST ACCOMPANY APPLICATION(S). MAKE CHECK(S) PAYABLE TO: <u>ACS MEMBER INSURANCE PROGRAM</u>.

ACS

# Independence Long-Term Care Policy Rates

Semi-Annual

D

## Individual Rates

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $ 95.50 | $128.50 | $149.50 |
| 51 | 101.00 | 136.50 | 158.00 |
| 52 | 107.50 | 143.50 | 167.00 |
| 53 | 114.50 | 153.50 | 177.00 |
| 54 | 121.50 | 163.00 | 189.00 |
| 55 | $131.00 | $174.50 | $202.00 |
| 56 | 140.50 | 188.00 | 216.00 |
| 57 | 151.50 | 203.00 | 233.00 |
| 58 | 165.00 | 220.00 | 251.00 |
| 59 | 179.00 | 239.00 | 273.00 |
| 60 | $195.50 | $262.50 | $297.00 |
| 61 | 214.00 | 287.00 | 324.00 |
| 62 | 234.00 | 313.50 | 352.50 |
| 63 | 255.50 | 343.00 | 383.50 |
| 64 | 279.00 | 374.50 | 417.00 |
| 65 | 305.00 | $409.00 | $453.50 |
| 66 | 334.00 | 447.00 | 495.00 |
| 67 | 364.50 | 488.50 | 539.00 |
| 68 | 399.50 | 535.00 | 587.50 |
| 69 | 437.50 | 585.00 | 640.50 |
| 70 | $478.50 | $640.00 | $698.50 |
| 71 | 525.50 | 701.50 | 762.50 |
| 72 | 576.00 | 768.50 | 832.50 |
| 73 | 631.50 | 840.50 | 907.50 |
| 74 | 691.00 | 917.50 | 987.00 |
| 75 | $ 754.00 | $1000.00 | $1072.00 |
| 76 | 818.00 | 1083.50 | 1159.00 |
| 77 | 885.50 | 1173.00 | 1251.50 |
| 78 | 958.00 | 1267.50 | 1350.00 |
| 79 | 1034.00 | 1367.00 | 1452.50 |

## Family Rates (Per Person)

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $ 79.00 | $106.00 | $123.50 |
| 51 | 83.50 | 111.50 | 131.00 |
| 52 | 88.50 | 119.00 | 138.50 |
| 53 | 94.50 | 126.50 | 147.00 |
| 54 | 101.00 | 135.00 | 156.50 |
| 55 | $108.50 | $145.50 | $168.00 |
| 56 | 116.50 | 156.50 | 181.00 |
| 57 | 126.50 | 169.00 | 194.50 |
| 58 | 137.50 | 183.50 | 211.50 |
| 59 | 150.00 | 200.50 | 229.00 |
| 60 | $164.00 | $220.00 | $250.00 |
| 61 | 179.50 | 241.00 | 273.00 |
| 62 | 197.00 | 263.50 | 298.00 |
| 63 | 215.50 | 288.50 | 324.00 |
| 64 | 235.50 | 315.50 | 353.50 |
| 65 | $258.00 | $344.50 | $385.00 |
| 66 | 282.00 | 378.50 | 420.00 |
| 67 | 309.00 | 414.00 | 458.00 |
| 68 | 338.50 | 454.00 | 500.50 |
| 69 | 371.50 | 497.00 | 546.00 |
| 70 | $407.50 | $544.00 | $596.00 |
| 71 | 448.00 | 597.50 | 652.00 |
| 72 | 491.50 | 655.00 | 712.00 |
| 73 | 539.00 | 717.50 | 777.00 |
| 74 | 589.50 | 783.50 | 845.50 |
| 75 | $645.00 | $ 855.00 | $ 919.50 |
| 76 | 700.50 | 928.00 | 995.50 |
| 77 | 760.00 | 1005.50 | 1076.50 |
| 78 | 823.00 | 1088.00 | 1162.50 |
| 79 | 890.00 | 1175.50 | 1253.00 |

Your age at time of application determines your premium and it will *not* increase unless the Company changes premiums on a class basis. If you received an incorrect premium sheet, the Company will bill you in accordance with the Master Contract.

CHECK(S) MUST ACCOMPANY APPLICATION(S). MAKE CHECK(S) PAYABLE TO: <u>ACS MEMBER INSURANCE PROGRAM</u>.

TL-001155 D  SERIES 220

ACS

# Independence Long-Term Care Policy Rates

Semi-Annual

E

## Individual Rates

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $105.00 | $141.50 | $163.50 |
| 51 | 111.50 | 150.50 | 172.50 |
| 52 | 118.00 | 158.50 | 182.50 |
| 53 | 125.50 | 169.00 | 193.50 |
| 54 | 134.00 | 180.00 | 207.00 |
| 55 | $144.00 | $192.50 | $220.50 |
| 56 | 154.50 | 207.50 | 236.50 |
| 57 | 167.00 | 224.00 | 255.00 |
| 58 | 181.50 | 243.50 | 275.50 |
| 59 | 198.00 | 265.00 | 300.00 |
| 60 | $216.00 | $291.00 | $326.50 |
| 61 | 237.00 | 318.50 | 357.00 |
| 62 | 259.50 | 348.50 | 389.00 |
| 63 | 284.00 | 382.00 | 424.00 |
| 64 | 310.00 | 417.50 | 462.00 |
| 65 | $339.50 | $457.00 | $503.50 |
| 66 | 372.00 | 499.50 | 549.50 |
| 67 | 407.00 | 547.00 | 599.50 |
| 68 | 446.50 | 599.50 | 654.50 |
| 69 | 489.00 | 656.50 | 714.50 |
| 70 | $536.00 | $718.50 | $780.50 |
| 71 | 589.50 | 788.50 | 853.00 |
| 72 | 647.00 | 864.50 | 932.00 |
| 73 | 709.50 | 947.00 | 1017.00 |
| 74 | 777.00 | 1043.00 | 1107.50 |
| 75 | $849.00 | $1128.00 | $1203.50 |
| 76 | 921.00 | 1222.50 | 1302.00 |
| 77 | 997.00 | 1323.50 | 1406.50 |
| 78 | 1079.00 | 1430.50 | 1518.00 |
| 79 | 1165.00 | 1542.50 | 1633.00 |

## Family Rates (Per Person)

| Age | Low Option | High Option | High Option Plus |
|---|---|---|---|
| TO 50 | $87.00 | $117.00 | $133.50 |
| 51 | 92.00 | 123.50 | 143.50 |
| 52 | 97.50 | 131.50 | 151.50 |
| 53 | 103.50 | 139.50 | 160.50 |
| 54 | 111.50 | 149.00 | 171.50 |
| 55 | $119.50 | $160.50 | $184.00 |
| 56 | 128.50 | 173.00 | 198.00 |
| 57 | 139.50 | 187.00 | 213.00 |
| 58 | 151.50 | 203.00 | 232.00 |
| 59 | 166.00 | 222.00 | 252.00 |
| 60 | $181.50 | $244.00 | $275.00 |
| 61 | 199.00 | 268.50 | 301.00 |
| 62 | 218.50 | 293.50 | 329.00 |
| 63 | 239.50 | 321.50 | 358.50 |
| 64 | 261.50 | 352.50 | 391.50 |
| 65 | $287.00 | $385.00 | $427.00 |
| 66 | 315.00 | 423.00 | 467.00 |
| 67 | 345.00 | 463.50 | 509.50 |
| 68 | 378.50 | 509.00 | 557.50 |
| 69 | 416.00 | 557.50 | 609.00 |
| 70 | $457.00 | $611.00 | $665.50 |
| 71 | 502.50 | 672.00 | 729.00 |
| 72 | 552.00 | 737.50 | 797.50 |
| 73 | 606.00 | 808.50 | 870.50 |
| 74 | 663.50 | 883.00 | 948.50 |
| 75 | $726.00 | $964.50 | $1032.50 |
| 76 | 789.00 | 1047.00 | 1118.50 |
| 77 | 856.00 | 1135.00 | 1209.50 |
| 78 | 927.00 | 1228.00 | 1306.50 |
| 79 | 1002.50 | 1326.50 | 1408.00 |

Your age at time of application determines your premium and it will *not* increase unless the Company changes premiums on a class basis. If you received an incorrect premium sheet, the Company will bill you in accordance with the Master Contract.

CHECK(S) MUST ACCOMPANY APPLICATION(S). MAKE CHECK(S) PAYABLE TO: <u>ACS MEMBER INSURANCE PROGRAM</u>.

ACS