# EXHIBIT E

# PARTICIPATING ORGANIZATION AGREEMENT ("POA")

```
BEGNO        = 004251
ENDNO        = 004253
DOCDATE      = 00/00/0000
DOCTITLE     :
AUTHOR       :
ADDRESSEE    :
SOURCE       :  Misc. Documents-Received 2/3/06
COMMENTS     :
SUMMARY      :
TEXT         :  004251
```

INSURANCE COMPANY OF NORTH AMERICA
(Herein called the 'INSURANCE COMPANY')
SUBSCRIPTION AGREEMENT
NAME OF SUBSCRIBING ORGANIZATION:
The Board of Trustees
Group Insurance Plans
for American Chemical
Society Members
1155 16th Street/ NW
Washington/ DC  20036
THE BOARD OF TRUSTEES/ GROUP INSURANCE PLANS FOR AMERICAN
CHEMICAL SOCIETY MEMBERS/ (SUBSCRIBER)/ by its duly authorized
officer whose signature is affixed to this agreement/ hereby
adopts the Agreement and the Declaration of Trust/ National Group
Benefits Insurance Trust/ as amended from time to time and agrees
to be bound by the terms of said Trust Agreement.
The SUBSCRIBER wishes certain eligible persons/ described in the
section entitled 'Eligibility' below to be covered by Group Long
Term Care Policy/ ALT-I issued to the TRUSTEE/ and agrees to the
following additional terms:
1. Desired Effective Date of Insurance is November 1/
1990.  The date must be the first day of a month.
SUBSCRIBER understands coverage will not become
effective until this Subscription Agreement is
accepted by the INSURANCE COMPANY.
2. Eligibility:
Class 1 - All members/ associate members/ national
affiliates and employees in good standing of the
American Chemical Society who are age 40 through 79.
Class 2 - All lawful spouses of members/ associate
members/ national affiliates and employees in good
standing/ widows and widowers and parents and parents-
in-law of members/ associate members/ national
affiliates and employees who are age 40 through 79.
Class 3 - Any insured under Class 1 or Class 2 who no
longer qualifies as a member of such Class/ but who was
an insured as of the date he/she ceased to qualify as a
member of Class 1 or 2.
004252
3.SUBSCRIBER agrees to furnish promptly to the TRUSTEE
or its ADMINISTRATOR/and the INSURANCE COMPANY/
records and other information required by them as
needed to insure proper administration of the Insurance
Plans of the Trust.SUBSCRIBER further agrees to allow
the TRUSTEE/ its agent or the INSURANCE COMPANY to
inspect all records that pertain to the Insurance Plans
of the Trust.  INSURANCE COMPANY and ADMINISTRATOR
agree that any records of the SUBSCRIBER that are made
available hereunder and marked 'Confidential' shall be
maintained in confidence and shall only be made
available to other persons upon written consent of
SUBSCRIBER or by operation of law.  INSURANCE COMPANY
and ADMINISTRATOR further agree that they will not
knowingly solicit the group of insureds/ or any
significant portion thereof/ enrolled under this Group
Long Term Care Policy for any other insurance program
without the prior consent of the Trustee

4.SUBSCRIBER hereby appoints the INSURANCE COMPANY OF
NORTH AMERICA to represent it in all dealings with the
Trust which have to do with the Insurance fund.
5.SUBSCRIBER agrees/ in the event of its withdrawal from
the Trust/ it shall have no further claims against the
Trust Fund.
6.The SUBSCRIBER/ INSURANCE COMPANY or
ADMINISTRATOR may terminate this Agreement as
of the first of the month after this
agreement has been in force for 12 months
upon 90 days notice to all signaturers below.
7.SUBSCRIBER shall not publish any material
referencing any insurance provided under this
program without the prior written approval of
either the INSURANCE COMPANY or the
ADMINISTRATOR.
Accepted by ADMINISTRATOR SUBSCRIBER
Independence NursingThe Board of Trustees
Insurance Company  Group Insurance Plans
for American Chemical
Society Members
By:_____ By :7!)!a! !
Title:_____ _____
Date: _____ Date:_____
2
004253
INSURANCE COMPANY OF NORTH AMERICA
The Subscription Agreement is hereby accepted.
Name:_____
Title:_____
Date:_____
3