UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | ) | |
| CIGNA and<br>The Insurance Company of North America, | )<br>)<br>) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Motion To Dismiss, it is hereby ORDERED that all claims against CIGNA and The Insurance Company of North America are DISMISSED.

So ORDERED this _____ day of _____, 2006.

                                                                 _____
                                                                 Honorable Emmet G. Sullivan
                                                                 United States District Judge
                                                                 for the District of Columbia