IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT ALVAREZ,              )
                             )
        Plaintiff,           )
   v.                        )
                             )   Case Number 1:06-CV-00145
CIGNA and                    )   Judge Emmet G. Sullivan
THE INSURANCE COMPANY        )
OF NORTH AMERICA,            )
                             )
        Defendants.          )

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, through counsel, moves this Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time of thirty (30) days, or until May 3, 2006, within which to respond to (1) Motion of Defendants Cigna and the Insurance Company of North America to Dismiss the Complaint, (2) Motion to Transfer Venue and Request for Oral Hearing, and (3) Motion of Specially Appearing Defendant Cigna to Quash Summons and to Dismiss the Complaint. Counsel for both parties have conferred and counsel for Defendants does not oppose this motion.

Plaintiff also moves, through counsel, for an extension within which to comply with Local Rule 23.1(b). Plaintiff seeks an extension until June 2, 2006, within which to file its motion for class certification. Defendants take no position on this request.

        Respectfully submitted,

_____
Edgar N. James
D.C. Bar No. 333013
JAMES & HOFFMAN, P.C.
1101 17th Street, N.W., Suite 510
Washington, DC 20036
Phone: 202-496-0500
Fax:    202-496-0555

Counsel for Plaintiff Robert Alvarez

Dated: March 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of March, 2006, I caused a copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time to be served upon the following and in the manner stated below:

James F. Jorden, Esq.  
Raul A. Cuervo, Esq.  
Jorden Burt, LLP  
1025 Thomas Jefferson Street, N.W.  
Suite 400 East  
Washington, D.C. 20007-5208

**Via E-Mail**  
rac@jordenusa.com

_____  
Edgar N. James