IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ALVAREZ,              ) | |
| ) | |
| Plaintiff,     ) | |
| v.                ) | |
| ) | Case Number 1:06-CV-00145 |
| CIGNA and                    ) | Judge Emmet G. Sullivan |
| THE INSURANCE COMPANY        ) | |
| OF NORTH AMERICA,            ) | |
| ) | |
| Defendants.    ) | |

## ORDER

Upon consideration of plaintiff's motion for an extension within which to respond to defendants' pending motions to dismiss, to quash service on Cigna and to transfer venue until May 3, 2006, and defendants' consent to this request, and

Upon further consideration of plaintiff's motion to extend the time until June 2, 2006 within which plaintiff must comply with Local Rule 23.1 and file for class certification, about which defendant takes no position, it is hereby

ORDERED, that plaintiff shall have until May 3, 2006, within which to respond to defendants' pending motions and until June 2, 2006, within which to file a motion for class certification.

So ORDERED this _____ day of _____, 2006.

_____
Honorable Emmet G. Sullivan
United States District Judge for the District
of Columbia