UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Alvarez,                                    )
individually, and on behalf of all others          )
similarly situated,                                )          Civil Action No. 1:06CV00145
                                                   )
                 Plaintiff,                        )          THE HONORABLE
                                                   )          EMMET G. SULLIVAN
        v.                                         )
                                                   )
CIGNA and                                          )
The Insurance Company of North America,            )
436 Walnut Street                                  )
4th Floor                                          )
Philadelphia, PA 19106                             )
                                                   )
                 Defendants.                       )


**CERTIFICATE OF THE INSURANCE COMPANY OF NORTH AMERICA
REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**


I, the undersigned, counsel of record for the Insurance Company of North America
("INA"), certify that to the best of my knowledge and belief, the following are parent companies,
subsidiaries or affiliates of INA which have any outstanding securities in the hands of the public:

1.      Currently, the only parent, subsidiary or affiliate of INA which is publicly traded
is ACE Limited.

2.      INA was formerly a wholly-owned indirect subsidiary of CIGNA Corporation,
which is a publicly traded company.

3.      These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 27, 2006                    Respectfully submitted,


/s/  Raul A. Cuervo
James F. Jorden (D.C. Bar No. 37598)
Raul A. Cuervo (D.C. Bar No. 463718)
Stephen H. Goldberg (D.C. Bar No. 465113)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC  20007-5208
Telephone: 202-965-8100
Facsimile:  202-965-8104

Counsel for Defendant The Insurance
Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of the Insurance Company of North America Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served via electronic filing on this 27th day of March, 2006, upon the following:

Edgar N. James, Esq.
JAMES & HOFFMAN, P.C.
1101 Seventeenth St., N.W., Suite 510
Washington, D.C.  20036

and by first class mail, postage paid, on the following:

Allan Kanner, Esq.
Conlee S. Whiteley, Esq.
KANNER & WHITELEY
701 Camp Street
New Orleans, LA  70130

Timothy Q. Purdon, Esq.
Monte L. Rogneby, Esq.
VOGEL LAW FIRM
200 North 3rd Street, Suite 201
P.O. Box 2097
Bismarck, ND  58502-2097

Perry Pearce Benton, Esq.
32516 Sandpiper Drive
Orange Beach, AL  36561-5728

/s/  Raul A. Cuervo
Raul A. Cuervo

3