# PLAINTIFF'S EXHIBIT 1

# AFFIDVAIT OF TIMOTHY Q. PURDON

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>Defendants. | ) | Civil Case No. 1:06CV00145<br><br>The Honorable<br>Emmet G. Sullivan |

**AFFIDAVIT OF TIMOTHY Q. PURDON**

STATE OF NORTH DAKOTA )
) ss
COUNTY OF BURLEIGH )

I, Timothy Q. Purdon, state:

1. I am one of the attorneys for Robert Alvarez in the above-entitled action.

2. Attached as Exhibits hereto find true and correct copies of the following documents that were provided by Robert Alvarez to his attorneys in this matter:

Exhibit A: Letter from Peter Brown dated November 18, 2004
Exhibit B: Letter from CIGNA Group Insurance dated October 2004
Exhibit C: Alvarez's Application for LTC Coverage.

FURTHER AFFIANT SAYETH NOT.

Dated this 1 day of May, 2006.

Timothy Q. Purdon (#05392)
Vogel Law Firm
200 North 3rd Street, Suite 201
P.O. Box 2097
Bismarck, ND 58502-2097
(701) 258-7899

Subscribed and sworn to before me this 1 day of May, 2006.

VALERIE A. EHRLICH
Notary Public
State of North Dakota
My Commission Expires May 11, 2008

Notary Public

**Peter Brown**
Assistant Director
Customer Advocacy




November 18, 2004

Mr. Robert Alvarez
1419 SE 43rd Ter
Ocala, FL 34471-4943

1601 Chestnut St. TL23B
Philadelphia PA 19192
Telephone 215.761.1862
Facsimile 215.761.3135
Peter.Brown@cigna.com

Dear Mr. Alvarez:

This letter is in response to your recent inquiry regarding the increase in premium on your guaranteed renewable group long term care policy. You have been insured since 1992 under Group Policy ALT 1, issued in the District of Columbia, through your association with the American Chemical Society. Our records indicate that you were a resident of the State of Maryland when you applied for coverage under this policy. I can understand your concern regarding the increase and want to explain the reasons behind the premium change.

In your letter you seemed to feel that we considered rate adequacy on a state-by-state basis. However, that is not the case, and rate adequacy is considered based on the experience over the entire book of business. You also appeared to believe that it is only based on the price of nursing home care. However, that is only one of a large number of issues that come into play. To project rate adequacy into the future, we also consider utilization rates (i.e., the number of times insureds use their coverage, as opposed to the cost of that care), the average length of stay, mortality rates, the rate at which people usually drop their coverage, and anticipated investment rates, among other things.

You asked why we didn't make an adjustment before this. A review of this program was performed in 1997 to analyze whether premium levels were still considered adequate in light of our claim and other experience under the program up to that point, as well as on our reasonable projections for the future. At that time, premium levels were judged to be adequate. However, the amount of claims began to grow faster than expected in 2000 and later years. In 2003, we collaborated with independent actuarial consultants who specialize in this product, to assist us in our analysis of the claim projections. As a result of the analysis, we significantly strengthened our reserve levels and implemented the rate action to ensure that the program is adequately funded and remains a viable program to meet future claim activity. Given the magnitude of the needed rate action, we determined that it would be more beneficial to the insureds to phase in the increase over a 2 year period, rather than charging the increase all at once.

If you are currently enrolled in the high option plus plan, you may also wish to consider switching to the lower option plan as a means of reducing your premium. I regret that our reply cannot be more favorable, and I trust this responds to your inquiry, but please feel free to contact me if you have any additional questions.

Sincerely,

*Peter Brown*

Peter Brown, Assistant Director
Customer Advocacy




Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

CIGNA Group Insurance
Life . Accident . Disability

October 2004

RE: Long Term Care Insurance Coverage
Insurance Company of North America

Dear Insured:

Enclosed is your premium notice for your Long Term Care Insurance coverage for the billing period as outlined in the attached notice.

As a result of the emerging experience on this program, we are sorry to have to inform you that we have had to increase rates under the program by 80 percent to properly cover the claim experience. Please understand that you are not being singled out for this increase. This rate action applies to all participants under the program. If your premiums are currently being waived because you're receiving nursing home benefits, your rates will increase on the premium due date following the date when nursing home benefits are no longer payable.

Unfortunately, we believe that this increase alone will not be sufficient to fully cover future claims, and we anticipate another increase of similar magnitude in 24 months. In spite of this increase, we believe this policy continues to provide valuable long term care benefits.

Even though rate increases are never welcome, it may be comforting to know that this is the first such rate increase in the 16-year history of the program. This is quite extraordinary, especially when you consider the increase in long term care costs over the past 16 years.

Please return your payment promptly for the amount due on the enclosed billing notice. This will assure you that your coverage will continue without interruption. If you want the opportunity to reduce the impact of the rate increase, lower coverage options are available for your consideration if you are currently in the High Option or High Option Plus program.

Please contact the ACS Member Insurance Program Administrator before the premium due date on the enclosed notice, at 1-800-752-0179, if you have questions or wish to change your plan option levels.

Once again, we sincerely regret that his action is necessary.

Sincerely,
CIGNA Group Insurance



ACS INSURANCE PLANS

# THE INDEPENDENCE LONG-TERM CARE POLICY

Information:

☒ Member, Associate Member, Employee, National Affiliate

Membership or ID # 0105671 N

☐ Spouse, Widow(er), Parent (-in-law) of ______ who has ACS Membership or ID #: ______

TPA Date Rec'd 9/6

Name of Applicant ROBERT ALVAREZ Social Sec. No. 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

Sex ☐ F ☒ M Date of Birth FEB. 6, 1921 Height 5' 6" Weight 160 lbs.

Marital Status: ☒ Married ☐ Widowed ☐ Divorced/Separated ☐ Single

Do you now or have you used tobacco in the past 3 years? ☐ Yes ☒ No

Residence Address 15 CULLINAN COURT

City GAITHERSBURG State MD ZIP Code 20878-4817 Phone No. 301/926-4839

Do you live in: ☐ Apartment ☐ Condo ☒ House ☐ Other

Do you live with: ☒ Spouse ☐ Family ☐ Alone ☐ Other

Mailing Address (if different from above) —

City — State — ZIP Code —

Are you currently employed? ☐ Yes ☒ No If "Yes", where are you employed? —

Company — Job Title — How long with this employer? —

Your personal physician's name Philip Jay Schwartz, M.D.

Address 15225 Shady Grove Road, Suite 200 City Rockville State MD Zip 20850

Telephone # 301/330-0550

(Please check all that apply)

1. ☐ Yes ☒ No Are you blind, crippled, mentally incompetent or not able to perform without assistance or supervision everyday living activities such as walking, cooking, eating, housekeeping, shopping, or personal hygiene such as toileting and bathing?

2. ☐ Yes ☒ No Do you use any medical appliance such as a wheelchair, walker, cane, brace, prosthetic device, or hospital bed?

3. ☐ Yes ☒ No Within the past 12 months, have you been confined, or has confinement been recommended to you, to a hospital, nursing home, or other institutional care center, or has care provided by a home health care agency been received or recommended?

4. ☒ Yes ☐ No Within the past 12 months, have you been treated by a physician or other medical practitioner?

5. ☐ Yes ☒ No In the past 5 years, have you ever been treated or been diagnosed as having any of the following:

- ☐ arthritis
- ☐ epilepsy
- ☐ paralysis
- ☐ stroke
- ☐ drug abuse
- ☐ alcoholism
- ☐ diabetes
- ☐ kidney disease
- ☐ immune disorder
- ☐ heart disease
- ☐ Alzheimer's disease
- ☐ multiple sclerosis
- ☐ Parkinson's disease
- ☐ emphysema
- ☐ cirrhosis of the liver
- ☐ mental or nervous disorder
- ☐ cancer (other than skin)
- ☐ senility or chronic brain disorder
- ☐ injury from an accident or fall
- ☐ chronic obstructive pulmonary disease

EXHIBIT C

If you answered "Yes" to any of questions 1 through 5, please provide full details below. Include doctor's name and address, nature of problem, treatment and current condition. (If you need more space, attach a separate signed statement.)

*My wife and I went to the Mayo Clinic for a physical while visiting my sister-in-law, who works for the Clinic in Rochester, MN. [illegible]*

*3) [illegible] William [illegible], MD Center for Sight, Georgetown Univ. Medical Center, [illegible] Reservoir Rd, Washington, DC 20007 — follow-up exam after cataract surgery*

*5) [illegible] — consultation, YAG laser*

Please list ALL medications and amounts you are currently taking, even if they are not for conditions listed above:

*None*

*3) [illegible] Philip I. Schwartz (personal physician) [illegible] referred to [illegible] Gilbert [illegible], MD, 15 [illegible] Rd, [illegible] — diagnosis: benign positional vertigo. Also confirmed diagnosis at Mayo Clinic Sept. 1991 (see attached report)*

☐ Yes ☒ No Will this Plan replace any other long-term care policy you now have? If "Yes", provide name of company and policy number:

Company __________

Policy No. __________

PLAN SELECTED:

Family Plan:
☒ High Option-Plus
☐ High Option
☐ Low Option

Individual Plan:
☐ High Option-Plus
☐ High Option
☐ Low Option

AUTHORIZATION:

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or their medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person that has any records or knowledge of me or my health to give to the Insurance Company of North America or its authorized agent any such information.

To facilitate rapid submission of such information, I authorize all said sources, except the Medical Information Bureau, to give such records to any agency employed by the insurance company to collect and transmit such information. A photocopy of this authorization will be valid as the original. This authorization will be valid for 30 months from the date signed.

If my application is approved, I understand this plan does not cover any condition for which I have received medical treatment, care or advice within 6 months before my coverage became effective. This limitation does not apply if I have been covered under this plan for 6 months.

Applicant's Name (print or type): *ROBERT ALVAREZ*

Applicant's Signature: *[signature]*

Date *03/28/92* State where signed *MD*

Amount paid with application $ *594.00*

This Policy is underwritten by:

CIGNA

Insurance Company of North America
1600 Arch Street, Philadelphia, PA 19101