UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>        Defendants. | Civil Case No. 1:06CV00145<br><br><br>The Honorable<br>Emmet G. Sullivan |

### ORDER

The Motion of Defendant CIGNA to Quash Summons and Dismiss the Class Action Complaint pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(5) is **DENIED**.

    **IT IS SO ORDERED.**

Signed: _____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRCT JUDGE

May ____, 2006

1