# PLAINTIFF'S EXHIBIT A

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

Document1; 4/24/2006; 16:41:35;
Document1



# Member Insurance Program

**BOARD OF TRUSTEES**
**GROUP INSURANCE PLANS**
**FOR ACS MEMBERS**

AMERICAN CHEMICAL SOCIETY
1155 SIXTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
PHONE (202) 452-8911

April 1991

Dear Colleague:

Many of us have been aware of the increasing need for some sort of protection against long-term health care costs as we age. With these costs running as much as $20,000 to $35,000 a year, we know that we cannot look to Medicare as a way to protect ourselves and our families from the health and financial risks of long-term health care costs.

In fact, Medicare covers only about 2% of all nursing home costs and 12% of home care costs!

For years, the private insurance response was to offer nursing home insurance, but <u>few want to go to a nursing home</u>.

The ACS Board of Insurance Trustees has found a plan which is designed to help keep people out of a nursing home. The Plan, appropriately called the <u>Independence</u> Long-Term Care Plan, is underwritten by Insurance Company of North America, a CIGNA Company. This is the plan you may have been waiting for. Under the Independence Plan:

* You receive 100% of usual and customary costs for all levels of home health care including choreworkers, therapists and aides, based on a schedule of benefits for each medical impairment or treatment, subject to a lifetime maximum you select;

* You receive home health care benefits following hospitalization of 48 hours or more;

* You receive home health care benefits following a nursing home stay of 21 days or more;

* Even without prior hospitalization or nursing home stay, you receive benefits for care at home if you can't perform some of the basic activities of daily living without help.

* The policy is guaranteed renewable and pays for home health care and nursing care anywhere in the world.

Of course, sometimes a nursing home is necessary. If that happens, under the High Option Plans, the Independence Plan will pay 80% of the costs until the policy maximum you select has been spent on your behalf. The above benefits are subject to plan limits which are explained in the enclosed materials.

(reverse side)

The Board of Trustees is happy to sponsor this plan for ACS members and spouses, parents and parents-in-law. I strongly recommend that you study it. I think you will find that this plan meets your needs for a long-term care policy.

To enroll, just complete the enclosed application and return it with your semi-annual premium in the self-addressed envelope. Upon acceptance by the insurance company, you will receive your certificate of coverage. You'll have 30 days in which to examine it. If, within that period, you choose not to participate or your application is not accepted, your money will be promptly refunded.

If you have questions about the Independence Plan or need additional applications, please call the ACS Plan Administrator at (800) 752-0179 or in Connecticut (800) 752-0178.

Sincerely,

Newman M. Bortnick
Chairman

Enclosures