# PLAINTIFF'S EXHIBIT B

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER



## Member Insurance Program

BOARD OF TRUSTEES
GROUP INSURANCE PLANS
FOR ACS MEMBERS

AMERICAN CHEMICAL SOCIETY
1155 SIXTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
PHONE (202) 452-8911

January 1992

Dear Colleague:

In response to your inquiry, we have enclosed information on the Independence Long-Term Care Plan sponsored by the American Chemical Society.

As you may have read in the December 16 issue of <u>Chemical & Engineering News</u> (see reverse side for copy), the Independence Plan will no longer be open to new participants after March 31, 1992. Therefore, if you would like to take advantage of the opportunity to purchase this valuable coverage, you must <u>SIGN</u> and return the application to the Plan Administrator at the following address *before March 31, 1992*:

> Administrator
> ACS Member Insurance Program
> P.O. Box 887
> Granby, CT  06035

A return envelope is enclosed for your convenience.

We look forward to your participation in the ACS Member Insurance Program. If you have questions about the Long-Term Care plan, please call the Plan Administrator toll free at (800) 752-0179. In Connecticut, call (800) 752-0178.

Sincerely,

Newman M. Bortnick
Chairman

(reverse side)

**ACS COMMENT**

# Long-term care program put on hold





*Newman M. Bortnick,*
*chairman, Board of Trustees,*
*Group Insurance Plans for*
*ACS Members*

Effective April 1, 1992, the ACS Long-Term Care Program, which is underwritten by Insurance Co. of North America (INA), a CIGNA company, will no longer be open to new participants in its current form. Those who have subscribed to date and those who sign up before March 31, 1992, will have continued coverage that cannot be canceled as long as the required premium is paid in a timely fashion. The rates cannot be changed unless actuarially justified and with appropriate regulatory approval. After April 1, 1992, INA will continue as the underwriting company for the certificates of insurance that are in force.

In July 1991, the Board of Trustees learned about INA's decision to no longer offer this long-term care program, though the company was seriously considering the decision in December 1990, well before the board

had signed a contract with INA in February 1991 to offer the new program to ACS members. Had we known of INA's discussions at that time, we would have held off offering the plan without a longer term commitment. Since learning about INA's decision, the Board of Trustees has attempted to influence INA to continue the program until such time that a replacement can be found. INA is unwilling to compromise, and the decision is irreversible. It is a business decision that does not in any way involve the Board of Trustees.

The Board of Trustees believes that long-term care insurance is of great value to a substantial and growing segment of the ACS membership. We are continuing to seek alternative plans that can be offered when the current program can no longer be offered to new participants. What seems clear to us at this point is that any replacement program may differ from the current one. While we will attempt to retain as many of the unique features of our current program and perhaps expand some of the benefits, any comparable coverage will be more expensive.

The Board of Trustees believes that it is pursuing a responsible course in continuing to offer the program in its current form to ACS members, their spouses, and their parents and parents-in-law. We believe, and INA concurs, that the more than 500 certificates that are currently in force and any others that are issued before the March 31, 1992, deadline, will be secure and represent an excellent health care value for their cost.

If you have questions about the program or need information on how to apply for coverage, you may contact the ACS plan administrator toll-free at (800) 752-0179. In Connecticut, call (800) 752-0178.

December 16, 1991    C&EN

*(OVER)*