# PLAINTIFF'S EXHIBIT C

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER



**Member Insurance Program**

BOARD OF TRUSTEES
GROUP INSURANCE PLANS
FOR ACS MEMBERS

AMERICAN CHEMICAL SOCIETY
1155 SIXTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
PHONE (202) 452-6911

April 2003

Dear Colleague:

Enclosed is the May 2003 semi-annual statement for your *Long-Term Health Care* coverage under the ACS Member Insurance Program. Please enclose your check and the bottom portion of the billing statement in the return envelope provided and mail your premium payment before the due date. If you have any questions concerning your bill, please call the ACS Plan Administrator toll-free at 800.752.0179 or, in Connecticut, at 800.752.0178.

The Independence Long-Term Care plan is <u>guaranteed renewable</u> to you by the Insurance Company of North America, a CIGNA company, provided that you pay your premium when due. As you know, this plan contains some unique features and low group rates that are not available in most other long-term care plans. Therefore, don't miss the May 1 due date for your premium payment.

*Remember, because this plan is closed to new participants, you must mail your premium payment when due in order to continue this valuable coverage. Subject to the reinstatement provision of the Policy, failure to pay your premium will result in an inability to be reinstated at a later date.*

The Board of Trustees believes that long-term care insurance is of great value to many of our members. As a participant in the plan, you are one of many ACS members who have felt the need for such coverage. We are convinced that The Independence Plan is an excellent one and that you could not find better coverage for the money. Therefore, we urge you again to pay your premium on time.

The ACS also sponsors the following insurance plans and retirement programs:

*[NEW] Auto & Homeowner Plus Plan.* With our new Auto and Homeowners Plus Plan, ACS Members can qualify for discounts of up to 10% off already competitive auto, home and personal property insurance rates.

*Term Life Insurance.* Our term life insurance program insures over 19,000 ACS members and their spouses, and has over $1.8 billion of insurance in force.

*Disability Income Protection.* Our disability income protection plan offers protection of up to $10,000 per month. Now, spouses of members can also participate in the disability plan regardless of whether the member is insured in the plan or not.

(over please)

*High-Limit Accidental Death & Dismemberment (AD&D).* You may purchase up to $500,000 of High-Limit AD&D coverage for accidents that may occur at work or at home.

*Hospital Indemnity Coverage.* Up to $300 per day of Hospital Indemnity benefits are available to cover those out-of-pocket expenses incurred while hospitalized.

*Catastrophe Major Medical Plan.* This plan provides coverage for you and your family against the extraordinary medical expenses that occur when a catastrophic illness or accident strikes.

*Short-Term Medical Plan.* Designed for short-term medical needs, this Plan offers up to $1,000,000 in protection and covers hospitalization, surgery and outpatient expenses.

*Supplemental Retirement Program.* Two investment vehicles, Individual Retirement Account (IRA) and Non-Qualified Tax Deferred Annuity (TDA), are available to supplement your retirement income. Look into our program for competitive interest rates that are guaranteed.

*Professional Liability Plan.* A custom designed liability plan for consultants who are chemists or chemical engineers.

For information on the features and eligibility requirements for participation in any of these plans, return the enclosed Information Request Card, visit our website at www.chemistry.org/insurance, or call the ACS Plan Administrator toll-free at 800.752.0179 or, in Connecticut, at 800.752.0178.

The Board of Trustees appreciates your participation in the Member Insurance Program and invites your comments and suggestions.

Sincerely,

*Peter A. Christie*

Peter A. Christie
Chair

Enclosures





Semi-Annual
Statement

CERT # LTC-750
DUE DATE 05/01/2003

ROBERT ALVAREZ
15 CULLINAN CT.
GAITHERSBURG, MD 20878

QUESTIONS?
TOLL-FREE NUMBER
(800) 752-0179
in Connecticut, (800) 752-0178
Do you wish information on other insurance plans available to ACS Members?
Complete Information Request Card and return with payment.

| BENEFIT | COVERAGE | AMOUNT DUE |
|---|---|---|
| Long-Term Care Insurance | High Option/Plus Plan | $594.00 |

THE MEMBERSHIP REQUIREMENT REFERRED TO BELOW DOES NOT APPLY
TO THE LONG-TERM CARE INSURANCE PLAN.

Continuation in this program is contingent upon your membership in good standing in the American Chemical Society.



OVER 30 YEARS OF QUALITY INSURANCE PLANS

Semi-Annual Statement

CERT # LTC-751
DUE DATE 05/01/2003

EVANGELIA ALVAREZ
15 CULLINAN CT.
GAITHERSBURG, MD 20878

**QUESTIONS?**
TOLL-FREE NUMBER
**(800) 752-0179**
in Connecticut, (800) 752-0178
Do you wish information on other insurance plans available to ACS Members? Complete Information Request Card and return with payment.

| BENEFIT | COVERAGE | AMOUNT DUE |
|---|---|---|
| Long-Term Care Insurance | High Option/Plus Plan | $274.50 |

THE MEMBERSHIP REQUIREMENT REFERRED TO BELOW DOES NOT APPLY TO THE LONG-TERM CARE INSURANCE PLAN.

PLEASE NOTE: Continuation in this program is contingent upon your membership in good standing in the American Chemical Society.