# PLAINTIFF'S EXHIBIT F

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

Document1; 4/24/2006; 16:41:55;
Document1



ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LIEUTENANT GOVERNOR

ALFRED W. REDMER, JR.
COMMISSIONER

JAMES V. MCMAHAN, III
DEPUTY COMMISSIONER

STATE OF MARYLAND
MARYLAND INSURANCE ADMINISTRATION
525 St. Paul Place, Baltimore, Maryland 21202-2272
Facsimile Number: 410-468-2260

January 11, 2005

Mr. David L. Alvarez
4424 S.E. 11th Place
Ocala, Florida 34471

RE: MIA File Number: 66248-L-2004-MM-C
Insured: Robert Alvarez
Complainant: David Alvarez

Dear Mr. Alvarez:

Thank you for your complaint regarding coverage provided by CIGNA Group Insurance. We have determined the coverage at issue is subject to the insurance laws of another state. Therefore, we have no jurisdictional authority in this matter.

If you wish to pursue this matter further, please forward your complaint to the agency listed below:

> Dept. of Insurance & Securities Reg.
> Government of the District of Columbia
> 810 First Street, N.E.
> Suite 701
> Washington, DC 20002
> (202) 727 – 8000

Thank you again for contacting us. We were pleased to be of service to you, but regret we could not resolve this dispute.

Sincerely,

*Michele McCoy*
Michele McCoy
Insurance Investigator
Life and Health Unit
410.468.2274

cc: Peter Brown

www.mdinsurance.state.md.us
Outside Baltimore Metro Area, Toll Free 1-800-492-6116
TTY Users via the Maryland Relay Service at 1-800-735-2258