# PLAINTIFF'S EXHIBIT G

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

Document1; 4/24/2006; 16:41:59;
Document1

Table C-3.
U.S. District Courts—Civil Cases Commenced, by Nature of Suit and District,
During the 12-Month Period Ending March 31, 2005

| Circuit and District | Total Civil Cases | Total U.S. Civil | Contract | Real Property | Tort Actions | Civil Rights | Motions to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Other | Forfeitures and Penalties | Labor Suits | Social Security | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 278,712 | 53,063 | 3,552 | 2,255 | 2,171 | 2,797 | 9,898 | 6,078 | 8 | 1,085 | 265 | 542 | 2,164 | 515 | 16,255 | 5,478 |
| DC | 2,559 | 1,365 | 37 | 9 | 41 | 310 | 61 | 167 | - | 220 | 12 | 12 | 16 | 10 | 30 | 440 |
| 1ST | 6,750 | 1,431 | 49 | 95 | 108 | 105 | 264 | 95 | - | 53 | 5 | 13 | 75 | 33 | 357 | 179 |
| ME | 521 | 167 | 2 | 8 | 8 | 7 | 31 | 2 | - | - | - | 1 | 10 | 2 | 84 | 12 |
| MA | 3,306 | 576 | 25 | 10 | 42 | 47 | 87 | 75 | - | 35 | 4 | 8 | 24 | 22 | 87 | 110 |
| NH | 504 | 136 | 5 | 1 | 1 | 5 | 28 | 6 | - | 2 | - | 1 | 18 | 1 | 41 | 27 |
| RI | 828 | 123 | 3 | - | 15 | 7 | 24 | 3 | - | 2 | - | 1 | 8 | 1 | 49 | 10 |
| PR | 1,591 | 429 | 14 | 76 | 42 | 39 | 94 | 9 | - | 14 | 1 | 2 | 15 | 7 | 96 | 20 |
| 2ND | 24,020 | 3,906 | 353 | 156 | 244 | 193 | 479 | 621 | 3 | 60 | 17 | 50 | 225 | 35 | 965 | 505 |
| CT | 2,336 | 344 | 8 | 1 | 22 | 22 | 49 | 121 | - | 3 | - | 2 | 23 | - | 39 | 54 |
| NY,N | 1,601 | 400 | 9 | 2 | 33 | 15 | 58 | 1 | - | - | - | - | 36 | 5 | 218 | 23 |
| NY,E | 6,279 | 1,462 | 301 | 11 | 108 | 63 | 129 | 230 | 1 | 24 | 4 | 25 | 47 | 11 | 218 | 212 |
| NY,S | 11,676 | 1,068 | 17 | 6 | 67 | 65 | 212 | 190 | 2 | 30 | 3 | 22 | 44 | 15 | 296 | 177 |
| NY,W | 1,749 | 494 | 12 | 79 | 11 | 23 | 24 | 79 | - | 2 | - | - | 57 | 4 | 172 | 31 |
| VT | 379 | 138 | 6 | 57 | 3 | 5 | 7 | - | - | 1 | 10 | 1 | 18 | - | 22 | 8 |
| 3RD | 32,835 | 4,192 | 66 | 208 | 172 | 205 | 429 | 1,115 | 1 | 187 | 3 | 26 | 78 | 49 | 1,332 | 321 |
| DE | 1,628 | 95 | 6 | 1 | 5 | 16 | 25 | 1 | - | - | - | - | 4 | 2 | 25 | 10 |
| NJ | 6,853 | 1,343 | 29 | 6 | 74 | 60 | 120 | 528 | - | 30 | - | 15 | 29 | 17 | 310 | 125 |
| PA,E | 18,219 | 1,013 | 10 | 28 | 45 | 67 | 169 | 112 | - | 2 | - | 8 | 3 | 7 | 468 | 94 |
| PA,M | 2,909 | 949 | 8 | 91 | 16 | 22 | 65 | 411 | - | 135 | 2 | 1 | 5 | 6 | 158 | 28 |
| PA,W | 2,846 | 716 | 10 | 68 | 23 | 36 | 48 | 46 | 1 | 19 | 1 | 2 | 36 | 14 | 371 | 42 |
| VI | 380 | 76 | 3 | 14 | 9 | 4 | 2 | 17 | - | 1 | - | - | 1 | 3 | - | 22 |
| 4TH | 39,503 | 5,097 | 112 | 341 | 203 | 249 | 1,412 | 452 | - | 84 | 20 | 71 | 244 | 37 | 1,600 | 272 |
| MD | 4,166 | 788 | 23 | 1 | 50 | 70 | 189 | 4 | - | 7 | - | 44 | 82 | 7 | 232 | 79 |
| NC,E | 1,515 | 632 | 34 | 2 | 16 | 34 | 120 | 153 | - | 10 | 6 | 12 | 32 | 4 | 185 | 24 |
| NC,M | 1,220 | 424 | 4 | 1 | 4 | 18 | 215 | 16 | - | 10 | 1 | 1 | 37 | 3 | 96 | 18 |
| NC,W | 1,151 | 277 | 3 | - | 9 | 15 | 129 | 3 | - | 1 | - | 1 | 16 | 3 | 80 | 16 |
| SC | 23,508 | 976 | 17 | 321 | 41 | 18 | 197 | 51 | - | 5 | 11 | 6 | 25 | 5 | 247 | 32 |
| VA,E | 4,555 | 668 | 12 | 3 | 47 | 67 | 227 | 81 | - | 22 | 2 | 5 | 23 | 6 | 97 | 76 |
| VA,W | 1,419 | 498 | 4 | 5 | 14 | 7 | 113 | 38 | - | 11 | - | - | 9 | - | 289 | 8 |
| WV,N | 652 | 303 | 8 | 3 | 11 | 13 | 87 | 31 | - | 16 | - | 2 | 9 | 4 | 107 | 12 |
| WV,S | 1,317 | 531 | 7 | 4 | 11 | 7 | 135 | 75 | - | 2 | - | - | 11 | 5 | 267 | 7 |

45

Table C-3. (March 31, 2005—Continued)

| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA* | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Private Cases — Civil Rights | Habeas Corpus General | Prisoner Petitions — Death Penalty | Prisoner Petitions — Conditions and Civil Rights | Prisoner Petitions — Mandamus and Other | Copyright, Patent, Trademark | Labor Suits | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 225,649 | 25,100 | 2,446 | 707 | 1,720 | 4,226 | 40,026 | 3,639 | 35,364 | 19,143 | 227 | 22,745 | 743 | 10,905 | 17,635 | 41,023 |
| DC | 1,194 | 144 | 31 | 3 | 1 | 23 | 158 | 29 | 309 | 26 | - | 81 | 1 | 62 | 149 | 177 |
| 1ST | 5,319 | 900 | 113 | 35 | 62 | 96 | 939 | 93 | 1,045 | 237 | 1 | 209 | 12 | 376 | 497 | 704 |
| ME | 354 | 63 | 9 | 1 | 2 | 14 | 46 | 5 | 100 | 14 | - | 42 | - | 15 | 15 | 28 |
| MA | 2,730 | 479 | 19 | 33 | 43 | 38 | 411 | 62 | 459 | 168 | 1 | 75 | 10 | 205 | 265 | 462 |
| NH | 368 | 52 | 5 | - | 1 | 5 | 34 | 8 | 59 | 36 | 1 | 53 | 2 | 38 | 25 | 50 |
| RI | 705 | 92 | 3 | 1 | 8 | 8 | 275 | 7 | 115 | 12 | - | 6 | - | 38 | 70 | 70 |
| PR | 1,162 | 214 | 77 | - | 8 | 31 | 173 | 11 | 312 | 7 | - | 33 | - | 80 | 122 | 94 |
| 2ND | 20,114 | 2,594 | 103 | 136 | 118 | 604 | 3,380 | 360 | 3,488 | 1,276 | 1 | 1,384 | 21 | 1,373 | 2,182 | 3,094 |
| CT | 1,992 | 302 | 16 | 20 | 13 | 41 | 120 | 56 | 449 | 63 | 1 | 179 | 2 | 116 | 211 | 403 |
| NY,N | 1,201 | 102 | 10 | 14 | 3 | 25 | 83 | 19 | 237 | 199 | - | 279 | 3 | 47 | 81 | 99 |
| NY,E | 4,817 | 436 | 25 | 26 | 37 | 280 | 594 | 79 | 958 | 370 | - | 114 | 6 | 290 | 762 | 840 |
| NY,S | 10,608 | 1,638 | 35 | 73 | 63 | 212 | 2,350 | 190 | 1,526 | 473 | - | 579 | 9 | 867 | 1,019 | 1,574 |
| NY,W | 1,255 | 78 | 14 | 3 | 2 | 29 | 185 | 12 | 286 | 160 | - | 214 | 1 | 45 | 91 | 135 |
| VT | 241 | 38 | 3 | - | - | 17 | 48 | 4 | 32 | 11 | - | 19 | - | 8 | 18 | 43 |
| 3RD | 28,643 | 2,433 | 434 | 160 | 61 | 561 | 12,649 | 295 | 3,348 | 1,262 | 27 | 1,560 | 27 | 1,271 | 1,529 | 3,026 |
| DE | 1,533 | 71 | 4 | 1 | 4 | 17 | 25 | 18 | 107 | 62 | 2 | 148 | 1 | 160 | 37 | 876 |
| NJ | 5,510 | 915 | 26 | 17 | 29 | 169 | 653 | 117 | 952 | 185 | 1 | 390 | 5 | 382 | 699 | 970 |
| PA,E | 17,206 | 919 | 28 | 118 | 9 | 230 | 11,701 | 100 | 1,315 | 497 | 12 | 425 | 8 | 629 | 417 | 798 |
| PA,M | 1,960 | 229 | 319 | 15 | 1 | 98 | 103 | 29 | 308 | 270 | 8 | 344 | 6 | 26 | 95 | 109 |
| PA,W | 2,130 | 266 | 20 | 9 | 15 | 35 | 103 | 24 | 641 | 242 | 3 | 247 | 2 | 70 | 279 | 174 |
| VI | 304 | 33 | 37 | - | 3 | 12 | 64 | 7 | 25 | 6 | 1 | 6 | 5 | 4 | 2 | 99 |
| 4TH | 34,406 | 2,213 | 127 | 13 | 45 | 445 | 2,196 | 352 | 2,101 | 1,423 | 14 | 2,523 | 240 | 601 | 1,222 | 20,891 |
| MD | 3,378 | 569 | 26 | 7 | 13 | 127 | 269 | 64 | 521 | 124 | 1 | 411 | 177 | 98 | 221 | 750 |
| NC,E | 883 | 126 | 14 | - | 4 | 19 | 91 | 20 | 171 | 82 | 3 | 162 | - | 53 | 51 | 87 |
| NC,M | 796 | 115 | 4 | - | - | 7 | 32 | 10 | 153 | 124 | 1 | 116 | - | 82 | 43 | 109 |
| NC,W | 874 | 155 | 6 | 1 | - | 8 | 63 | 8 | 151 | 55 | 4 | 79 | - | 82 | 71 | 191 |
| SC | 22,532 | 510 | 21 | 1 | 10 | 118 | 284 | 101 | 518 | 280 | 1 | 895 | 51 | 92 | 374 | 19,276 |
| VA,E | 3,887 | 395 | 27 | - | 5 | 62 | 1,182 | 78 | 350 | 470 | 2 | 499 | 8 | 163 | 291 | 355 |
| VA,W | 921 | 108 | 11 | - | - | 47 | 59 | 32 | 111 | 134 | 2 | 287 | - | 16 | 55 | 59 |
| WV,N | 349 | 84 | 2 | 2 | 3 | 21 | 56 | 6 | 31 | 49 | - | 20 | - | 6 | 44 | 25 |
| WV,S | 786 | 151 | 16 | 2 | 10 | 36 | 160 | 33 | 95 | 105 | - | 54 | 4 | 9 | 72 | 39 |

Table C-3. (March 31, 2005—Continued)

| Circuit and District | Total Civil Cases | Total U.S. Civil | Contract | Real Property | Tort Actions | Civil Rights | Motions to Vacate Sentence | Habeas Corpus General | Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Other | Forfeitures and Penalties | Labor Suits | Social Security | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5TH** | 29,852 | 6,113 | 1,118 | 53 | 214 | 281 | 1,471 | 773 | 3 | 109 | 27 | 30 | 197 | 45 | 1,280 | 512 |
| LA,E | 3,441 | 357 | 22 | 2 | 29 | 28 | 66 | 50 | - | 1 | 1 | 2 | 3 | 4 | 111 | 38 |
| LA,M | 1,001 | 82 | 4 | 2 | 6 | 4 | 25 | 2 | - | - | - | - | 3 | 1 | 27 | 8 |
| LA,W | 2,576 | 771 | 18 | 23 | 29 | 24 | 96 | 213 | - | 15 | 7 | 5 | 2 | 5 | 314 | 20 |
| MS,N | 1,353 | 83 | 6 | 1 | 11 | 4 | 17 | - | - | - | 7 | - | 5 | 1 | 31 | 7 |
| MS,S | 2,687 | 227 | 7 | 9 | 23 | 22 | 42 | 38 | - | 1 | - | 1 | 23 | 2 | 29 | 16 |
| TX,N | 5,014 | 936 | 31 | 5 | 19 | 55 | 242 | 138 | - | 22 | 14 | 9 | 22 | 13 | 243 | 137 |
| TX,E | 3,006 | 558 | 13 | 3 | 6 | 6 | 98 | 150 | 2 | 51 | 1 | 5 | 8 | 1 | 168 | 46 |
| TX,S | 7,296 | 2,098 | 987 | 3 | 34 | 80 | 455 | 110 | 1 | 10 | 4 | 7 | 60 | 12 | 164 | 171 |
| TX,W | 3,478 | 1,001 | 30 | 5 | 57 | 58 | 430 | 72 | - | 9 | - | 1 | 71 | 6 | 193 | 69 |
| **6TH** | 24,236 | 5,034 | 499 | 282 | 146 | 194 | 740 | 269 | - | 78 | 17 | 16 | 189 | 81 | 2,127 | 396 |
| KY,E | 2,297 | 1,239 | - | 119 | 10 | 11 | 52 | 139 | - | 59 | 13 | 4 | 11 | 1 | 799 | 21 |
| KY,W | 1,410 | 341 | 11 | 100 | 10 | 11 | 37 | 2 | - | - | - | - | 11 | 4 | 131 | 24 |
| MI,E | 5,151 | 1,115 | 423 | 14 | 37 | 43 | 148 | 15 | - | 1 | - | 5 | 45 | 19 | 247 | 118 |
| MI,W | 1,660 | 319 | 9 | 3 | 8 | 16 | 104 | 12 | - | 3 | - | - | 12 | 10 | 114 | 27 |
| OH,N | 6,392 | 568 | 15 | 19 | 30 | 25 | 70 | 39 | - | 8 | 1 | 3 | 22 | 28 | 233 | 75 |
| OH,S | 2,683 | 489 | 13 | 9 | 20 | 36 | 50 | 11 | - | 2 | 1 | - | 46 | 10 | 253 | 38 |
| TN,E | 1,669 | 412 | 10 | - | 11 | 11 | 138 | 2 | - | - | 1 | 1 | 7 | 3 | 209 | 20 |
| TN,M | 1,477 | 256 | 7 | 7 | 9 | 18 | 62 | 4 | - | - | - | - | 20 | 3 | 80 | 46 |
| TN,W | 1,497 | 295 | 11 | 11 | 11 | 23 | 79 | 45 | - | 5 | 1 | 3 | 15 | 3 | 61 | 27 |
| **7TH** | 17,965 | 3,040 | 257 | 294 | 127 | 169 | 680 | 315 | - | 28 | 15 | 14 | 138 | 51 | 596 | 356 |
| IL,N | 8,305 | 1,081 | 195 | 19 | 60 | 100 | 193 | 33 | - | 10 | 3 | 9 | 37 | 28 | 131 | 263 |
| IL,C | 1,180 | 268 | 8 | 35 | 5 | 17 | 100 | 19 | - | 3 | 8 | - | 9 | 3 | 48 | 13 |
| IL,S | 1,282 | 325 | 8 | 45 | 20 | 9 | 89 | 79 | - | 2 | 3 | 2 | 3 | - | 50 | 15 |
| IN,N | 1,922 | 288 | 2 | 55 | 8 | 10 | 92 | 3 | - | - | - | - | 16 | 5 | 89 | 8 |
| IN,S | 2,955 | 493 | 19 | 132 | 18 | 10 | 74 | - | - | 1 | - | - | 19 | 7 | 190 | 22 |
| WI,E | 1,351 | 242 | 9 | 3 | 7 | 13 | 71 | 6 | - | - | - | - | 45 | 8 | 60 | 17 |
| WI,W | 970 | 343 | 16 | 5 | 9 | 10 | 61 | 175 | - | 12 | - | 3 | 9 | - | 28 | 18 |
| **8TH** | 17,309 | 3,803 | 66 | 351 | 119 | 148 | 762 | 252 | - | 35 | 22 | 24 | 109 | 27 | 1,647 | 241 |
| AR,E | 3,704 | 713 | 6 | 138 | 12 | 21 | 46 | 112 | - | 7 | 16 | 9 | 8 | 1 | 326 | 11 |
| AR,W | 1,055 | 458 | 3 | 44 | 6 | 7 | 26 | 2 | - | - | 1 | - | 12 | - | 354 | 3 |
| IA,N | 677 | 266 | 4 | 10 | 3 | 2 | 109 | 5 | - | 3 | - | - | 17 | 1 | 100 | 12 |
| IA,S | 954 | 270 | 6 | 32 | 5 | 8 | 98 | 3 | - | 2 | - | 1 | 7 | 1 | 94 | 12 |
| MN | 4,440 | 354 | 14 | 8 | 24 | 25 | 69 | 47 | - | 7 | - | 1 | 9 | 2 | 87 | 52 |
| MO,E | 2,327 | 459 | 11 | 6 | 18 | 40 | 138 | 12 | - | 5 | - | 3 | 21 | 11 | 168 | 33 |
| MO,W | 2,420 | 771 | 5 | 5 | 17 | 26 | 143 | 46 | - | 10 | - | 5 | 9 | 4 | 431 | 64 |
| NE | 1,007 | 232 | 3 | 36 | 8 | 8 | 75 | 12 | - | 1 | 5 | - | 17 | 5 | 33 | 37 |
| ND | 323 | 134 | 5 | 67 | 7 | 6 | 18 | - | - | - | - | - | 4 | 2 | 19 | 7 |
| SD | 402 | 146 | 9 | 5 | 19 | 5 | 40 | 13 | - | - | - | 5 | 5 | - | 35 | 10 |

47

Table C-3. (March 31, 2005—Continued)

| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA* | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Civil Rights | Habeas Corpus General | Death Penalty | Conditions and Civil Rights | Mandamus and Other | Copyright, Patent, Trademark | Labor Suits | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5TH** | 23,739 | 3,501 | 213 | 72 | 824 | 747 | 3,517 | 431 | 3,196 | 3,407 | 63 | 3,407 | 96 | 1,208 | 1,180 | 1,877 |
| LA,E | 3,084 | 437 | 32 | 4 | 400 | 158 | 650 | 98 | 417 | 318 | 1 | 180 | 4 | 82 | 134 | 169 |
| LA,M | 919 | 95 | 5 | 1 | 12 | 33 | 201 | 11 | 133 | 77 | – | 229 | 1 | 15 | 40 | 65 |
| LA,W | 1,805 | 206 | 29 | 5 | 131 | 96 | 351 | 32 | 232 | 202 | – | 335 | 2 | 24 | 95 | 65 |
| MS,N | 1,270 | 277 | 5 | – | 1 | 49 | 279 | 28 | 175 | 126 | 7 | 225 | – | 6 | 31 | 61 |
| MS,S | 2,460 | 456 | 42 | 2 | 13 | 109 | 567 | 55 | 237 | 207 | 7 | 305 | 2 | 18 | 71 | 369 |
| TX,N | 4,078 | 604 | 25 | 3 | 1 | 38 | 297 | 67 | 597 | 860 | 7 | 716 | 25 | 221 | 241 | 371 |
| TX,E | 2,448 | 240 | 17 | 15 | 8 | 154 | 336 | 29 | 261 | 491 | 12 | 483 | 45 | 137 | 102 | 118 |
| TX,S | 5,198 | 914 | 40 | 36 | 257 | 67 | 652 | 85 | 674 | 768 | 12 | 609 | 10 | 268 | 348 | 449 |
| TX,W | 2,477 | 272 | 18 | 6 | 1 | 43 | 184 | 26 | 470 | 358 | 21 | 325 | 7 | 437 | 118 | 210 |
| **6TH** | 10,202 | 2,353 | 179 | 76 | 83 | 434 | 4,210 | 328 | 3,482 | 1,570 | 31 | 1,585 | 26 | 688 | 2,184 | 1,973 |
| KY,E | 1,058 | 184 | 11 | 5 | 7 | 66 | 156 | 27 | 180 | 52 | 1 | 127 | 1 | 29 | 62 | 150 |
| KY,W | 1,069 | 209 | 9 | 8 | 18 | 66 | 130 | 19 | 165 | 75 | – | 140 | 2 | 52 | 99 | 77 |
| MI,E | 4,036 | 549 | 55 | 16 | 30 | 45 | 304 | 94 | 839 | 575 | – | 252 | 9 | 189 | 614 | 465 |
| MI,W | 1,341 | 147 | 10 | 8 | 1 | 18 | 37 | 15 | 156 | 199 | – | 421 | 3 | 61 | 117 | 148 |
| OH,N | 5,824 | 446 | 39 | 17 | 14 | 62 | 2,978 | 69 | 534 | 265 | 8 | 97 | 7 | 105 | 634 | 549 |
| OH,S | 2,194 | 344 | 20 | 8 | 5 | 28 | 163 | 41 | 599 | 144 | 9 | 68 | – | 124 | 331 | 310 |
| TN,E | 1,257 | 185 | 8 | 10 | 1 | 80 | 176 | 23 | 291 | 63 | 2 | 152 | 3 | 33 | 121 | 109 |
| TN,M | 1,221 | 142 | 16 | 1 | 2 | 37 | 88 | 21 | 341 | 84 | 3 | 164 | – | 71 | 148 | 103 |
| TN,W | 1,202 | 147 | 11 | 3 | 5 | 32 | 178 | 19 | 377 | 113 | 8 | 164 | 1 | 24 | 58 | 62 |
| **7TH** | 14,925 | 1,681 | 766 | 100 | 41 | 248 | 802 | 236 | 3,476 | 1,293 | 1 | 1,495 | 10 | 752 | 2,215 | 1,809 |
| IL,N | 7,224 | 890 | 705 | 43 | 7 | 80 | 295 | 135 | 1,568 | 214 | – | 284 | 6 | 415 | 1,476 | 1,106 |
| IL,C | 912 | 77 | 12 | 2 | 1 | 15 | 41 | 6 | 259 | 80 | – | 186 | – | 52 | 108 | 73 |
| IL,S | 957 | 96 | 8 | 21 | 19 | 28 | 175 | 25 | 134 | 50 | – | 192 | 1 | 11 | 104 | 93 |
| IN,N | 1,634 | 146 | 14 | 7 | 7 | 45 | 74 | 18 | 459 | 248 | – | 248 | – | 46 | 156 | 166 |
| IN,S | 2,462 | 255 | 16 | 18 | 7 | 58 | 159 | 32 | 648 | 420 | 1 | 305 | 1 | 86 | 225 | 231 |
| WI,E | 1,109 | 126 | 6 | 8 | – | 11 | 39 | 14 | 303 | 171 | – | 129 | 2 | 87 | 107 | 106 |
| WI,W | 627 | 91 | 5 | 1 | – | 11 | 19 | 6 | 105 | 110 | – | 151 | – | 55 | 39 | 34 |
| **8TH** | 13,506 | 1,351 | 52 | 22 | 11 | 260 | 4,740 | 311 | 2,292 | 821 | 8 | 1,507 | 108 | 507 | 905 | 611 |
| AR,E | 2,991 | 106 | 4 | 3 | 2 | 30 | 1,795 | 12 | 339 | 131 | 3 | 327 | 74 | 18 | 73 | 75 |
| AR,W | 597 | 78 | 9 | – | 1 | 27 | 83 | 17 | 156 | 14 | 1 | 123 | 3 | 11 | 34 | 39 |
| IA,N | 411 | 71 | 3 | – | 2 | 8 | 34 | 6 | 93 | 36 | – | 73 | – | 27 | 34 | 25 |
| IA,S | 684 | 73 | 4 | – | 1 | 6 | 47 | 12 | 166 | 58 | – | 180 | – | 49 | 38 | 49 |
| MN | 4,086 | 336 | 12 | 6 | – | 14 | 2,203 | 199 | 439 | 158 | – | 105 | 3 | 185 | 326 | 100 |
| MO,E | 1,868 | 233 | 10 | – | 4 | 86 | 285 | 27 | 407 | 161 | 1 | 229 | – | 109 | 210 | 105 |
| MO,W | 1,649 | 198 | 6 | 4 | 1 | 60 | 153 | 25 | 385 | 175 | 2 | 293 | 25 | 58 | 133 | 131 |
| NE | 775 | 166 | 1 | 6 | – | 10 | 56 | 8 | 228 | 39 | 1 | 128 | 2 | 30 | 40 | 60 |
| ND | 189 | 42 | 2 | 2 | 1 | 9 | 47 | 3 | 35 | 11 | – | 5 | – | 9 | 6 | 18 |
| SD | 256 | 48 | 1 | – | – | 10 | 37 | 2 | 44 | 38 | – | 44 | – | 11 | 11 | 9 |

48

Table C-3. (March 31, 2005—Continued)

| Circuit and District | Total Civil Cases | Total U.S. Civil | Contract | Real Property | Tort Actions | Civil Rights | U.S. Cases - Motions to Vacate Sentence | Habeas Corpus General | Prisoner Petitions - Death Penalty | Prison Civil Rights | Prison Condition | Mandamus and Other | Forfeitures and Penalties | Labor Suits | Social Security | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9TH** | 43,661 | 10,261 | 494 | 162 | 482 | 565 | 1,737 | 889 | - | 143 | 4 | 187 | 492 | 84 | 3,508 | 1,514 |
| AK | 361 | 132 | 9 | 1 | 20 | 10 | 41 | 1 | - | 1 | - | 1 | 5 | 1 | 25 | 17 |
| AZ | 4,295 | 1,047 | 21 | 4 | 46 | 47 | 430 | 164 | - | 14 | - | 4 | 77 | 11 | 143 | 86 |
| CA,N | 5,705 | 831 | 52 | 10 | 64 | 92 | 89 | 64 | - | 16 | 1 | 8 | 28 | 9 | 170 | 228 |
| CA,E | 4,404 | 1,022 | 18 | 9 | 26 | 43 | 150 | 103 | - | 41 | - | 1 | 29 | 5 | 507 | 90 |
| CA,C | 14,070 | 3,382 | 311 | 9 | 111 | 125 | 322 | 341 | - | 35 | - | - | 132 | 29 | 1,401 | 561 |
| CA,S | 2,794 | 780 | 20 | 36 | 57 | 69 | 164 | 11 | - | 6 | 1 | 5 | 80 | 4 | 96 | 89 |
| HI | 761 | 184 | 7 | 6 | 24 | 29 | 53 | 3 | - | 9 | 1 | 147 | 9 | 2 | 10 | 31 |
| ID | 642 | 172 | 6 | 12 | 13 | 5 | 42 | 1 | - | - | 1 | - | 10 | 4 | 34 | 45 |
| MT | 711 | 220 | 6 | 34 | 15 | 11 | 67 | 5 | - | 7 | 1 | - | 3 | 1 | 42 | 28 |
| NV | 2,678 | 474 | 7 | 16 | 24 | 34 | 117 | 39 | - | 6 | - | 3 | 48 | 5 | 30 | 145 |
| OR | 2,533 | 827 | 9 | 4 | 15 | 29 | 107 | 42 | - | 2 | - | 10 | 23 | 6 | 494 | 86 |
| WA,E | 910 | 431 | 12 | 8 | 14 | 14 | 61 | 4 | - | - | - | - | 13 | - | 289 | 16 |
| WA,W | 3,712 | 726 | 16 | 13 | 50 | 53 | 77 | 107 | - | 6 | - | 8 | 31 | 7 | 267 | 91 |
| GUAM | 50 | 23 | - | - | 3 | 2 | 15 | 2 | - | - | - | - | - | - | - | 1 |
| NMI | 35 | 10 | - | - | - | 2 | 2 | 2 | - | - | - | - | 4 | - | - | - |
| **10TH** | 11,053 | 2,784 | 47 | 230 | 139 | 147 | 598 | 147 | - | 14 | 63 | 8 | 137 | 22 | 949 | 283 |
| CO | 2,748 | 488 | 9 | 6 | 29 | 45 | 59 | 60 | - | 2 | 11 | 5 | 20 | 4 | 142 | 96 |
| KS | 1,774 | 510 | 6 | 40 | 13 | 12 | 108 | 84 | - | 4 | 52 | 1 | 20 | 3 | 144 | 23 |
| NM | 1,489 | 451 | 7 | 3 | 42 | 31 | 134 | - | - | - | - | - | 50 | 5 | 137 | 42 |
| OK,N | 904 | 222 | 3 | 32 | 5 | 5 | 35 | - | - | - | - | - | 4 | - | 121 | 17 |
| OK,E | 597 | 216 | 2 | 8 | 15 | 4 | 16 | - | - | 3 | - | - | 6 | - | 156 | 6 |
| OK,W | 1,812 | 442 | 8 | 126 | 17 | 33 | 49 | - | - | - | - | 1 | 9 | 2 | 170 | 27 |
| UT | 1,350 | 339 | 9 | 12 | 15 | 15 | 135 | 1 | - | 4 | - | 1 | 14 | 7 | 71 | 55 |
| WY | 379 | 116 | 3 | 3 | 3 | 2 | 62 | 2 | - | 1 | - | - | 14 | 1 | 8 | 17 |
| **11TH** | 28,969 | 6,037 | 454 | 74 | 176 | 231 | 1,265 | 983 | 1 | 74 | 60 | 91 | 264 | 41 | 1,864 | 459 |
| AL,N | 3,699 | 556 | 12 | 2 | 11 | 33 | 43 | 68 | - | 9 | 4 | 1 | 6 | 3 | 350 | 14 |
| AL,M | 1,271 | 203 | 6 | - | 7 | 3 | 46 | 4 | - | - | - | - | 13 | 3 | 117 | 3 |
| AL,S | 874 | 178 | - | 1 | 9 | 6 | 60 | - | - | - | - | 1 | 2 | - | 91 | 9 |
| FL,N | 1,903 | 570 | 5 | 9 | 16 | 20 | 105 | 260 | - | - | 16 | 1 | 8 | 1 | 117 | 12 |
| FL,M | 7,420 | 1,737 | 20 | 19 | 55 | 47 | 336 | 357 | 1 | 17 | 35 | 58 | 47 | 9 | 624 | 112 |
| FL,S | 6,877 | 1,550 | 366 | 33 | 36 | 72 | 392 | 190 | - | 16 | 2 | 8 | 81 | 18 | 136 | 200 |
| GA,N | 4,540 | 714 | 29 | 5 | 27 | 29 | 139 | 70 | - | 29 | 3 | 22 | 73 | 6 | 206 | 76 |
| GA,M | 1,198 | 296 | 10 | 4 | 7 | 11 | 67 | 5 | - | - | - | - | 20 | - | 154 | 18 |
| GA,S | 1,187 | 233 | 6 | 1 | 8 | 10 | 77 | 29 | - | 3 | - | - | 14 | 1 | 69 | 15 |

49

Table C-3. (March 31, 2005—Continued)

| Circuit and District | Total Private Civil Cases | Contract | Real Property | FELA* | Marine Personal Injury | Motor Vehicle Personal Injury | Other Personal Injury | Other Tort Actions | Private Cases Civil Rights | Habeas Corpus General | Prisoner Petitions Death Penalty | Conditions and Civil Rights | Mandamus and Other | Copyright, Patent, Trademark | Labor Suits | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9TH | 33,400 | 3,807 | 204 | 42 | 282 | 209 | 3,831 | 431 | 6,021 | 4,317 | 22 | 4,844 | 104 | 2,758 | 2,315 | 4,213 |
| AK | 229 | 80 | 3 | - | 9 | 2 | 19 | 3 | 26 | 26 | - | 17 | - | 6 | 18 | 20 |
| AZ | 3,248 | 354 | 9 | 2 | 1 | 29 | 143 | 35 | 541 | 256 | 1 | 1,165 | 3 | 168 | 120 | 421 |
| CA,N | 4,874 | 503 | 23 | 2 | 41 | 15 | 189 | 79 | 812 | 668 | 5 | 750 | 9 | 442 | 532 | 804 |
| CA,E | 3,382 | 269 | 19 | 5 | 4 | 24 | 136 | 20 | 699 | 766 | 1 | 996 | 4 | 55 | 95 | 289 |
| CA,C | 10,688 | 1,254 | 38 | 9 | 21 | 22 | 2,036 | 131 | 1,593 | 1,476 | 5 | 589 | 4 | 1,350 | 769 | 1,391 |
| CA,S | 2,014 | 243 | 7 | - | 3 | 6 | 68 | 27 | 666 | 267 | 1 | 234 | 26 | 150 | 64 | 252 |
| HI | 577 | 86 | 18 | - | 41 | 9 | 27 | 32 | 164 | 19 | - | 32 | 1 | 33 | 45 | 70 |
| ID | 470 | 71 | 8 | - | - | 9 | 56 | 5 | 76 | 54 | - | 78 | - | 22 | 26 | 65 |
| MT | 491 | 98 | 3 | 4 | - | 19 | 72 | 11 | 57 | 72 | - | 88 | 2 | 6 | 17 | 42 |
| NV | 2,204 | 306 | 21 | - | - | 22 | 192 | 29 | 451 | 262 | 7 | 303 | 1 | 140 | 144 | 326 |
| OR | 1,706 | 203 | 22 | 3 | 11 | 27 | 110 | 19 | 433 | 246 | 2 | 155 | 51 | 88 | 150 | 186 |
| WA,E | 479 | 45 | 8 | 7 | - | 9 | 37 | 4 | 90 | 61 | - | 111 | 2 | 19 | 17 | 69 |
| WA,W | 2,986 | 288 | 23 | 10 | 151 | 13 | 739 | 35 | 404 | 142 | - | 325 | 1 | 279 | 306 | 270 |
| GUAM | 27 | 3 | 1 | - | - | - | 5 | - | 7 | 1 | - | 1 | - | - | 1 | 8 |
| NMI | 25 | 4 | 1 | - | - | 3 | 2 | 1 | 2 | 1 | - | - | - | - | 11 | - |
| 10TH | 8,269 | 1,250 | 82 | 25 | 7 | 235 | 848 | 153 | 2,072 | 882 | 11 | 969 | 26 | 403 | 452 | 854 |
| CO | 2,260 | 351 | 14 | 9 | 6 | 45 | 145 | 39 | 478 | 254 | - | 360 | 3 | 142 | 134 | 280 |
| KS | 1,264 | 176 | 7 | 2 | 1 | 44 | 117 | 26 | 313 | 106 | - | 205 | 8 | 62 | 75 | 122 |
| NM | 1,038 | 126 | 13 | 7 | - | 29 | 127 | 21 | 413 | 65 | - | 62 | - | 21 | 43 | 111 |
| OK,N | 682 | 136 | - | - | - | 9 | 93 | 11 | 163 | 77 | 3 | 29 | 1 | 26 | 68 | 66 |
| OK,E | 381 | 49 | 6 | 1 | - | 28 | 46 | 5 | 97 | 57 | 2 | 56 | 3 | 2 | 11 | 18 |
| OK,W | 1,370 | 207 | 15 | - | - | 39 | 165 | 21 | 317 | 254 | 5 | 131 | 10 | 44 | 53 | 109 |
| UT | 1,011 | 169 | 23 | 2 | - | 12 | 108 | 29 | 245 | 35 | 1 | 101 | 1 | 102 | 53 | 131 |
| WY | 263 | 36 | 4 | 4 | - | 29 | 47 | 1 | 46 | 34 | - | 25 | - | 4 | 15 | 17 |
| 11TH | 22,932 | 2,873 | 142 | 23 | 185 | 364 | 2,756 | 620 | 4,534 | 2,629 | 48 | 3,181 | 72 | 906 | 2,805 | 1,794 |
| AL,N | 3,143 | 339 | 5 | 2 | 3 | 55 | 974 | 83 | 704 | 251 | 10 | 400 | - | 29 | 176 | 112 |
| AL,M | 1,068 | 121 | 9 | - | - | 37 | 132 | 25 | 258 | 92 | 2 | 281 | 11 | 19 | 41 | 40 |
| AL,S | 696 | 167 | 6 | - | 16 | 16 | 90 | 56 | 136 | 52 | 3 | 87 | - | 9 | 27 | 31 |
| FL,N | 1,333 | 83 | 6 | 1 | 5 | 7 | 82 | 8 | 267 | 432 | 8 | 268 | 3 | 27 | 33 | 103 |
| FL,M | 5,683 | 679 | 31 | 10 | 34 | 56 | 647 | 113 | 1,032 | 771 | 22 | 567 | 28 | 281 | 923 | 489 |
| FL,S | 5,327 | 814 | 28 | 2 | 123 | 26 | 384 | 78 | 836 | 389 | - | 331 | 17 | 272 | 1,367 | 660 |
| GA,N | 3,826 | 519 | 45 | 5 | 2 | 96 | 319 | 229 | 975 | 260 | 2 | 712 | 10 | 223 | 163 | 266 |
| GA,M | 902 | 81 | 3 | - | - | 30 | 76 | 9 | 220 | 103 | 1 | 262 | 3 | 34 | 30 | 50 |
| GA,S | 954 | 70 | 9 | 3 | 2 | 41 | 52 | 19 | 106 | 279 | - | 273 | - | 12 | 45 | 43 |

* FELA = FEDERAL EMPLOYERS LIABILITY ACT.