IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ALVAREZ,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>CIGNA and  )<br>THE INSURANCE COMPANY  )<br>OF NORTH AMERICA,  )<br>)<br>Defendants.  ) | Case Number 1:06-CV-00145<br>Judge Emmet G. Sullivan |

## ORDER

The Motion of Defendant CIGNA to Transfer Venue pursuant to 28 U.S.C. §1404(a) is **DENIED**.

**IT IS SO ORDERED.**

_____  
Date

_____  
Hon. Emmet G. Sullivan  
United States District Judge