# PLAINTIFF'S EXHIBIT D

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER



1200 East Glen Avenue, Peoria Heights, IL 61616-5348
1-800-752-0179

September 16, 2004

ROBERT ALVAREZ
15 CULLINAN CT.
GAITHERSBURG MD 20878

Dear Colleague:

We want to make you aware of an important announcement from the Long Term Care plan underwriter that impacts the November 1, 2004 semi-annual premium statement that you will receive at the beginning of October. CIGNA has notified the ACS Member Insurance Program that, effective immediately, Long Term Care rates have been raised by 80 percent.

Please understand that the Board of Trustees, Group Insurance Plans for ACS Members (BOT), has no legal authority to change this rate increase. While this Long Term Care plan is endorsed by the BOT, the policy is issued by CIGNA; ACS along with other organizations are subscribers to the policy. Members of the subscribing organizations are then eligible to participate in the CIGNA Long Term Care plan and receive a discount on the premium. This rate increase affects all participants under the CIGNA program, not only ACS members. CIGNA has been working with the Office of the Insurance Commissioner in all 50 states in order to implement this rate increase in accordance with each state's insurance regulations.

Though this change is drastic, CIGNA reminded us that it is the first rate increase that they have implemented in 16 years.
Unfortunately, CIGNA anticipates another increase of similar magnitude within the next 24 months. Regardless of the underwriter, Long Term Care premiums nationwide average about $2,000 annually per individual, which is significantly more than the average premium of participants in the ACS CIGNA plan. As a current participant in the program, you recognize the importance of such coverage and perhaps have experienced first hand the many benefits it has to offer. The ***ACS Long Term Care plan continues to be guaranteed renewable*** and still represents a good value for your long term care needs.

While we cannot alter this overall rate increase you may be able to reduce the impact of the rate increase by choosing another plan option. When you receive your bill in October, please check to see if you are currently in the High Option or High Option plus program; choosing another plan option may reduce your premiums, although it will likely also reduce the coverage.

1200 East Glen Avenue, Peoria Heights, IL 61616-5348
1-800-752-0179

If you have any questions concerning your Long Term Care coverage, please call us toll-free at 1-800-752-0179 or send an email to customerservice@acsplanadministrator.com.

As always, the Board of Trustees invites your comments and suggestions. We appreciate your continued participation in the ACS Member Insurance Program. We recognize that there is never a perfect time to announce a rate increase of this magnitude, and we hope that this rate increase will not deter you from continuing your coverage under the ACS Long Term Care plan.

Sincerely,

George F. Palladino
Chair

P.S. Be sure to visit ACS Member Insurance online at www.chemistry.org/insurance, for more information on Long Term Care as well as all the other ACS Member Insurance plans.