UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:06CV00145<br><br><br><br>The Honorable<br>Emmet G. Sullivan |

The Motion of the Defendants, CIGNA and The Insurance Company of North America to dismiss the Class Action Complaint pursuant to Fed.R.Civ.P. 12(b)(6) is **DENIED.**

  **IT IS SO ORDERED.**


Signed:    HON. EMMET G. SULLIVAN
        UNITED STATES DISTRCT JUDGE
        May ____, 2006

1

PLEASE SERVE:

JAMES & HOFFMAN
EDGAR N. JAMES (D.C. Bar No. 333013)
Amy Fettig, Esq. (D.C. Bar No. 484883)
1101 Seventeenth St. N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500

KANNER & WHITELEY
ALLAN KANNER (LA#20580)
CONLEE S. WHITELEY (LA#22678)
AYLIN R. AÇIKALIN MAKLANSKY (LA#30195)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777

VOGEL LAW FIRM
TIMOTHY Q. PURDON (ND#05392)
MONTE L. ROGNEBY (ND#05029)
200 North 3rd Street, Suite 201
P.O. Box 2097
Bismarck, ND 58502-2097
(701) 258-7899

PERRY PEARCE BENTON, ESQ.
(Bar No. ASB-2159-N66P)
32330 Sandpiper Dr.
Orange Beach, AL 36561
(251) 980-2640
Attorneys for Plaintiff

JORDEN BURT LLP
RAUL ANTONIO CUERVO
1025 THOMAS JEFFERSON STREET, NW, SUITE 400 EAST
WASHINGTON, DC 20007
Attorneys for CIGNA AND INA