UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Robert Alvarez,                           )
1419 Southeast 43rd Terrace,              )
Ocala, FL 34471,                          )
individually, and on                      )   Civil Case No. 1:06CV00145
behalf of all others similarly            )
situated,                                 )
                                          )
          Plaintiff,                      )
                                          )   The Honorable
     v.                                   )   Emmet G. Sullivan
                                          )
CIGNA and                                 )
The Insurance Company of                  )
North America,                            )
                                          )
          Defendants.                     )

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL TABLE OF AUTHORITIES UPON WHICH COUNSEL CHIEFLY RELIES TO COMPLY WITH LOCAL RULE 7(A)

MAY IT PLEASE THE COURT:

On May 3, 2006, Plaintiffs filed a Memorandum of Points and Authorities in Opposition to Defendant, INA's Motion to Dismiss. The incorporated Table of Authorities does not indicate with an asterisk the cases on which counsel chiefly relies. In order to comply with Local Rule 7(A), Plaintiffs respectfully request leave to file the attached Supplemental Table of Authorities of Cases Upon Which Counsel Chiefly Relies.

Dated: May 4th, 2006

Respectfully submitted,

/s/ Edgar James/ABF

JAMES & HOFFMAN
EDGAR N. JAMES (DC # 333013)
AMY FETTIG (DC #. 484883)
1101 Seventeenth St. N.W., Ste. 510
(202) 496-0500

KANNER & WHITELEY
ALLAN KANNER (LA #20580)
CONLEE S.WHITELEY (LA #22678)
AYLIN R. AÇIKALIN MAKLANSKY
(LA #30195)
701 Camp Street
New Orleans, LA 70130

VOGEL LAW FIRM
TIMOTHY Q. PURDON (ND#05392)
MONTE L. ROGNEBY (ND#0529)
P.O. Box 2097
(701) 258-7899

PERRY PEARCE BENTON
(Bar No. ASB-2159-N66P)
32330 Sandpiper Dr.
Orange Beach, AL 36561
(251) 980-2630

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2006, a copy of the foregoing was forwarded via first-class mail, postage prepaid to:

James F. Jorden
Raul A. Cuervo
Stephen H. Goldberg
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington D.C. 20007-5208

James & Hoffman
Edward N. James
Amy Fettig
1101 Seventeenth St. N.W. Suite 510
Washington D.C. 20036