**SUPPLEMENTAL TABLE OF AUTHORITIES
UPON WHICH COUNSEL CHIEFLY RELIES**

                                                      **Page**

**Cases**

Ackerman v. Price Waterhouse, 252 A.D.2d 179, 683 N.Y.S.2d 179, 198
    (N.Y.App.Div.1998) ..................................................................................................32

\* American Nat. Red Cross v. Travelers Indem. Co. of Rhode Island, 924
        F.Supp. 304 (D.D.C. 1996)..............................................................................23, 24, 26

American Registry of Pathology v. Ohio Cas. Ins. Co., 401 F.Supp.2d 75
    (D.D.C. 2005) ............................................................................................................24

\* Atraqchi v. GUMC Unified Billing Services, 788 A.2d 559 (D.C. 2002)................................32, 38

Bennett v. Kiggins, 377 A.2d 57 (D.C.1977) ...........................................................................32, 37

\* Berry v. Federal Kemper Life Assur. Co., 99 P.3d 1166 (N.M. App. 2004).................................33

\* Braesch v. v. Union Ins. Co., 464 N.W.2d 769 (Neb. 1991). ......................................................24

\* Brown v. Dorsey & Whitney, LLP.,267 F.Supp.2d 61 (D.D.C.,2003)..................16, 18, 20, 21, 22

Browning v. Clinton, 292 F.3d 235 (D.C. Cir. 2002) .......................................................12, 13, 29

\* Burlington Ins. Co. v. Okie Dokie, Inc., 329 F.Supp.2d 45 (D.D.C. 2004)  ................................12

Cambridge Holdings Group, Inc. v. Federal Ins. Co., 357 F.Supp. 2d 89
    (D.D.C. 2004) ............................................................................................................23

Cameron v. USAA Property and Cas. Ins. Co., 733 A.2d 965
    (D.C. 1999) ................................................................................................................36

Central Armature Works v. Am. Motorists Ins. Co., 520 F.Supp. 283
    (D.D.C.1980) .............................................................................................................26

Chase v. State Farm Fire and Cas. Co., 780 A.2d 1123 (D.C. 2001) ...........................................36

City Solutions Inc. v. Clear Channel Communications, Inc. 365 F.3d
    835 (9th Cir. 2004) .....................................................................................................30

Conley v. Gibson, 355 U.S. 41, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957).........................................12, 13

**PLAINTIFF'S EXHIBIT 1**

\*   D'Ambrosio v. Colonnade Council of Unit Owners, 717 A.2d 356, 360 (D.C. 1998) ............13, 14, 29

Diamond Service Co., Inc. v. Utica Mut. Ins. Co., 476 A.2d 648 (D.C. 1984) ............23, 35

District Cablevision Ltd. Partnership v. Bassin, 828 A.2d 714 (D.C. 2003) ............22

\*   Fresh Start Industries, Inc. v. ATX Telecommunications Services, 295 F.Supp.2d 521 (E.D.Pa. 2003) ............22

Gibbs v. Ernst, 647 A.2d 882 (Pa. 1994) ............21

\*   Hanson, et al. v. Acceleration Life Insurance Company, et al., Not Reported in F.Supp.2d, 1999 W.L. 33283345 (D.N.D.) ............9, 10, 32, 34

\*   Hanson, et al. v. Acceleration Life Insurance Company, et al., Not Reported in F.Supp.2d, 2000 W.L. 33340298 (D.N.D.) ............11

Hercules & Co., Ltd. v. Shama Restaurant Corp., 613 A.2d 916 (D.C. 1992) ............20

\*   Hoffman v. Hill, 777 F.Supp. 1003 (D.D.C. 1991) ............23, 33

Holt v. George Washington Life Ins. Co., 123 A.2d 619 (D.C.1956) ............36

Howard v. Riggs Nat'l Bank, 432 A.2d 701 (D.C.1981) ............28

\*   In re Estate of Delaney, 819 A.2d 968 (D.C. 2003) ............17, 27

Kitt v. Pathmakers, Inc., 672 A.2d 76 (D.C. 1996) ............15

Klaxon Co. v. Stentor Electric Mfg. Co., 313 U.S. 487, 61 S.Ct. 1020, 85 L.Ed. 1477 (1941) ............16

Kowal v. MCI Communications Corp., 305 U.S.App.D.C. 60, 16 F.3d 1271, 1278 (1994) ............13

\*   Lane, etc. et al. v. American Travelers Life Insurance Co., etc., et al, Cane No. GIC 745641, Superior Court, San Diego County, California, filed December 11, 2000 ............11

\*   Malacca Corp. v. Travelers Indemnity Co., 2006 WL 740142 (D.D.C. 2006); 924 F.Supp. At 308 ............23, 24, 26

Mathis v. Hargrove, 888 A.2d 377 (Md.App. 2005) ............21

\*   Messina v. Nationwide Mutual Insurance Co., 998 F.2d 2

  (D.C.Cir.1993) ..................................................................................................23, 24, 33

\*  Milkman v. American Travelers Life Ins. Co., 2002 WL 778272 (Pa.Com.Pl. 2002)...................12

 Nichols v. State Farm Mutual Auto. Ins. Co., 279 S.C. 336, 306 S.E.2d 616
  (1983)..........................................................................................................................24, 25

 Osbourne v. Capital City Mortgage Corp., 727 A.2d 322 (D.C.1999)..........................................22

\*  Remeikis v. Boss & Phelps, Inc., 419 A.2d 986 (D.C. 1980).................................................28, 29

\*  Rose v. United Equitable Ins. Co., Cass County, East Central Judicial District,
  CV-00-2248 ......................................................................................................................11

\*  Rose v. United Equitable Ins. Co., 2001 ND 154, 632 N.W.2d 429 .............................................11

\*  Rose v. United Equitable Insurance Co., 2002 ND 148, 651 N.W.2d 683...................................11

 Rymer v. Pool, 574 A.2d 283 D.C.,1990.......................................................................................18

 Schiff v. American Ass'n of Retired Persons, 697 A.2d 1193, 1198 (D.C.App.
  1997) ...........................................................................................................................20, 28

 Spark v. MBNA Corp., 178 F.R.D. 431 (D.Del.1998) ..................................................................33

 Turner v. National Hospitalization. Inc, 52 A.2d 274 (D.C.App. 1947) .......................................34

 Virginia Academy of Clinical Psychologists v. Group Hospitalization and
  Medical services, 878 A.2d 1226 (D.C. Ct. App. 2005).....................................................29

 Washington v. GEICO, 769 F.Supp. 383 (D.D.C. 1991) .........................................................23, 24

\*  Washington v. Group Hospitalization Inc., 585 F.Supp. 517 (D.D.C. 1984) ...............................24

 Zimmerman v. Harleysville Mut. Ins. Co., 860 A.2d 167 (Pa.Super. 2004) .................................24

**Other Authorities**

 D.C. ADC § 26-2600 .....................................................................................................................35

 D.C. Code Ann. § 31-3606 ...........................................................................................................35

 D.C. Code § 31-3601 .....................................................................................................................25

 D.C. Code § 35-712(f) (1940).................................................................................................34, 35

D.C.'s Unlawful Trade Practices Act ("CPPA"), D.C. Code §§ 28-3901 .............................. 21, 27

Fed.R.Civ.P. 12(b)(6) ................................................................................ 12, 13, 15, 28, 29, 39

Fed. R.Civ.P. 12(b) ................................................................................................. 12, 15, 16

\*     Long-Term Care Insurance: Protecting Consumers From Hidden Rate Hikes,
         Hearing Before the Special Committee on Aging, United States Senate,
         106th Cong., Testimony of Charles N. Kahn III 222 (September 13, 2000) ........................ 5

Maryland Consumer Protection Act, MD Code Ann., Com. Law, § 13-101 ............................... 21

\*     Mila Kofman and Lea Thompson, Consumer Protection and Long-Term Care Insurance:
         Predictability of Premiums 2 (Georgetown University Long-Term Care
         Financing Project, March 2004) ........................................................................................ 7

N.D.C.C. § 26.1-29-16 .......................................................................................................... 34

Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPL),
         Pa. St. Ann. Title. 73 § 201-1 ........................................................................................... 21

Restatement (Second) of Conflicts, § 145 (1971) ............................................................... 18, 19

Restatement (Second) of Conflict of Laws § 188 (1971) .......................................................... 18

Restatement (Second) of Torts § 529 (1977) ............................................................................ 29

Rule 56 .............................................................................................................................. 15, 16

\*     Stephanie Lewis, John Wilken, and Mark Merlis, Regulation of Private Long-Term Care
         Insurance: Implementation Experience in Key Issues
         (Kaiser Family Foundation 2003) .................................................................................. 4, 5