UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:06CV00145<br><br><br>The Honorable<br>Emmet G. Sullivan |

## ORDER

Plaintiffs' Motion for Leave to File Supplemental Table of Authorities is **GRANTED.** Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Supplemental Table Of Authorities Upon Which Counsel Chiefly Relies be filed into the record.

**IT IS SO ORDERED.**

Signed:

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRCT JUDGE
May \_\_\_\_, 2006

1