UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America,<br><br>    Defendants. | Civil Action No. 1:06CV00145<br><br><br><br><br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

## JOINDER OF CIGNA CORPORATION d/b/a CIGNA GROUP INSURANCE TO THE PENDING MOTION TO TRANSFER VENUE, MOTION TO QUASH SUMMONS AND DISMISS THE COMPLAINT AND MOTION TO DISMISS

Defendant CIGNA Corporation d/b/a CIGNA Group Insurance,[1] by and through its undersigned counsel, hereby joins to the pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss, and in support thereof states:

  1. On March 22, 2006, "CIGNA" filed a Motion to Quash Summons and Dismiss the Complaint. Also on March 22, 2006, Insurance Company of North American and "CIGNA" filed a Motion to Transfer Venue and a Motion to Dismiss. On

---

[1] Plaintiff has styled this action to include as a defendant "CIGNA Corporation d/b/a CIGNA Group Insurance." Defendant CIGNA Corporation does not do business as "CIGNA Group Insurance," and any reference herein to "d/b/a CIGNA Group Insurance" shall not be deemed an admission of the accuracy of such reference.

May 3, 2006, Plaintiff filed his First Amended Class Action Complaint naming CIGNA Corporation d/b/a CIGNA Group Insurance as a defendant in this action.

2. CIGNA Corporation now joins the pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss.

**WHEREFORE**, Defendant CIGNA Corporation d/b/a CIGNA Group Insurance respectfully request that the Court enter an Order approving its joinder and deeming it a movant with regard to the pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss.

Dated: May 12, 2006                    Respectfully submitted,

/s/ James F. Jorden
James F. Jorden (D.C. Bar No. 37598)
Raul A. Cuervo (D.C. Bar No. 463718)
Stephen H. Goldberg (D.C. Bar No. 465113)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-5208
Telephone: 202-965-8100
Facsimile: 202-965-8104

Counsel for Defendant CIGNA Corporation
d/b/a CIGNA Group Insurance

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Joinder to the Pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss and Proposed Order were served via electronic filing on this 12th day of May, 2006, upon the following:

> Edgar N. James, Esq.
> Amy B. Fettig, Esq.
> JAMES & HOFFMAN, P.C.
> 1101 Seventeenth St., N.W., Suite 510
> Washington, D.C. 20036

and by first class mail, postage paid, on the following:

> Allan Kanner, Esq.
> Conlee S. Whiteley, Esq.
> KANNER & WHITELEY
> 701 Camp Street
> New Orleans, LA 70130

> Timothy Q. Purdon, Esq.
> Monte L. Rogneby, Esq.
> VOGEL LAW FIRM
> 200 North 3rd Street, Suite 201
> P.O. Box 2097
> Bismarck, ND 58502-2097

> Perry Pearce Benton, Esq.
> 32516 Sandpiper Drive
> Orange Beach, AL 36561-5728

> /s/ James F. Jorden
> James F. Jorden