UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez <br> 1419 Southeast 43rd Terrace <br> Ocala, FL 34471, <br> individually, and on behalf of all others <br> similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA Corporation d/b/a <br> CIGNA Group Insurance and <br> The Insurance Company of North America, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:06CV00145 <br><br><br><br><br> THE HONORABLE <br> EMMET G. SULLIVAN |

### ORDER

Upon consideration of the Joinder of CIGNA Corporation d/b/a CIGNA Group Insurance, it is hereby ORDERED that the Joinder is APPROVED.

Defendant CIGNA Corporation d/b/a CIGNA Group Insurance is hereby deemed a movant with regard to the pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss.

So ORDERED this _____ day of _____, 2006

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia