UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | ) | |
| CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion to Stay, it is hereby ORDERED that the Motion for Stay is GRANTED.

Proceedings on Defendants' Motion to Dismiss and Motion to Quash Summons and Dismiss the Complaint SHALL BE STAYED pending entry of an order on Defendants' Motion to Transfer Venue.

So ORDERED this _____ day of _____, 2006

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia