UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez | ) | |
| 1419 Southeast 43rd Terrace | ) | Civil Action No. 1:06CV00145 |
| Ocala, FL 34471, | ) | |
| individually, and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | THE HONORABLE |
| | ) | EMMET G. SULLIVAN |
| v. | ) | |
| | ) | |
| CIGNA Corporation d/b/a | ) | |
| CIGNA Group Insurance and | ) | |
| The Insurance Company of North America, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF
TIME IN WHICH TO FILE REPLY TO PLAINTIFF'S RESPONSE**

Pursuant to Federal Rule of Civil Procedure 6(b) and LCvR 7, Defendants

Insurance Company of North America and CIGNA Corporation d/b/a CIGNA Group

Insurance[1] ("Defendants"), by and through their undersigned counsel, hereby move for an

enlargement of time of fifteen (15) days, through and including May 30, 2006, to file

their reply to Plaintiff's Memorandum Of Points And Authorities In Opposition To

Defendants' Motion To Transfer Venue,[2] and in support thereof state:

1.      Due to the complexity of the issues involved in the Motion to Transfer

Venue, and the press of other professional commitments, counsel for Defendants will

---

[1]      Plaintiff has styled this action to include as a defendant "CIGNA Corporation d/b/a CIGNA Group Insurance." Defendant CIGNA Corporation does not do business as "CIGNA Group Insurance," and any reference herein to "d/b/a CIGNA Group Insurance" shall not be deemed an admission of the accuracy of such reference.

[2]      CIGNA Corporation has separately filed a Joinder to the Pending Motion to Transfer Venue, Motion to Quash Summons and Dismiss the Complaint and Motion to Dismiss. Defendants have also filed a separate motion to stay other proceedings pending the Court's ruling on the Motion to Transfer Venue.

need additional time to formulate an appropriate response to Plaintiff's Opposition to the Motion to Transfer Venue.

2.     This Motion is brought in good faith and not for purposes of delay. Granting this enlargement of time to Defendants to file a reply in support of their motion to transfer venue will not cause prejudice to any party.

## CERTIFICATE OF COMPLIANCE WITH LCvR 7(m)

In accordance with LCvR 7(m), counsel for Defendants conferred with Edgar N. James, Esq., counsel for Plaintiff, before filing this motion to seek his consent to Defendants' request for enlargement to file their reply in support of their motion to transfer venue, and he consents to same.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting an enlargement of time for Defendants to file their reply to Plaintiff's opposition of fifteen (15) days, until May 30, 2006.

Dated: May 12, 2006                                  Respectfully submitted,


                                                     /s/  James F. Jorden
                                                     James F. Jorden (D.C. Bar No. 37598)
                                                     Raul A. Cuervo (D.C. Bar No. 463718)
                                                     Stephen H. Goldberg (D.C. Bar No. 465113)
                                                     JORDEN BURT LLP
                                                     1025 Thomas Jefferson Street, N.W.
                                                     Suite 400 East
                                                     Washington, DC  20007-5208
                                                     Telephone: 202-965-8100
                                                     Facsimile:  202-965-8104

                                                     Counsel for Defendants Insurance Company
                                                     of North America and CIGNA Corporation
                                                     d/b/a CIGNA Group Insurance and

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Consent Motion For Enlargement Of Time In Which To File Reply To Plaintiff's Response and Proposed Order were served via electronic filing on this 12th day of May, 2006, upon the following:

Edgar N. James, Esq.
Amy B. Fettig, Esq.
JAMES & HOFFMAN, P.C.
1101 Seventeenth St., N.W., Suite 510
Washington, D.C. 20036

and by first class mail, postage paid, on the following:

Allan Kanner, Esq.
Conlee S. Whiteley, Esq.
KANNER & WHITELEY
701 Camp Street
New Orleans, LA 70130

Timothy Q. Purdon, Esq.
Monte L. Rogneby, Esq.
VOGEL LAW FIRM
200 North 3rd Street, Suite 201
P.O. Box 2097
Bismarck, ND 58502-2097

Perry Pearce Benton, Esq.
32516 Sandpiper Drive
Orange Beach, AL 36561-5728

/s/ James F. Jorden
James F. Jorden