UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America,<br><br>    Defendants. | Civil Action No. 1:06CV00145<br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

## ORDER

Upon consideration of the Consent Motion, it is hereby ORDERED that the Consent Motion is GRANTED.

Defendants shall have until May 30, 2006 to reply to Plaintiff's Memorandum Of Points And Authorities In Opposition To Defendants' Motion To Transfer Venue.

So ORDERED this _____ day of _____, 2006

                _____
                Honorable Emmet G. Sullivan
                United States District Judge
                for the District of Columbia