UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>          Plaintiff,<br><br>    v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>          Defendants. | Civil Case No. 1:06CV00145<br><br>The Honorable Emmet G. Sullivan |

**ORDER**

Upon consideration of Defendant's Motion for Stay, it is hereby ORDERED that the Motion for Stay is DENIED.

Accordingly, Defendants' reply briefing with respect to the Motion to Dismiss and Motion to Quash Summons and Dismiss the Complaint is due with five days of this date of this order.

IT IS SO ORDERED.

Signed:

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
May \_\_\_\_, 2006