# EXHIBIT A

# AFFIDAVIT OF MARIA A. DaSILVA-NETO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | )<br>) | |
| CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## AFFIDAVIT OF MARIA A. DASILVA-NETO

Commonwealth of Pennsylvania    )
                                ) ss.
County of Philadelphia          )

I, Maria A. DaSilva-Neto, state:

1. I am Director of Account Management for Specialty Programs with Life Insurance Company of North America ("LINA"). LINA is a Pennsylvania corporation with its principal place of business in Philadelphia. I am over the age of 18 and have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently thereto.

2. I am familiar with the allegations and claims asserted by Plaintiff in this action.

3. It is my understanding that the class as defined in the First Amended Class Action Complaint (the "Amended Complaint") is as follows:

All individuals who purchased, between 1988 and the present, Group Long-term Care Insurance from the Insurance Company of North America under the terms of the Master Policy ATL-1 issued by the Insurance Company of North America to the Trustee of the National Group Benefits Insurance Trust and whose premiums on those policies have been increased, but excluding from such class, the defendants, any and all officers, directors, employees, and agents of the defendants, their affiliates, and/or subsidiaries who are or have been employed by defendants.

4. As of August 31, 2005, approximately 29 of the insureds under Master Policy ATL-1 were residents of the District of Columbia when they applied for their coverage and approximately 176 were residents of Pennsylvania when they applied for their coverage..

I certify under penalty of perjury that the foregoing is true and correct.

Executed on the 31st day of May, 2006.

_____
Maria A. DaSilva-Neto

Subscribed and sworn to before me this 31ST day of May, 2006.

_____
Notary Public

My Commission expires: MAY 3, 2008

#163275

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Michael J. Wagner, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires May 3, 2008
Member, Pennsylvania Association Of Notaries

2