# EXHIBIT B

# TABLE C-1 (U.S. DISTRICT COURTS – CIVIL CASES COMMENCED, TERMINATED, AND PENDING)

Table C-1.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Period Ending March 31, 2005

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 |
| TOTAL | 263,440 | 278,712 | 260,980 | 281,172 | 43,005 | 53,063 | 50,658 | 45,410 | 220,435 | 225,649 | 210,322 | 235,762 |
| DC | 3,282 | 2,559 | 2,532 | 3,309 | 1,758 | 1,365 | 1,296 | 1,827 | 1,524 | 1,194 | 1,236 | 1,482 |
| 1ST | 7,310 | 6,750 | 6,707 | 7,353 | 1,205 | 1,431 | 1,366 | 1,270 | 6,105 | 5,319 | 5,341 | 6,083 |
| ME | 333 | 521 | 500 | 354 | 97 | 167 | 158 | 106 | 236 | 354 | 342 | 248 |
| MA | 4,006 | 3,306 | 3,490 | 3,822 | 541 | 576 | 547 | 570 | 3,465 | 2,730 | 2,943 | 3,252 |
| NH | 507 | 504 | 541 | 470 | 57 | 136 | 110 | 83 | 450 | 368 | 431 | 387 |
| RI | 568 | 828 | 618 | 778 | 101 | 123 | 114 | 110 | 467 | 705 | 504 | 668 |
| PR | 1,896 | 1,591 | 1,558 | 1,929 | 409 | 429 | 437 | 401 | 1,487 | 1,162 | 1,121 | 1,528 |
| 2ND | 30,200 | 24,020 | 22,354 | 31,866 | 3,812 | 3,906 | 3,530 | 4,188 | 26,388 | 20,114 | 18,824 | 27,678 |
| CT | 3,108 | 2,336 | 2,536 | 2,908 | 316 | 344 | 336 | 324 | 2,792 | 1,992 | 2,200 | 2,584 |
| NY,N | 2,542 | 1,601 | 1,619 | 2,524 | 412 | 400 | 297 | 515 | 2,130 | 1,201 | 1,322 | 2,009 |
| NY,E | 7,849 | 6,279 | 6,583 | 7,545 | 1,405 | 1,462 | 1,459 | 1,408 | 6,444 | 4,817 | 5,124 | 6,137 |
| NY,S | 13,881 | 11,676 | 9,591 | 15,966 | 1,137 | 1,068 | 956 | 1,249 | 12,744 | 10,608 | 8,635 | 14,717 |
| NY,W | 2,508 | 1,749 | 1,654 | 2,603 | 482 | 494 | 373 | 603 | 2,026 | 1,255 | 1,281 | 2,000 |
| VT | 312 | 379 | 371 | 320 | 60 | 138 | 109 | 89 | 252 | 241 | 262 | 231 |
| 3RD | 19,536 | 32,835 | 27,777 | 24,594 | 3,017 | 4,192 | 3,965 | 3,244 | 16,519 | 28,643 | 23,812 | 21,350 |
| DE | 1,556 | 1,628 | 1,424 | 1,760 | 141 | 95 | 86 | 150 | 1,415 | 1,533 | 1,338 | 1,610 |
| NJ | 5,941 | 6,853 | 6,618 | 6,176 | 886 | 1,343 | 1,172 | 1,057 | 5,055 | 5,510 | 5,446 | 5,119 |
| PA,E | 6,263 | 18,219 | 13,817 | 10,665 | 656 | 1,013 | 981 | 688 | 5,607 | 17,206 | 12,836 | 9,977 |
| PA,M | 2,075 | 2,909 | 2,813 | 2,171 | 578 | 949 | 958 | 569 | 1,497 | 1,960 | 1,855 | 1,602 |
| PA,W | 2,804 | 2,846 | 2,881 | 2,769 | 649 | 716 | 747 | 618 | 2,155 | 2,130 | 2,134 | 2,151 |
| VI | 897 | 380 | 224 | 1,053 | 107 | 76 | 21 | 162 | 790 | 304 | 203 | 891 |
| 4TH | 17,631 | 39,503 | 22,670 | 34,464 | 3,746 | 5,097 | 4,825 | 4,018 | 13,885 | 34,406 | 17,845 | 30,446 |
| MD | 3,308 | 4,166 | 4,418 | 3,056 | 588 | 788 | 738 | 638 | 2,720 | 3,378 | 3,680 | 2,418 |
| NC,E | 1,318 | 1,515 | 1,374 | 1,459 | 396 | 632 | 505 | 523 | 922 | 883 | 869 | 936 |
| NC,M | 1,074 | 1,220 | 1,217 | 1,077 | 289 | 424 | 391 | 322 | 785 | 796 | 826 | 755 |
| NC,W | 1,104 | 1,151 | 1,122 | 1,133 | 247 | 277 | 286 | 238 | 857 | 874 | 836 | 895 |
| SC | 4,264 | 23,508 | 5,276 | 22,496 | 748 | 976 | 954 | 770 | 3,516 | 22,532 | 4,322 | 21,726 |
| VA,E | 2,277 | 4,555 | 4,606 | 2,226 | 309 | 668 | 662 | 315 | 1,968 | 3,887 | 3,944 | 1,911 |
| VA,W | 1,116 | 1,419 | 1,621 | 914 | 389 | 498 | 566 | 321 | 727 | 921 | 1,055 | 593 |
| WV,N | 678 | 652 | 644 | 686 | 286 | 303 | 264 | 325 | 392 | 349 | 380 | 361 |
| WV,S | 2,492 | 1,317 | 2,392 | 1,417 | 494 | 531 | 459 | 566 | 1,998 | 786 | 1,933 | 851 |

39

Table C-1. (March 31, 2005—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar.31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 |
| **5TH** | **35,580** | **29,852** | **32,074** | **33,358** | **4,281** | **6,113** | **5,655** | **4,739** | **31,299** | **23,739** | **26,419** | **28,619** |
| LA,E | 3,163 | 3,441 | 3,195 | 3,409 | 276 | 357 | 360 | 273 | 2,887 | 3,084 | 2,835 | 3,136 |
| LA,M | 8,843 | 1,001 | 1,047 | 8,797 | 89 | 82 | 84 | 87 | 8,754 | 919 | 963 | 8,710 |
| LA,W | 2,668 | 2,576 | 2,723 | 2,521 | 542 | 771 | 681 | 632 | 2,126 | 1,805 | 2,042 | 1,889 |
| MS,N | 1,524 | 1,353 | 1,368 | 1,509 | 110 | 83 | 79 | 114 | 1,414 | 1,270 | 1,289 | 1,395 |
| MS,S | 4,250 | 2,687 | 4,058 | 2,879 | 292 | 227 | 236 | 283 | 3,958 | 2,460 | 3,822 | 2,596 |
| TX,N | 4,216 | 5,014 | 5,620 | 3,610 | 651 | 936 | 942 | 645 | 3,565 | 4,078 | 4,678 | 2,965 |
| TX,E | 2,626 | 3,006 | 3,149 | 2,483 | 466 | 558 | 500 | 524 | 2,160 | 2,448 | 2,649 | 1,959 |
| TX,S | 5,755 | 7,296 | 7,590 | 5,461 | 1,146 | 2,098 | 1,831 | 1,413 | 4,609 | 5,198 | 5,759 | 4,048 |
| TX,W | 2,535 | 3,478 | 3,324 | 2,689 | 709 | 1,001 | 942 | 768 | 1,826 | 2,477 | 2,382 | 1,921 |
| **6TH** | **39,637** | **24,236** | **26,350** | **37,523** | **3,944** | **5,034** | **4,944** | **4,034** | **35,693** | **19,202** | **21,406** | **33,489** |
| KY,E | 1,864 | 2,297 | 2,376 | 1,785 | 921 | 1,239 | 1,324 | 836 | 943 | 1,058 | 1,052 | 949 |
| KY,W | 1,508 | 1,410 | 1,550 | 1,368 | 339 | 341 | 383 | 297 | 1,169 | 1,069 | 1,167 | 1,071 |
| MI,E | 19,165 | 5,151 | 4,916 | 19,400 | 656 | 1,115 | 1,017 | 754 | 18,509 | 4,036 | 3,899 | 18,646 |
| MI,W | 1,321 | 1,660 | 1,731 | 1,250 | 217 | 319 | 329 | 207 | 1,104 | 1,341 | 1,402 | 1,043 |
| OH,N | 7,830 | 6,392 | 8,521 | 5,701 | 404 | 568 | 566 | 406 | 7,426 | 5,824 | 7,955 | 5,295 |
| OH,S | 3,169 | 2,683 | 2,623 | 3,229 | 523 | 489 | 449 | 563 | 2,646 | 2,194 | 2,174 | 2,666 |
| TN,E | 1,837 | 1,669 | 1,690 | 1,816 | 436 | 412 | 463 | 385 | 1,401 | 1,257 | 1,227 | 1,431 |
| TN,M | 1,615 | 1,477 | 1,678 | 1,414 | 236 | 256 | 222 | 270 | 1,379 | 1,221 | 1,456 | 1,144 |
| TN,W | 1,328 | 1,497 | 1,265 | 1,560 | 212 | 295 | 191 | 316 | 1,116 | 1,202 | 1,074 | 1,244 |
| **7TH** | **16,531** | **17,965** | **19,614** | **14,882** | **2,197** | **3,040** | **3,130** | **2,107** | **14,334** | **14,925** | **16,484** | **12,775** |
| IL,N | 7,799 | 8,305 | 9,376 | 6,728 | 1,055 | 1,081 | 1,244 | 892 | 6,744 | 7,224 | 8,132 | 5,836 |
| IL,C | 997 | 1,180 | 1,172 | 1,005 | 120 | 268 | 249 | 139 | 877 | 912 | 923 | 866 |
| IL,S | 1,296 | 1,282 | 1,336 | 1,242 | 262 | 325 | 297 | 290 | 1,034 | 957 | 1,039 | 952 |
| IN,N | 1,792 | 1,922 | 2,041 | 1,673 | 183 | 288 | 264 | 207 | 1,609 | 1,634 | 1,777 | 1,466 |
| IN,S | 2,920 | 2,955 | 3,265 | 2,610 | 381 | 493 | 537 | 337 | 2,539 | 2,462 | 2,728 | 2,273 |
| WI,E | 1,419 | 1,351 | 1,427 | 1,343 | 149 | 242 | 211 | 180 | 1,270 | 1,109 | 1,216 | 1,163 |
| WI,W | 308 | 970 | 997 | 281 | 47 | 343 | 328 | 62 | 261 | 627 | 669 | 219 |
| **8TH** | **18,069** | **17,309** | **16,734** | **18,644** | **2,777** | **3,803** | **3,541** | **3,039** | **15,292** | **13,506** | **13,193** | **15,605** |
| AR,E | 2,197 | 3,704 | 2,422 | 3,479 | 563 | 713 | 721 | 555 | 1,634 | 2,991 | 1,701 | 2,924 |
| AR,W | 1,022 | 1,055 | 1,185 | 892 | 372 | 458 | 465 | 365 | 650 | 597 | 720 | 527 |
| IA,N | 556 | 677 | 634 | 599 | 165 | 266 | 208 | 223 | 391 | 411 | 426 | 376 |
| IA,S | 1,039 | 954 | 1,023 | 970 | 207 | 270 | 247 | 230 | 832 | 684 | 776 | 740 |
| MN | 7,715 | 4,440 | 4,865 | 7,290 | 284 | 354 | 357 | 281 | 7,431 | 4,086 | 4,508 | 7,009 |
| MO,E | 1,949 | 2,327 | 2,318 | 1,958 | 312 | 459 | 401 | 370 | 1,637 | 1,868 | 1,917 | 1,588 |
| MO,W | 1,878 | 2,420 | 2,382 | 1,916 | 517 | 771 | 675 | 613 | 1,361 | 1,649 | 1,707 | 1,303 |
| NE | 1,031 | 1,007 | 1,182 | 856 | 175 | 232 | 228 | 179 | 856 | 775 | 954 | 677 |
| ND | 215 | 323 | 290 | 248 | 46 | 134 | 99 | 81 | 169 | 189 | 191 | 167 |
| SD | 467 | 402 | 433 | 436 | 136 | 146 | 140 | 142 | 331 | 256 | 293 | 294 |

40

## Table C-1. (March 31, 2005—Continued)

| Circuit and District | Total Civil Cases ||||  U.S. Civil Cases |||| Private Civil Cases ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 | Pending Mar. 31, 2004 | Commenced | Terminated | Pending Mar. 31, 2005 |
| **9TH** | 41,021 | 43,661 | 42,920 | 41,762 | 8,119 | 10,261 | 9,661 | 8,719 | 32,902 | 33,400 | 33,259 | 33,043 |
| AK | 388 | 361 | 393 | 356 | 135 | 132 | 123 | 144 | 253 | 229 | 270 | 212 |
| AZ | 3,518 | 4,295 | 3,531 | 4,282 | 661 | 1,047 | 838 | 870 | 2,857 | 3,248 | 2,693 | 3,412 |
| CA,N | 6,132 | 5,705 | 5,815 | 6,022 | 764 | 831 | 829 | 766 | 5,368 | 4,874 | 4,986 | 5,256 |
| CA,E | 5,515 | 4,404 | 4,398 | 5,521 | 983 | 1,022 | 925 | 1,080 | 4,532 | 3,382 | 3,473 | 4,441 |
| CA,C | 11,274 | 14,070 | 13,766 | 11,578 | 2,873 | 3,382 | 3,456 | 2,799 | 8,401 | 10,688 | 10,310 | 8,779 |
| CA,S | 2,153 | 2,794 | 2,928 | 2,019 | 493 | 780 | 717 | 556 | 1,660 | 2,014 | 2,211 | 1,463 |
| HI | 784 | 761 | 792 | 753 | 119 | 184 | 165 | 138 | 665 | 577 | 627 | 615 |
| ID | 700 | 642 | 650 | 692 | 149 | 172 | 143 | 178 | 551 | 470 | 507 | 514 |
| MT | 768 | 711 | 665 | 814 | 226 | 220 | 221 | 225 | 542 | 491 | 444 | 589 |
| NV | 2,393 | 2,678 | 2,581 | 2,490 | 258 | 474 | 375 | 357 | 2,135 | 2,204 | 2,206 | 2,133 |
| OR | 2,388 | 2,533 | 2,445 | 2,476 | 649 | 827 | 713 | 763 | 1,739 | 1,706 | 1,732 | 1,713 |
| WA,E | 723 | 910 | 985 | 648 | 273 | 431 | 451 | 263 | 450 | 479 | 534 | 395 |
| WA,W | 4,139 | 3,712 | 3,877 | 3,974 | 499 | 726 | 684 | 541 | 3,640 | 2,986 | 3,193 | 3,433 |
| GUAM | 92 | 50 | 57 | 85 | 30 | 23 | 13 | 40 | 62 | 27 | 44 | 45 |
| NMI | 54 | 35 | 37 | 52 | 7 | 10 | 8 | 9 | 47 | 25 | 29 | 43 |
| **10TH** | 10,489 | 11,053 | 11,717 | 9,825 | 2,222 | 2,784 | 2,720 | 2,286 | 8,267 | 8,269 | 8,997 | 7,539 |
| CO | 2,527 | 2,748 | 2,995 | 2,280 | 416 | 488 | 526 | 378 | 2,111 | 2,260 | 2,469 | 1,902 |
| KS | 1,692 | 1,774 | 1,930 | 1,536 | 376 | 510 | 527 | 359 | 1,316 | 1,264 | 1,403 | 1,177 |
| NM | 1,445 | 1,489 | 1,607 | 1,327 | 383 | 451 | 475 | 359 | 1,062 | 1,038 | 1,132 | 968 |
| OK,N | 1,087 | 904 | 956 | 1,035 | 224 | 222 | 226 | 220 | 863 | 682 | 730 | 815 |
| OK,E | 555 | 597 | 622 | 530 | 158 | 216 | 198 | 176 | 397 | 381 | 424 | 354 |
| OK,W | 1,270 | 1,812 | 1,783 | 1,299 | 290 | 442 | 396 | 336 | 980 | 1,370 | 1,387 | 963 |
| UT | 1,537 | 1,350 | 1,440 | 1,447 | 285 | 339 | 281 | 343 | 1,252 | 1,011 | 1,159 | 1,104 |
| WY | 376 | 379 | 384 | 371 | 90 | 116 | 91 | 115 | 286 | 263 | 293 | 256 |
| **11TH** | 24,154 | 28,969 | 29,531 | 23,592 | 5,927 | 6,037 | 6,025 | 5,939 | 18,227 | 22,932 | 23,506 | 17,653 |
| AL,N | 3,101 | 3,699 | 3,912 | 2,888 | 464 | 556 | 537 | 483 | 2,637 | 3,143 | 3,375 | 2,405 |
| AL,M | 1,295 | 1,271 | 1,334 | 1,232 | 197 | 203 | 175 | 225 | 1,098 | 1,068 | 1,159 | 1,007 |
| AL,S | 729 | 874 | 892 | 711 | 165 | 178 | 165 | 178 | 564 | 696 | 727 | 533 |
| FL,N | 1,182 | 1,903 | 1,781 | 1,304 | 357 | 570 | 510 | 417 | 825 | 1,333 | 1,271 | 887 |
| FL,M | 5,253 | 7,420 | 7,295 | 5,378 | 1,122 | 1,737 | 1,441 | 1,418 | 4,131 | 5,683 | 5,854 | 3,960 |
| FL,S | 6,698 | 6,877 | 7,181 | 6,394 | 2,673 | 1,550 | 2,024 | 2,199 | 4,025 | 5,327 | 5,157 | 4,195 |
| GA,N | 4,014 | 4,540 | 4,875 | 3,679 | 608 | 714 | 717 | 605 | 3,406 | 3,826 | 4,158 | 3,074 |
| GA,M | 1,060 | 1,198 | 1,221 | 1,037 | 192 | 296 | 253 | 235 | 868 | 902 | 968 | 802 |
| GA,S | 822 | 1,187 | 1,040 | 969 | 149 | 233 | 203 | 179 | 673 | 954 | 837 | 790 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

41