# EXHIBIT C

# JUDICIAL CASELOAD PROFILE REPORTS

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| PENNSYLVANIA EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 17,435 | 16,198 | 12,173 | 13,447 | 8,109 | 9,255 | | |
| | Terminations | | 15,856 | 12,754 | 12,862 | 14,034 | 9,087 | 7,754 | | |
| | Pending | | 11,603 | 9,930 | 6,422 | 7,143 | 7,693 | 8,661 | | |
| | % Change in Total Filings | Over Last Year | | 7.6 | | | | | 13 | 1 |
| | | Over Earlier Years | | | 43.2 | 29.7 | 115.0 | 88.4 | 1 | 1 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 12.0 | 34.6 | 6.6 | 40.7 | 38.5 | 71.6 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 793 | 737 | 553 | 610 | 369 | 421 | 3 | 1 |
| | | Civil | 747 | 694 | 512 | 575 | 339 | 389 | 1 | 1 |
| | | Criminal Felony | 31 | 32 | 31 | 30 | 30 | 32 | 88 | 5 |
| | | Supervised Release Hearings** | 15 | 11 | 10 | 5 | - | - | 62 | 1 |
| | Pending Cases | | 527 | 451 | 292 | 325 | 350 | 394 | 19 | 2 |
| | Weighted Filings** | | 611 | 495 | 408 | 461 | 386 | 385 | 9 | 1 |
| | Terminations | | 721 | 580 | 585 | 638 | 413 | 352 | 4 | 1 |
| | Trials Completed | | 15 | 12 | 11 | 11 | 14 | 14 | 66 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.3 | 11.6 | 10.6 | 10.6 | 9.6 | 8.5 | 78 | 6 |
| | | Civil** | 1.0 | 1.0 | 2.7 | 2.2 | 8.0 | 7.8 | 1 | 1 |
| | From Filing to Trial** (Civil Only) | | 20.8 | 16.0 | 19.0 | 17.3 | 15.2 | 15.3 | 34 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 315 | 292 | 332 | 623 | 521 | 138 | | |
| | | Percentage | 2.9 | 3.3 | 6.0 | 10.0 | 7.7 | 1.8 | 19 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.4 | 1.5 | 1.6 | 1.6 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 67.73 | 74.08 | 73.11 | 75.23 | 67.20 | 60.24 | | |
| | | Percent Not Selected or Challenged | 39.0 | 43.9 | 44.3 | 50.3 | 44.1 | 41.4 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 16427 | 442 | 9160 | 1315 | 40 | 45 | 390 | 909 | 861 | 1005 | 1418 | 92 | 750 |
| Criminal* | 672 | 6 | 168 | 39 | 170 | 142 | 52 | 18 | 14 | 10 | 3 | 23 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT OF COLUMBIA** | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,383 | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | | |
| | Terminations | | 3,305 | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | | |
| | Pending | | 4,634 | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | | |
| | % Change in Total Filings | Over Last Year | | 8.4 | | | | | 12 | - |
| | | Over Earlier Years | | | -2.3 | .0 | .2 | -8.1 | 69 | - |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months** | | | .0 | .0 | 3.1 | 17.1 | 27.4 | 27.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 226 | 208 | 231 | 225 | 225 | 245 | 90 | - |
| | | Civil | 180 | 163 | 184 | 179 | 197 | 224 | 86 | - |
| | | Criminal Felony | 30 | 32 | 35 | 34 | 28 | 21 | 89 | - |
| | | Supervised Release Hearings** | 16 | 13 | 12 | 12 | - | - | 57 | - |
| | Pending Cases | | 309 | 295 | 310 | 289 | 277 | 271 | 76 | - |
| | Weighted Filings** | | 272 | 261 | 280 | 271 | 284 | 277 | 85 | - |
| | Terminations | | 220 | 224 | 207 | 211 | 219 | 234 | 89 | - |
| | Trials Completed | | 10 | 15 | 15 | 12 | 12 | 11 | 84 | - |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.9 | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 87 | - |
| | | Civil** | 10.8 | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 66 | - |
| | From Filing to Trial** (Civil Only) | | 35.0 | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 79 | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 468 | 408 | 445 | 359 | 282 | 231 | | |
| | | Percentage | 14.1 | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 84 | - |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 86.63 | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | | |
| | | Percent Not Selected or Challenged | 53.6 | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2698 | 43 | 55 | 711 | 23 | 34 | 168 | 167 | 199 | 72 | 618 | 24 | 584 |
| Criminal* | 448 | 1 | 150 | 22 | 125 | 52 | 14 | 5 | 1 | 12 | 4 | 33 | 29 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."