UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>    Defendants. | Civil Case No. 1:06CV00145<br><br><br>The Honorable Emmet G. Sullivan |

## MOTION FOR CLASS CERTIFICATION

Plaintiff, Robert Alvarez ("Alvarez" or "Plaintiff") hereby moves this Court pursuant to Fed. R. Civ. P. Rule 23(a)(1)-(4) and 23(b)(3) for an Order certifying this case as a class action against Defendants, CIGNA Corp. d/b/a CIGNA Group Insurance ("CIGNA") and the Insurance Company of America ("INA")(collectively, "Defendants"), on behalf of the following proposed Class:

> All individuals who purchased, between 1988 and the present, Group Long Term Care Insurance from the Insurance Company of North America under the terms of the Master Policy ATL-1 issued by the Insurance Company of North America to the Trustee of the National Group Benefits Insurance Trust and whose premiums on those policies have been increased, but excluding from such class, the Defendants, any and all officers, directors, employees, and agents of the Defendants, their affiliates, and/or subsidiaries who are or have been employed by Defendants.

The grounds for this motion are set forth more fully in the accompanying Brief In Support of Class Certification.

Dated this 2nd day of June, 2006.

                                 Respectfully submitted,

By: _____
JAMES & HOFFMAN
EDGAR N. JAMES (DC Bar No. 333013)
AMY FETTIG (DC Bar No. 484883)
1101 Seventeenth St. N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500

KANNER & WHITELEY
ALLAN KANNER (LA#20580)
CONLEE S. WHITELEY (LA#22678)
AYLIN R. AÇIKALIN MAKLANSKY (LA#30195)
701 Camp Street
New Orleans, LA 70130
(504) 524-5777

VOGEL LAW FIRM
TIMOTHY Q. PURDON (ND#05392)
MONTE L. ROGNEBY (ND#05029)
200 North 3rd Street, Suite 201
P. O. Box 2097
Bismarck, ND 58502-2097
(701) 258-7899

PERRY PEARCE BENTON, ESQ.
(Bar No. ASB-2159-N66P)
32330 Sandpiper Dr.
Orange Beach, AL 36561
(251) 980-2640

**ATTORNEYS FOR PLAINTIFFS**