UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez,<br>1419 Southeast 43rd Terrace,<br>Ocala, FL 34471,<br>individually, and on<br>behalf of all others similarly<br>situated,<br><br>          Plaintiff,<br><br>v.<br><br>CIGNA and<br>The Insurance Company of<br>North America,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:06CV00145<br><br><br>The Honorable Emmet G. Sullivan |

## ORDER

Plaintiff Robert Alvarez Motion for Class Certification pursuant to Fed.R.Civ.P. 23 is GRANTED. The Court hereby certifies a litigation class in this matter defined as:

> All individuals who purchased, between 1988 and the present, Group Long-term Care Insurance from the Insurance Company of North America under the terms of the Master Policy ATL-1 issued by the Insurance Company of North America to the Trustee of the National Group Benefits Insurance Trust and whose premiums on those policies have been increased, but excluding from such class, the defendants, any and all officers, directors, employees, and agents of the defendants, their affiliates, and/or subsidiaries who are or have been employed by defendants.

IT IS SO ORDERED.

    Dated this ____ day of _____, 2006.

               Signed:    _____
                            HON. EMMET G. SULLIVAN
                            UNITED STATES DISTRICT JUDGE