UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | ) | |
| CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America, | )<br>)<br>) | |
| Defendants. | ) | |

**UNOPPOSED MOTION OF DEFENDANTS CIGNA CORPORATION AND INSURANCE COMPANY OF NORTH AMERICA FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, CIGNA Corporation[1] and Insurance Company of North America ("INA") (collectively, "Defendants"), file this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification. For the reasons stated herein, the Court should extend the time for Defendants to respond to Plaintiff's Motion for Class Certification ("Certification Motion").

1. Plaintiff filed his Amended Complaint on May 3, 2006, and his Certification Motion on June 2, 2006. Although Local Rule 23.1(b) requires that Plaintiff move for class certification within 90 days after filing the complaint, the rule also affords the Court discretion to stay proceedings "pending discovery or other appropriate preliminary proceedings." LCvR

---

[1] In his First Amended Class Action Complaint (the "Amended Complaint"), Plaintiff has styled this action to include as a defendant "CIGNA Corporation d/b/a CIGNA Group Insurance." Defendant CIGNA Corporation does not do business as "CIGNA Group Insurance," and any reference herein to "d/b/a CIGNA Group Insurance" shall not be deemed an admission of the accuracy of such reference.

23.1(b). Currently pending before the Court are a Motion to Transfer Venue ("Transfer Motion"),[2] two motions to dismiss,[3] and a Motion for Stay of Proceedings Pending Resolution of the Motion to Transfer ("Stay Motion").[4]

2. In accordance with LCvR 7(m), counsel for Defendants conferred with Edgar N. James, Esq., counsel for Plaintiff, before filing this motion to seek his consent to Defendants' request for enlargement, and he consents to same. Plaintiff has agreed to a sixty (60) day extension of time for the Defendants to file a response to the Certification Motion. During such time, the parties will attempt to negotiate a proposed comprehensive scheduling order, which Defendants believe should include, among other things, a discovery and briefing schedule for the Certification Motion.

3. The Court currently has before it the Transfer Motion. By seeking this extension, Defendants are not abandoning that motion and continue to believe that the case should be transferred to the District Court for the Eastern District of Pennsylvania. Nevertheless, Defendants believe that any proposed comprehensive scheduling order should be proposed for adoption by whichever court ultimately adjudicates the merits of this action. Moreover, Defendants believe that the Stay Motion should stay all proceedings pending the Court's ruling on the Transfer Motion.

---

[2] A Motion to Transfer Venue was filed on behalf of "CIGNA" and INA on March 22, 2006. The Amended Complaint named CIGNA Corporation as a Defendant in this action and CIGNA Corporation filed a Joinder to the Motion to Transfer on May 12, 2006. The Motion to Transfer Venue was fully briefed as of May 31, 2006.

[3] A Motion to Dismiss and a Motion to Quash Summons and Dismiss the Complaint against CIGNA were filed on March 22, 2006. Plaintiff's oppositions to such motions were filed on May 3, 2006. Defendant CIGNA Corporation filed a Joinder to these motions on May 12, 2006.

[4] Defendants believe that proceedings on Plaintiff's Certification Motion are within their request for a Stay of Proceedings Pending Resolution of the Motion to Transfer. However, in the event that the Court denies such motion, Defendants believe that an extension of time to respond to the Certification Motion is nonetheless necessary.

4.  Defendants reserve the right to seek further extension of the time to file their response to the Certification Motion should the parties be unable to agree on a proposed comprehensive scheduling order, in which case, Defendants will also file their proposed version of a scheduling order with the Court at that time.

5.  This Motion is brought in good faith and not for purposes of delay. Granting this enlargement of time to Defendants to respond to Plaintiff's Certification Motion will not cause prejudice to any party.

**WHEREFORE**, Defendants CIGNA Corporation and Insurance Company of North America request that the Court enter an Order granting Defendants a sixty (60) day extension of time to respond to Plaintiff's Motion for Class Certification.

Dated: June 16, 2006                                      Respectfully submitted,

/s/ James F. Jorden
James F. Jorden (D.C. Bar No. 37598)
Raul A. Cuervo (D.C. Bar No. 463718)
Stephen H. Goldberg (D.C. Bar No. 465113)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC  20007-5208
Telephone: 202-965-8100
Facsimile:  202-965-8104

Counsel for Defendants CIGNA Corporation
d/b/a CIGNA Group Insurance and
Insurance Company of North America

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Unopposed Motion of Defendants CIGNA Corporation and Insurance Company of North America for Extension of Time to Respond to Plaintiff's Motion for Class Certification and Proposed Order were served via electronic filing on this 16th day of June, 2006, upon the following:

> Edgar N. James, Esq.
> Amy B. Fettig, Esq.
> JAMES & HOFFMAN, P.C.
> 1101 Seventeenth St., N.W., Suite 510
> Washington, D.C. 20036

and by first class mail, postage paid, on the following:

> Allan Kanner, Esq.
> Conlee S. Whiteley, Esq.
> KANNER & WHITELEY
> 701 Camp Street
> New Orleans, LA 70130

> Timothy Q. Purdon, Esq.
> Monte L. Rogneby, Esq.
> VOGEL LAW FIRM
> 200 North 3rd Street, Suite 201
> P.O. Box 2097
> Bismarck, ND 58502-2097

> Perry Pearce Benton, Esq.
> 32516 Sandpiper Drive
> Orange Beach, AL 36561-5728

/s/ James F. Jorden
James F. Jorden