UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated, | )<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145 |
| Plaintiff, | )<br>) | THE HONORABLE<br>EMMET G. SULLIVAN |
| v. | ) | |
| CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Extension, it is hereby ORDERED that the Motion for Extension is GRANTED.

The time for the Defendants' response to Plaintiff's Motion for Class Certification SHALL BE EXTENDED for SIXTY (60) days while the current pending motions before the court are decided, during which time, the parties shall try to negotiate an agreed comprehensive scheduling order to submit to the court.

So ORDERED this _____ day of _____, 2006

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia