Edgar N. James
Steven K. Hoffman
Judith A. Scott
Kathy L. Krieger
David P. Dean
Marie Chopra
Amy B. Fettig
Sean G. Bajkowski*
Katie B. Feiock

Of Counsel:
Mary Joyce Carlson*
Martha Walfoort
Christy L. Hoffman

* Not Admitted in DC

# JAMES & HOFFMAN

A Professional Corporation
1101 17TH STREET, N.W., SUITE 510
WASHINGTON, D.C. 20036-4748



(202) 496-0500
Facsimile: 202-496-0555
www.jamhoff.com

ejames@jamhoff.com
skhoffman@jamhoff.com
scottj@seiu.org
klkrieger@jamhoff.com
dpdean@jamhoff.com
mchopra@jamhoff.com
abfettig@jamhoff.com
sgbajkowski@jamhoff.com
kbfeiock@jamhoff.com

mjcarlson@jamhoff.com
mwalfoort@jamhoff.com
choffman@jamhoff.com

July 20, 2006

**Via Electronic Filing**

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
2114 U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    Parties Scheduling Order – Alvarez, et al. v. CIGNA
                Case No. 1:06-cv-00145

Dear Judge Sullivan:

      The parties have agreed upon the attached Scheduling Order and ask that the Court set a date for a hearing on defendants' motion to transfer venue in the event that the Court believes that a hearing would be necessary or helpful. Plaintiffs request that this Scheduling and Discovery Plan be ordered by the court; defendants request that an order be held in abeyance pending a ruling on their motion to transfer.

                                Sincerely,

                                Edgar N. James
                                Counsel for Plaintiffs

cc:      Counsel for Defendants