UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez<br>1419 Southeast 43rd Terrace<br>Ocala, FL 34471,<br>individually, and on behalf of all others<br>similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>CIGNA Corporation d/b/a<br>CIGNA Group Insurance and<br>The Insurance Company of North America,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06CV00145<br><br><br><br><br><br>THE HONORABLE<br>EMMET G. SULLIVAN |

**UNOPPOSED MOTION OF DEFENDANTS CIGNA CORPORATION AND
INSURANCE COMPANY OF NORTH AMERICA FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, CIGNA Corporation[1] and Insurance Company of North America ("INA") (collectively, "Defendants"), file this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification. For the reasons stated herein, the Court should extend the time for Defendants to respond to Plaintiff's Motion for Class Certification ("Certification Motion").

1.  Plaintiff filed his Amended Complaint on May 3, 2006, and his Certification Motion on June 2, 2006. On June 16, 2006, Defendants filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification. Defendants requested a sixty (60) day extension, during which time the parties would attempt to negotiate a

---

[1] In his First Amended Class Action Complaint (the "Amended Complaint"), Plaintiff has styled this action to include as a defendant "CIGNA Corporation d/b/a CIGNA Group Insurance." Defendant CIGNA Corporation does not do business as "CIGNA Group Insurance," and any reference herein to "d/b/a CIGNA Group Insurance" shall not be deemed an admission of the accuracy of such reference.

proposed comprehensive scheduling order. On June 19, 2006, the Court entered a Minute Order granting Defendants' Motion for an Extension through August 21, 2006.

2.  On July 20, 2006, Plaintiff and Defendants filed their proposed Scheduling/Discovery Plan. Under the proposed Scheduling/Discovery Plan, Defendants' response to Plaintiff's Motion for Class Certification would be due 160 days after the Court's ruling on Defendants CIGNA Corporation's and INA's Motion to Dismiss.

3.  Currently pending before the Court are a Motion to Transfer Venue ("Transfer Motion"),[2] two motions to dismiss,[3] and a Motion for Stay of Proceedings Pending Resolution of the Motion to Transfer ("Stay Motion").[4]

4.  In accordance with LCvR 7(m), counsel for Defendants conferred with Edgar N. James, Esq., counsel for Plaintiff, before filing this motion to seek his consent to Defendants' request for extension, and he consents to same. In accordance with the proposed Scheduling/Discovery Plan, Plaintiff has agreed to an extension of time for the Defendants to file a response to the Certification Motion until 160 days after the Court's ruling on Defendants CIGNA Corporation's and INA's Motion to Dismiss.

5.  By seeking this extension, Defendants are not abandoning the Transfer Motion or the Stay Motion and believe that the proposed Scheduling/Discovery Plan should be considered for adoption by whichever court ultimately adjudicates the merits of this action.

---

[2]   A Motion to Transfer Venue was filed on behalf of "CIGNA" and INA on March 22, 2006. The Amended Complaint named CIGNA Corporation as a Defendant in this action and CIGNA Corporation filed a Joinder to the Motion to Transfer on May 12, 2006. The Motion to Transfer Venue was fully briefed as of May 31, 2006.

[3]   A Motion to Dismiss and a Motion to Quash Summons and Dismiss the Complaint against CIGNA were filed on March 22, 2006. Plaintiff's oppositions to such motions were filed on May 3, 2006. Defendant CIGNA Corporation filed a Joinder to these motions on May 12, 2006.

[4]   Defendants believe that proceedings on Plaintiff's Certification Motion are within their request for a Stay of Proceedings Pending Resolution of the Motion to Transfer. However, in the event that the Court denies such motion, Defendants believe that an extension of time to respond to the Certification Motion is nonetheless necessary.

6. This Motion is brought in good faith and not for purposes of delay. Granting this extension of time to Defendants to respond to Plaintiff's Certification Motion will not cause prejudice to any party.

**WHEREFORE**, Defendants CIGNA Corporation and Insurance Company of North America request that the Court enter an Order granting Defendants an extension of time to respond to Plaintiff's Motion for Class Certification until 160 days after the Court's ruling on Defendants CIGNA Corporation's and INA's Motion to Dismiss.

Dated: August 17, 2006                             Respectfully submitted,

/s/ James F. Jorden
James F. Jorden (D.C. Bar No. 37598)
Raul A. Cuervo (D.C. Bar No. 463718)
Stephen H. Goldberg (D.C. Bar No. 465113)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC 20007-5208
Telephone: 202-965-8100
Facsimile: 202-965-8104

Counsel for Defendants CIGNA Corporation
d/b/a CIGNA Group Insurance and
Insurance Company of North America

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Unopposed Motion of Defendants CIGNA Corporation and Insurance Company of North America for Extension of Time to Respond to Plaintiff's Motion for Class Certification and Proposed Order were served via electronic filing on this 17th day of August, 2006, upon the following:

>Edgar N. James, Esq.
>Amy B. Fettig, Esq.
>JAMES & HOFFMAN, P.C.
>1101 Seventeenth St., N.W., Suite 510
>Washington, D.C. 20036

and by first class mail, postage paid, on the following:

>Allan Kanner, Esq.
>Conlee S. Whiteley, Esq.
>KANNER & WHITELEY
>701 Camp Street
>New Orleans, LA 70130

>Timothy Q. Purdon, Esq.
>Monte L. Rogneby, Esq.
>VOGEL LAW FIRM
>200 North 3rd Street, Suite 201
>P.O. Box 2097
>Bismarck, ND 58502-2097

>Perry Pearce Benton, Esq.
>32516 Sandpiper Drive
>Orange Beach, AL 36561-5728

/s/ James F. Jorden
James F. Jorden