## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Alvarez | ) | |
| 1419 Southeast 43rd Terrace | ) | Civil Action No. 1:06CV00145 |
| Ocala, FL 34471, | ) | |
| individually, and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | THE HONORABLE |
| | ) | EMMET G. SULLIVAN |
| v. | ) | |
| | ) | |
| CIGNA Corporation d/b/a | ) | |
| CIGNA Group Insurance and | ) | |
| The Insurance Company of North America, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Extension, it is hereby ORDERED that the Motion for Extension is GRANTED.

The time for the Defendants' response to Plaintiff's Motion for Class Certification SHALL BE EXTENDED until ONE HUNDRED SIXTY (160) DAYS after the Court's ruling on Defendants CIGNA Corporation's and INA's Motion to Dismiss.

So ORDERED this _____ day of _____, 2006.

_____
Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia